AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

ANDREW SCHOBER

*Plaintiff(s)*

v.

BENEDICT THOMPSON, OLIVER READ, EDWARD J. THOMPSON, CLAIRE L. THOMPSON, PAUL READ, and HAZEL DAVINA WELLS

*Defendant(s)*

Civil Action No.   21-cv-1382-NYW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Oliver Read
Paul Read
Hazel Davina Wells
81 Oakleigh Road
Clayton, Bradford
BD14 6NP
United Kingdom

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Stephen Palley
Samuel Ballard
ANDERSON KILL P.C.
1717 Pennsylvania Avenue NW
Suite 200
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  05/21/2021

s/J. Salzman

*Signature of Clerk or Deputy Clerk*