## UNITED STATES DISTRICT COURT
### for the
### District of Colorado

**Civil Action No. 21-cv-1382-NYW**

ANDREW SCHOBER

                                                                                          Plaintiff

v.

1. BENEDICT THOMPSON
2. OLIVER READ
3. EDWARD J THOMPSON
4. CLAIRE L THOMPSON
5. PAUL READ
6. HAZEL DAVINA WELLS

                                                                                          Defendants

### PROOF OF SERVICE
#### HAZEL DAVINA WELLS, PAUL READ, OLIVER READ

I Vincent BUTLER of Barrington International Limited, 2 Woodberry Grove, London N12 0DR, United Kingdom, process server engaged for the purpose hereof by Anderson Kill P.C. of 1717 Pennsylvania Avenue NW, Suite 200, Washington, DC 20006, Plaintiff's attorney, SAY AS FOLLOWS: -

1. I personally served the summons on the individual **HAZEL DAVINA WELLS** at 81 Oakleigh Road, Clayton, Bradford, West Yorkshire, BD14 6NP, United Kingdom on Thursday June 10th, 2021.
2. I personally served the summons on the individual **PAUL READ** at 10 Brook Lane, Clayton, Bradford BD14 6PH, United Kingdom on Thursday June 10th, 2021.
3. I served the summons on the individual **OLIVER READ** on Thursday June 10th, 2021 by leaving the summons at the individual's residence at 81 Oakleigh Road, Clayton, Bradford, West Yorkshire, BD14 6NP, United Kingdom with Hazel Davina WELLS a person of suitable age and discretion who resides there.
4. I declare under penalty of perjury that this information is true.

Date: June 11th, 2021

Server's signature ..................*V. B[signature]*..................

Vincent BUTLER, process server

of Barrington International Limited, 2 Woodberry Grove, London N12 0DR United Kingdom