UNITED STATES DISTRICT COURT
for the
District of Colorado

Civil Action No. 21-cv-1382-NYW

ANDREW SCHOBER

Plaintiff

v.

1. BENEDICT THOMPSON
2. OLIVER READ
3. EDWARD J THOMPSON
4. CLAIRE L THOMPSON
5. PAUL READ
6. HAZEL DAVINA WELLS

Defendants

## PROOF OF SERVICE
BENEDICT THOMPSON, EDWARD J THOMPSON, CLAIRE L THOMPSON

I Melvyn UTLEY of Barrington International Limited, 2 Woodberry Grove, London N12 0DR, United Kingdom, process server engaged for the purpose hereof by Anderson Kill P.C. of 1717 Pennsylvania Avenue NW, Suite 200, Washington, DC 20006, Plaintiff's attorney, SAY AS FOLLOWS: -

1. I personally served the summons on the individual **BENEDICT THOMPSON** at 5 Northlands Gardens, Southampton, Hampshire, SO15 2NL United Kingdom on Thursday June 10th, 2021.
2. I personally served the summons on the individual **EDWARD J THOMPSON** at 5 Northlands Gardens, Southampton, Hampshire, SO15 2NL United Kingdom on Thursday June 10th, 2021.
3. I served the summons on the individual **CLAIRE L THOMPSON** on Thursday June 10th, 2021 by leaving the summons at the individual's residence at 5 Northlands Gardens, Southampton, Hampshire, SO15 2NL United Kingdom with Edward L Thompson a person of suitable age and discretion who resides there.
4. I declare under penalty of perjury that this information is true.

Date: June 11th, 2021

Server's signature .................................

Melvyn UTLEY, process server

of Barrington International Limited, 2 Woodberry Grove, London N12 0DR United Kingdom