## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01382

ANDREW SCHOBER,

       Plaintiff,

   v.

BENEDICT THOMPSON, OLIVER READ, EDWARD J. THOMPSON, CLAIRE L. THOMPSON, PAUL READ, and HAZEL DAVINA WELLS,

       Defendants.

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Plaintiff Andrew Schober.

DATED at New York, New York this 15th day of June, 2021.

       /s/ Samuel Ballard
       Samuel Ballard
       ANDERSON KILL P.C.
       1717 Pennsylvania Avenue NW
       Suite 200
       Washington, D.C. 20006
       Tel. 202-416-6500
       sballard@andersonkill.com