# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 1-21-cv-01382-NYW

ANDREW SCHOBER,

    Plaintiff,

    v.

BENEDICT THOMPSON, OLIVER READ,
EDWARD J. THOMPSON, CLAIRE L. THOMPSON,
PAUL READ, AND HAZEL DAVINA WELLS,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for: Benedict Thompson, Edward J. Thompson, and Claire L. Thompson.

Dated this 1st day of July, 2021.

FELDMANN NAGEL CANTOFIO & SONG PLLC

*/s/Sarah Jackson Donahue*
Sarah Jackson Donahue. No. 45212
Feldmann Nagel Cantafio & Song PLLC
1875 Lawrence St., Suite 730
Denver, Colorado 80202
Telephone: (303) 813-1200
Facsimile: (303) 813-1201
Email: sdonahue@fncslaw.com

***Attorneys for Defendants Benedict Thompson, Edward J. Thompson, and Claire L. Thompson***

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following individuals with the following email addresses:

Samuel Jonathan Leake Ballard
Stephen David Palley
Anderson Kill PC
1717 Pennsylvania Avenue NW
Suite 200
Washington, DC 20006
sballard@andersonkill.com
spalley@andersonkill.com
***Attorneys for Plaintiff Andrew Schober***


Oliver Read
Oliverread2001@gmail.com
***Defendant***

                                                  /s/*Sarah Jackson Donahue*_____
                                                Sarah Jackson Donahue