IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
1:39 pm, Jul 08, 2021
JEFFREY P. COLWELL, CLERK

Civil Action No. 21-cv-1382-NYW

ANDREW SCHOBER,

    Plaintiff,

v.

BENEDICT THOMPSON, OLIVER READ,
EDWARD J. THOMPSON, CLAIRE L. THOMPSON,
PAUL READ, AND HAZEL DAVINA WELLS,

    Defendants.

**RESPONDENTS PAUL READ JOINDER IN BENEDICT THOMPSON, EDWARD J. THOMPSON AND CLAIRE L.THOMPSON REPLY IN SUPPORT OF MOTION TO DISMISS**

Respondent PAUL READ (hereinafter "Respondent"). hereby join in Respondents BENEDICT THOMPSON, EDWARD J. THOMPSON and CLAIRE L.THOMPSON, Reply in Support of Motion to Dismiss, and state as follows:

    1. Respondent hereby join THOMPSON(s) Reply in support of their Motion to Dismiss any derivative claims.

Dated as submitted on this 8th day of July, 2021.

s/Paul Read
***Paul Read***
10 Brook Lane
Clayton, Bradford
West Yorkshire
Telephone: +44 7905 653666
E-mail: paulread66@aol.co.uk

## CERTIFICATE OF SERVICE

I hereby certify that on 08/07/2021

I sent a copy of the **RESPONDENTS PAUL READ JOINDER IN BENEDICT THOMPSON, EDWARD J. THOMPSON AND CLAIRE L.THOMPSON REPLY IN SUPPORT OF MOTION TO DISMISS** to the following parties in the way of electronic email below each party's name:

STEPHEN PALLEY

ANDERSON KILL P.C

1717 Pennsylvania Avenue NW, Suite 200

Washington, DC 20006

spalley@andersonkill.com

SAMUEL BALLARD

ANDERSON KILL P.C

1717 Pennsylvania Avenue NW, Suite 200

Washington, DC 20006

sballard@andersonkill.com

s/Paul Read