IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 1:21-cv-01382-NYW

ANDREW SCHOBER,

    Plaintiff,

    v.

BENEDICT THOMPSON, OLIVER READ, EDWARD J. THOMPSON, CLAIRE L. THOMPSON, PAUL READ, and HAZEL DAVINA WELLS,

    Defendants.

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, on June 28, 2021, defendant Oliver Read filed a motion to dismiss the Complaint (ECF No. 8);

WHEREAS, on June 28, 2021, defendant Hazel Davina Wells filed a motion to dismiss the Complaint (ECF No. 9);

WHEREAS, on July 1, 2021, defendants Benedict Thompson, Edward J. Thompson, and Claire L. Thompson ("Thompson Defendants") filed a motion to dismiss the Complaint (ECF No. 11);

WHEREAS, on July 8, 2021, defendant Paul Read filed a joinder in the Thompson Defendants' motion to dismiss the Complaint (ECF No. 16);

WHEREAS, the pending motions all seek dismissal based on the statute of limitations;

IT IS HEREBY STIPULATED AND AGREED between the undersigned counsel of record and *pro se* defendants that plaintiff Andrew Schober will file an omnibus opposition to the defendants' motions to dismiss on or before July 22, 2021.

Dated:  July 15, 2021

| | |
|---|---|
| /s/ Samuel Ballard | /s/ Sarah Donahue |
| Stephen Palley | Sarah Donahue |
| Samuel Ballard | FELDMAN NAGEL CANTAFIO & SONG PLLC |
| ANDERSON KILL LLP | 1875 Lawrence Street, Suite 730 |
| 1717 Pennsylvania Ave. NW | Denver, CO 80202 |
| Suite 200 | Tel. (303) 813-1200 |
| Washington, DC 20006 | Email:  sdonahue@fncslaw.com |
| Tel. (202) 416-6500 | |
| Email: spalley@andersonkill.com | *Attorney for Defendants Benedict Thompson, Claire L. Thompson, and Edward J. Thompson* |
|         sballard@andersonkill.com | |
| | /s/ Oliver Read |
| *Attorneys for Plaintiff Andrew Schober* | Oliver Read |
| | 81 Oakleigh Road |
| | Clayton, Bradford, West Yorkshire |
| | 8D14 6NP |
| | United Kingdom |
| | Email:  oliverread2001@gmail.com |
| | |
| | *Defendant, pro se* |
| | /s/ Hazel Davina Wells |
| | Hazel Davina Wells |
| | 81 Oakleigh Road |
| | Clayton, Bradford, West Yorkshire |
| | 8D14 6NP |
| | United Kingdom |
| | Email:  hazelwells44@gmail.com |
| | |
| | *Defendant, pro se* |

*/s/ Paul Read*
Paul Read
10 Brook Lane,
Clayton, Bradford, West Yorkshire
8D14 6PH
United Kingdom
Email:  paulread66@aol.co.uk

*Defendant, pro se*

**SO ORDERED.**

_____
Magistrate Judge Nina Y. Wang