IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| Civil Action: | 21-cv-01382-NYW | Date: | July 20, 2021 |
|---|---|---|---|
| Courtroom Deputy: | Brandy Wilkins | FTR: | NYW-FTR* |

| Parties | Counsel |
|---|---|
| ANDREW SCHOBER, | *Samuel J. L. Ballard* |
| | *Stephen D. Palley* |
| **Plaintiff,** | |
| v. | |
| BENEDICT THOMPSON, | *Sarah J. Donahue* |
| CLAIRE L. THOMPSON, | |
| EDWARD J. THOMPSON, | |
| OLIVER READ, | *Pro se* |
| PAUL READ, | *Pro se* |
| HAZEL DAVINA WELLS, | *Pro se* |
| **Defendant.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC SCHEDULING/STATUS CONFERENCE**

Court in Session: 11:04 a.m.

Appearance of counsel and *pro se* parties.

Initial Disclosures, and the documents identified in the Initial Disclosures shall be produced on or before August 3, 2021.

Parties have agreed to delay discovery until the Motions to Dismiss [8, 9, and 11] are determined.

The court converts the Scheduling Conference to a Status Conference.

Parties discuss the Stipulation and Proposed Order [20] filed July 15, 2021. Ms. Donahue has agreed to an extension to July 29, 2021, for Plaintiff to file his opposition to the Motions to

Dismiss. Parties discuss if the *pro se* Defendants are opposed to this extension. They are not opposed to a brief extension.

**ORDERED: The Office of the Clerk shall convert the Stipulation [20] to a pending motion. The court GRANTS the motion and will extend the deadline to July 29, 2021. No further extensions will be granted absent extraordinary circumstances.**

Parties discuss the availability of the Federal Pro Se Clinic.

Court in Recess: 11:18 a.m.          Hearing concluded.          Total time in Court:  00:14

*To order transcripts of hearings, please contact either AB Litigation Services at (303) 629-8534 OR Patterson Transcription Company at (303) 755-4536.