IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1-21-cv-01382-NYW

ANDREW SCHOBER,

    Plaintiff,

    v.

BENEDICT THOMPSON, OLIVER READ,
EDWARD J. THOMPSON, CLAIRE L. THOMPSON,
PAUL READ, AND HAZEL DAVINA WELLS,

    Defendants.

**STIPULATED MOTION FOR EXTENSION OF TIME TO FILE**

Pursuant to this Court's July 20, 2021 Order granting Plaintiff's Motion for Extension of Time to File Response, this Court permitted Plaintiff to file his Response to Defendants' Motion to Dismiss on July 29, 2021.  Accordingly, Defendants' replies are due on August 3, 2021.

Due to unexpected illness in counsel's family, counsel for Defendants Benedict Thompson, Edward J. Thompson, and Claire L. Thompson requested an extension of time in which to file Defendants' Reply in Support of Defendants' Motion to Dismiss.  Plaintiff's counsel agreed to an extension until Friday, August 6, 2021.  Defendants' counsel also requested an extension for exchanging Initial Disclosures until Friday, August 6, 2021, and Plaintiff's counsel agreed to such extension.

This extension is not sought for undue delay of the proceedings.  Plaintiff will not be prejudiced by the granting of this request.

WHEREFORE, noting the Plaintiff's consent and agreement to the extension, the Thompson Defendants request that this Court grant their Motion for Extension of Time to File.

Dated this 3rd day of August, 2021.

                        FELDMANN NAGEL CANTOFIO & SONG PLLC

                        <u>/s/Sarah Jackson Donahue</u>
                        Sarah Jackson Donahue. No. 45212
                        Feldmann Nagel Cantafio & Song PLLC
                        1875 Lawrence St., Suite 730
                        Denver, Colorado 80202
                        Telephone: (303) 813-1200
                        Facsimile: (303) 813-1201
                        Email: sdonahue@fncslaw.com

                        ***Attorneys for Defendants Benedict Thompson, Edward J. Thompson, and Claire L. Thompson***

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following individuals with the following email addresses:

Samuel Jonathan Leake Ballard
Stephen David Palley
Anderson Kill PC
1717 Pennsylvania Avenue NW
Suite 200
Washington, DC 20006
sballard@andersonkill.com
spalley@andersonkill.com
***Attorneys for Plaintiff Andrew Schober***


Oliver Read
Oliverread2001@gmail.com
***Defendant***

2

Hazel Wells
Hazelwells44@gmail.com
*Defendant*

Paul Read
Paulread66@aol.co.uk
*Defendant*

/s/*Sarah Jackson Donahue*
Sarah Jackson Donahue