**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1-21-cv-01382-NYW

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
AUG 9, 2021
**JEFFREY P. COLWELL, CLERK**

ANDREW SCHOBER,

        Plaintiff,

   v.

BENEDICT THOMPSON, OLIVER READ,
EDWARD J. THOMPSON, CLAIRE L. THOMPSON,
PAUL READ, AND HAZEL DAVINA WELLS,

       Defendants.

---

**PLAINTIFF'S INITIAL DISCLOSURES UNDER**
**F.R.C.P. 26(a)(1)**

---

I Pro Se Defendant Oliver Read, hereby submit these Initial Disclosures pursuant to Federal
Rule of Civil  Procedure 26(a)(1), as follows:

**List of Individuals**

| Name of Individual With Information | Address and Telephone Number (if known) | Subject of Information |
|---|---|---|
| Defendant Oliver Read | 81 Oakleigh Road<br><br>Clayton, Bradford, West  Yorkshire<br><br>8D14 6NP<br><br>United Kingdom | Defendant has knowledge of  correspondence received from  Plaintiff, cryptocurrency  mining, and questioning by the UK Police regarding Plaintiff's claims. |
| Plaintiff Andrew Schober | Plaintiff may be contacted  through his counsel,<br><br>Samuel Jonathan Leake Ballard<br>Stephen David Palley<br>Anderson Kill PC<br>1717 Pennsylvania Avenue  NW<br>Suite 200<br>Washington, DC 20006 | Plaintiff has knowledge as to  the acts alleged in the complaint, including but not limited to his investigation of  the acts, the value he asserts of  his cryptocurrency, correspondence with the  defendants, and correspondence with various  law enforcement agencies. |
| Defendant Hazel Davina Wells | 81 Oakleigh Road<br><br>Clayton, Bradford, West  Yorkshire<br><br>8D14 6NP<br><br>United Kingdom | Defendant has knowledge of  correspondence received by  Plaintiff and some information  regarding her son's<br>questioning by the UK Police  regarding Plaintiff's claims. |
| Defendant Paul Read | 10 Brook Lane<br>Clayton, Bradford, West Yorkshire<br><br>8D14 6PH<br><br>United Kingdom | Defendant has knowledge of  correspondence received by  Plaintiff and some information  regarding his son's<br>questioning by the UK Police  regarding Plaintiff's claims. |

2

| | | |
|---|---|---|
| Defendant Benedict Thompson | Defendant may be contacted  through undersigned counsel, Sarah Donahue. | Defendant has knowledge of  correspondence received from  Plaintiff, cryptocurrency  mining, design of software,  and questioning by the UK Police regarding Plaintiff's claims. |
| Henry Burchill | 31 Ilex Crescent Southampton S031 6SE United Kingdom | Burchill has knowledge of cryptocurrency mining, design of software, and claims alleged by Plaintiff. |

The I Pro Se. Defendant Oliver Read will supplement this list as additional information is learned  during discovery. I reserve the right to call any witness disclosed or  identified by any other party to this lawsuit, as amended or supplemented.

As required by the Federal Rules of Civil Procedure, I will  disclose any experts upon whose opinions I intend to rely on.

I.    **List of Documents, Electronically Stored Information (ESI) or Tangible Things**
       *(in Plaintiff's possession, custody or control)*

| Description by Category of Document, ESI or Tangible Thing | Location |
|---|---|
| Correspondence by Plaintiff to Read Defendants | Provided to Plaintiff as Read_000001-2 |

Dated: August 9, 2021.

s/Oliver Read
***Oliver Read***
81 Oakleigh Road
Clayton, Bradford
West Yorkshire
Telephone: +44 07305 170462
E-mail: oliverread2001@gmail.com

*1.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2021, I emailed the foregoing to the following individuals  with the following email addresses:

Samuel Jonathan Leake Ballar
Stephen David Palley
Anderson Kill PC
1717 Pennsylvania Avenue NW
Suite 200
Washington, DC 20006
sballard@andersonkill.com
spalley@andersonkill.com
***Attorneys for Plaintiff Andrew Schober***

Sarah Jackson Donahue
Feldmann Nagel Cantafio & Song PLLC
1875 Lawrence St., Suite 730
Denver, Colorado 80202
Telephone: (303) 813-1200
Facsimile: (303) 813-1201
Email: sdonahue@fncslaw.com

***Attorneys for Defendants Benedict Thompson, Edward J.
Thompson, and Claire L. Thomps***

Hazel Wells
Hazelwells44@gmail.com

Paul Read
Paulread66@aol.co.uk
***Defendants***

Dear Mr. Read and Ms. Wells,

I am writing to you regarding your son Oliver.

Last January, my computer was infected by a malicious program called Electrum Atom that stole £145,800 worth of Bitcoin from me. The stolen funds were then deposited at the cryptocurrency exchange Bitfinex. With the help of an attorney and a private investigation firm, the theft was traced to Oliver Paul Read, from Bradford, West Yorkshire. It seems your son has been using malware to steal money from people online.

We have all of the evidence necessary to implicate his guilt: subpoenaed records from Github (where he uploaded the malware), Bitfinex, and Reddit (username Rad3onx); restored Github repositories (Electrum Atom & Electrum Gold); CryptoCompare.com and BitcoinTalk.org user logs and posts (sulaiman.h500 & janders6); false implication of Sulaiman Hussain (sulaiman.h500) from Beckfoot Thornton; real & fake Twitter profiles (OliSwagoi & Koanders6); forensic analysis of the malware; and blockchain analysis of his bitcoin wallet (which shows multiple thefts).

Ask him yourselves.

Losing that money has been financially and emotionally devastating. He might have thought he was playing a harmless joke, but it has had serious consequences for my life.

As his parents, I am appealing to you first to give him the chance to make this right, without involving law enforcement. Your son is obviously a very intelligent young man. I do not wish for him to be robbed of his future, however it would not be just to let him inflict such a damaging blow to my future.

If he returns what he stole in full, 16.4552 BTC, to address 38V7h5tK5ywXWXG457UGmgYDDmk5t7h3Vu by October 21, 2018, I will drop this matter and move on. If not, we will pursue recourse through Action Fraud. Given his age and the nature of the crimes, he would likely be charged as an adult. The minimum sentence for Theft: Category 1 Harm (>£100k) with high culpability, and Computer Misuse Section 3: Reckless Intent to Impair Operation, is 4 years and 6 months custody, plus payment of restitution.

I have been advised to remain anonymous as a precaution against retaliation, however I have attached digital signatures from the bitcoin addresses from which the coins were stolen. I include these signatures as cryptographic proof that I own the private keys to those addresses, and to show that I am not trying to extort you, only to have the stolen funds returned.

You can confirm these signatures with any online Bitcoin message verification tool.

**Signature from Address** 1QGHJvJbsr1E3H9h3aj1xFRN2NZnhoz6aD

H7Pu3O/NxTCLBTNzvj9R5aXMbY0LZ1x/HaBufmqywzrKfpvWVy+aPENepM+lu gSWeG/KNV66h+ZhetsBw2RB4t4=

**Signature from Address** 1Mb6H2d4Xu7m5LiW2abA4xvtX7yfFHLtyk

IJg7C7dHgpGldhz0v+tVCaYeFJvxavPbiQ+GAPM69f9PWGdpvaGBRfbdZ5JhiM d3CNr4hs9urA9wEjY2OXI1bHY=

**Message:** I am the rightful owner of this address

•••

You can confirm the date, addresses, and amount of the theft (what is to be returned) here.

**Transaction ID of Theft:**
a6db589147ec24d3d97acf244ac957cbfaeaf145d04c06ec57d782a62c365169

•••

Return funds to this address by **October 21, 2018**



**38V7h5tK5ywXWXG457UGmgYDDmk5t7h3Vu**

I also ask that he send an additional **0.555 BTC** to compensate for a portion of