IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ANDREW SCHOBER,<br><br>                Plaintiff,<br><br>vs.<br><br>BENEDICT THOMPSON, OLIVER READ, EDWARD J. THOMPSON, CLAIRE L. THOMPSON, PAUL READ, and HAZEL DAVINA WELLS,<br><br>                Defendants. | Civil Action No. 1:21-cv-01382 |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Rule 5(b) of the Local Rules of the United States District Court for the District of Colorado, Samuel Ballard, Esq., counsel for Plaintiff Andrew Schober, hereby respectfully requests leave to withdraw as counsel in the above-captioned matter, and that his name be removed from the counsel list:

1.     Mr. Ballard has accepted a position outside of the Firm and has terminated his association with Anderson Kill LLP effective September 17, 2021.

2.     Dylan G. LaMorte, Esq., counsel at Anderson Kill P.C., has filed his appearance in this matter on September 28, 2021.  Therefore, Andrew Schober remains represented by counsel.

3.     My withdraw from representation of Plaintiff will neither prejudice any party nor cause any material delay to these proceedings.

4.     There is no trial date set in this matter.

1

WHEREFORE, it is respectfully requested that the Court enter an Order granting leave to withdraw Samuel Ballard, Esq. from the representation of Plaintiff and remove Samuel Ballard, Esq. from the counsel list in this matter.

Dated:  October 1, 2021						ANDERSON KILL LLP.

By: /s/ Samuel Ballard
Samuel Ballard, Esq.
**ANDERSON KILL LLP**
1717 Pennsylvania Avenue NW
Suite 200
Washington, D.C. 20006
Phone:  (202) 416-6559
Email:  sballard@andersonkill.com

*Attorney for Plaintiff Andrew Schober*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 1 day of October 2021 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

      Sarah Jackson Donahue
      sdonahue@fncslaw.com

      I hereby certify that I have mailed or served the foregoing document or paper to the following non-CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

      Oliver Read
      81 Oakleigh Road
      Clayton, Bradford
      West Yorkshire
      UK
      44 07305 170462

      Paul Read
      10 Brook Lane
      Clayton, Bradford
      West Yorkshire
      UK
      44 7805 653666

      Hazel Davina Wells
      81 Oakleigh Road
      Clayton, Bradford
      West Yorkshire
      UK
      44 0791 660121

      Andrew Schober
      6200 Habitat Dr. #2037
      Boulder, CO 80301
      aschobe@gmail.com

      /s/   Samuel Ballard

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ANDREW SCHOBER,<br><br>    Plaintiff,<br><br>vs.<br><br>BENEDICT THOMPSON, OLIVER READ, EDWARD J. THOMPSON, CLAIRE L. THOMPSON, PAUL READ, and HAZEL DAVINA WELLS,<br><br>    Defendants. | Civil Action No. 1:21-cv-01382 |

### [Proposed] Order

Upon consideration of the Motion to Withdraw As Counsel; and for good cause shown, it is on this _____ day of October, 2021, hereby

**ORDERED** that the Motion is **GRANTED**.

**SO ORDERED.**

              _____
              Magistrate Judge Nina Y. Wang