IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1-21-cv-01382-NYW

ANDREW SCHOBER,

    Plaintiff,

v.

BENEDICT THOMPSON, OLIVER READ,
EDWARD J. THOMPSON, CLAIRE L. THOMPSON,
PAUL READ, AND HAZEL DAVINA WELLS,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
8:50 am, Jan 31, 2022
JEFFREY P. COLWELL, CLERK

### DEFENDANT HAZEL'S ANSWER

Defendant Hazel Wells hereby submits the Answer to Plaintiff Andrew Schober's Complaint:

### NATURE OF THE ACTION

1. Defendant Hazel Wells is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 6 and therefore deny the same.

2. Defendant Hazel Wells is without information or knowledge to admit or deny the allegations set forth in paragraph 2. To the extent a response is required, Defendant Hazel Wells denies the allegations set forth in paragraph 2

3. Defendant Hazel Wells is without information or knowledge to admit or deny the allegations set forth in paragraph 3. To the extent a response is required, Defendant Hazel Wells denies

1

the allegations set forth in paragraph 3.

4. Paragraph 4 contains a legal conclusion to which no response is required. To the extent a response is required, Defendant Hazel Wells denies the allegations set forth in paragraph 4.

5. Defendant Hazel Wells admits the Plaintiff alleges those claims as recited in paragraph 5, but denies said claims are properly brought against the Thompson Defendants.

## THE PARTIES

6. Defendant Hazel Wells is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 6 and therefore deny the same.

7. Defendant Hazel Wells is without information or knowledge to admit or deny the allegations set forth in paragraph 7.

8. Defendant Hazel Wells, denies the allegation that Defendant Oliver Read studied "Computer Science at Greenhead College in the United Kingdom" Defendant Hazel Wells admits the allegation that Defendant Read is a resident of Bradford, West Yorkshire, United Kingdom. Defendant Hazel Wells is without information or knowledge sufficient to form a belief as to the veracity of the remaining allegations of paragraph 8 and therefore deny the same.

9. Defendant Hazel Wells is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 9 and therefore deny the same.

10. Defendant Hazel Wells is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 10 and therefore deny the same.

11. Defendant Hazel Wells is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 11 and therefore deny same

12. Defendant Hazel Wells denies the allegation that they are or ever was the Wife of "Defendant Paul Read" in paragraph 12. Defendant Hazel Wells admits the allegation that they are the mother of Defendant Oliver Read. Defendant Hazel Wells admits the allegation that they are

a resident of Bradford, West Yorkshire, United Kingdom in paragraph 12.

## JURISDICTION AND VENUE

13. Paragraph 13 contains legal conclusions for which no response is required. To the extent an answer is required, the allegations of paragraph 13 are denied.

14. Paragraph 14 contains legal conclusions for which no response is required. To the extent an answer is required, the allegations of paragraph 14 are denied.

15. The Defendant Hazel Wells denies that this Court has personal jurisdiction over the Defendant Hazel Wells. Defendant Hazel Wells is without information or knowledge sufficient to form a belief as to the veracity of the remaining allegations of paragraph 15 and therefore deny the same.

16. Defendant Hazel Wells denies the allegations set forth in paragraph 16.

## FACTUAL BACKGROUND

I.   Description of the Malware and Benedict and Oliver's Distribution and Use of the Malware to Steal Mr. Schober's Cryptocurrency.[1]

17. Defendant Hazel Wells is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 17 and therefore deny the same.

18. Defendant Hazel Wells or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 18 and therefore deny the same.

19. Defendant Hazel Wells is without information or knowledge to admit or deny the allegations set forth in paragraph 19 and therefore deny the same.

20. Defendant Hazel Wells is without information or knowledge to admit or deny the allegations set forth in paragraph 20 and therefore deny the same.

3

21. Defendant Hazel Wells is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 21 and therefore deny the same.

22. Defendant Hazel Wells is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 22 and therefore deny the same.

23. Defendant Hazel Wells is without information or knowledge to admit or deny the allegations set forth in paragraph 23 and therefore deny the same.

24. Defendant Hazel Wells is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 24 and therefore deny the same.

25. Defendant Hazel Wells is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 25 and therefore deny the same.

26. Defendant Hazel Wells is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 26 and therefore deny the same.

27. Defendant Hazel Wells is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 27 and therefore deny the same.

28. Defendant Hazel Wells is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 28 and therefore deny the same.

29. Defendant Hazel Wells is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 29 and therefore deny the same. .

30. Defendant Hazel Wells is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 30 and therefore deny the same.

31. Defendant Hazel Wells is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 31 and therefore deny the same.

32. Defendant Hazel Wells is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 32 and therefore deny the same.

33. Defendant Hazel Wells is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 33 and therefore deny the same.

**II. Defendant' Intentions and Efforts to Steal, Retain, and Obfuscate Mr. Schober's Cryptocurrency.[1]**

34. Defendant Hazel Wells denies the allegations set forth in paragraph 34.

35. Defendant Hazel Wells denies the allegations set forth in paragraph 35.

36. Defendant Hazel Wells is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 36 and therefore deny the same.

37. Defendant Hazel Wells is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 37 and therefore deny the same.

38. Defendant Hazel Wellsare without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 38 and therefore deny the same.

39. Defendant Hazel Wells is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 39 and therefore deny the same.

40. Defendant Hazel Wells are without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 40 and therefore deny the same

41. Defendant Hazel Wells denies the allegation set forth in paragraph 41.

42. Defendant Hazel Wells is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 42 and therefore deny the same.

43. Defendant Hazel Wells is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 43 and therefore deny the same.

---

[1] To the extent the Headings included in the Plaintiff's Complaint are construed to be allegations, The Defendant Hazel Wells denies them in their entirety.

44. Defendant Hazel Wells is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 17 and therefore deny the same.

45. Defendant Hazel Wells is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 45 and therefore deny the same.

46. Defendant Hazel Wells is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 46 and therefore deny the same.

**III. Defendant' Refusal to Respond to Mr. Schober and Their Parents Responsibility for the Then-Minor Defendant Actions.**

47. Defendant Hazel Wells is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 47 and therefore deny the same

48. Defendant Hazel Wells is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 48 and therefore deny the same.

49. Defendant Hazel Wells is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 49 and therefore deny the same.

50. Defendant Hazel Wells is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 50 and therefore deny the same.

51. Defendant Hazel Wells is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 51 and therefore deny the same.

52. Defendant Hazel Wells is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 51 and therefore deny the same.

53. Defendant Hazel Wells admits the allegations set forth in paragraph 53.

54. Defendant Hazel Wells is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 54 and therefore deny the same.

55. Defendant Hazel Wells denies the allegation set forth in paragraph 55

56. Defendant Hazel Wells denies the allegation set forth in paragraph 56

57. Defendant Hazel Wells admit that Mr. Schober sent the email alleged in paragraph 57, but denies the remaining allegations set forth in paragraph 57.

58. Defendant Hazel Wells admit that he has not responded to Mr. Schober's email but denies the remaining allegations of paragraph 58.

### IV. Mr. Schober's Harms were Caused by the Defendant' Actions. 59.

59. Defendant Hazel Wells is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 59 and therefore deny the same.

60. Defendant Hazel Wells is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 60 and therefore deny the same.

61. Defendant Hazel Wells is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 61 and therefore deny the same.

62. Defendant Hazel Wells is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 62 and therefore deny the same.

63. Defendant Hazel Wells is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 63 and therefore deny the same.

64. Defendant Hazel Wells is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 64 and therefore deny the same.

65. Defendant Hazel Wells is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 65 and therefore deny the same.

66. Defendant Hazel Wells is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 66 and therefore deny the same.

67. Defendant Hazel Wells is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 67 and therefore deny the same.

68. Defendant Hazel Wells is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 68 and therefore deny the same.

69. Defendant Hazel Wells is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 68 and therefore deny the same.

70. Defendant Hazel Wells is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 69 and therefore deny the same.

71. Defendant Hazel Wells is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 71 and therefore deny the same.

72. Defendant Hazel Wells is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 72 and therefore deny the same.

73. Defendant Hazel Wells is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 73 and therefore deny the same

## CLAIMS FOR RELIEF

### First Cause of Action

**Conversion**

**(All Defendant)**

74. Defendant Hazel Wells reiterates and re-aver each and every one of the preceding averments as if fully re-written and restated here.

75. Defendant Hazel Wells denies the allegation set forth in paragraph

76. Defendant Hazel Wells is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 76 and therefore deny the same

77. Defendant Hazel Wells denies the allegation set forth in paragraph 77

78. Defendant Hazel Wells denies the allegation set forth in paragraph 78

79. Defendant Hazel Wells denies the allegation set forth in paragraph 79

80. Defendant Hazel Wells denies the allegation set forth in paragraph 80

81. Defendant Hazel Wells denies the allegation set forth in paragraph 81

82. Defendant Hazel Wells is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 82 and therefore deny the same

83. Defendant Hazel Wells denies the allegation set forth in paragraph

**Second Cause of Action**

**Trespass to Chattel**
**(All Defendant)**

84. Defendant Hazel Wells reiterates and re-aver each and every one of the preceding averments as if fully re-written and restated here

85. Defendant Hazel Wells is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 85 and therefore deny the same.

86. Defendant Hazel Wells is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 86 and therefore deny the same

87. Defendant Hazel Wells denies the allegation set forth in paragraph 87

88. Defendant Hazel Wells is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 88 and therefore deny the same.

89. Defendant Hazel Wells is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 89 and therefore deny the same

90. Defendant Hazel Wells is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 90 and therefore deny the same

**Third Cause of Action**

**Civil Conspiracy**
**(All Defendant)**

91. Defendant Hazel Wells reiterates and re-aver each and every one of the preceding averments as if fully re-written and restated here

92. Defendant Hazel Wells denies the allegation set forth in paragraph 92

93. Defendant Hazel Wells denies the allegation set forth in paragraph 93

94. Paragraph 94 contains a legal conclusion for which no response is required. Further answering, to the extent the allegations of paragraph 94 pertain to a cause of action Case which the Court has already dismissed with prejudice, no response is required. To the extent a response is required, the allegations in this paragraph are denied

95. . Paragraph 95 contains a legal conclusion for which no response is required. To the extent an answer is required, the Defendant Hazel Wells denies the allegations of paragraph 95.

96. Defendant Hazel Wells denies the allegation set forth in paragraph 96

**<u>Fourth Cause of Action</u>**
**Violation of the Computer Fraud and Abuse Act, 18 U.S.C. § 1030**
**(All Defendant)**

97. Defendant Hazel Wells reiterates and re-aver each and every one of the preceding averments as if fully re-written and restated here

98. The allegations of paragraph 98 pertain to a cause of action which the Court has already dismissed with prejudice, and to which no response is required. To the extent a response is required, the allegations in this paragraph are denied.

99. The allegations of paragraph 99 pertain to a cause of action which the Court has already dismissed with prejudice, and to which no response is required. To the extent a response is required, the allegations in this paragraph are denied

100. The allegations of paragraph 100 pertain to a cause of action which the Court has already dismissed with prejudice, and to which no response is required. To the extent a response is required, the allegations in this paragraph are denied.

101. The allegations of paragraph 101 pertain to a cause of action which the Court has already dismissed with prejudice, and to which no response is required. To the extent a response is required, the allegations in this paragraph are denied.

102. The allegations of paragraph 102 pertain to a cause of action which the Court has already dismissed with prejudice, and to which no response is required. To the extent a response is required, the allegations in this paragraph are denied.

103. The allegations of paragraph 103 pertain to a cause of action which the Court has already dismissed with prejudice, and to which no response is required. To the extent a response is required, the allegations in this paragraph are denied.

104. The allegations of paragraph 104 pertain to a cause of action which the Court has already dismissed with prejudice, and to which no response is required. To the extent a response is required, the allegations in this paragraph are denied

**PRAYER FOR RELIEF**

Defendant Hazel Wells denies that the Plaintiff is entitled to any of the relief sought in his prayer for relief (A-E).

**JURY DEMAND**

Defendant Hazel Wells acknowledges and joins in the Plaintiff's demand for a trial by jury on all claims and issues so triable.

## **READ DEFENDANTS' AFFIRMATIVE DEFENSES**

1. This Court lacks personal jurisdiction over Defendant Hazel Wells

2. Venue is improper in this District

3. Plaintiff has failed to state a claim upon which relief may be granted.

4. The Plaintiff's claims are barred by the statute of limitations.

5. . The Plaintiff's claims are barred by the doctrines of laches, waiver, estoppel and acquiescence.

6. The Plaintiff's claims are barred by the doctrine of assumption of the risk

7. The Plaintiff's claims are barred by the Plaintiff's contributory negligence.

8. If Plaintiff incurred any loss or damages as alleged in the Complaint, the same were caused in whole or in part by acts or omissions of another or others over whom Defendant Hazel Wells is not responsible, and whose conduct Defendant Hazel Wells had no duty or reason to anticipate or control

9. If Plaintiff incurred any loss or damages as alleged in the Complaint, the same were proximately caused by unforeseeable, independent intervening, or superseding events beyond the control, and unrelated to the conduct Defendant Hazel Wells. Defendant Hazel Wells actions and omissions, if any, were superseded by such unforeseeable, independent, intervening and superseding events, and as such Defendant Hazel Wells is

not liable

10. . If Plaintiff incurred any loss or damages as alleged in the Complaint, the same were caused in whole or in part by the actions and/or culpable conduct of Plaintiff or its agents, and not as a result of any actions and/or conduct on the part of Defendant Hazel Wells

11. Defendant Hazel Wells is entitled to, and claim the benefit of, all defenses and presumptions set forth in or arising from any rule of law or statute in this State and any other state whose law is deemed to apply in this case.

12. Defendant Hazel Wells actions complied with all applicable standards of care.

13. Plaintiff has failed to take reasonable steps to mitigate its damages, if any

14. Defendant Hazel Wells incorporate the defenses of all others who are or may become parties to this action.

15. Defendant Hazel Wells reserves the right to raise additional defenses and to supplement those asserted herein upon discovery of further information and investigation into the Plaintiff's claims. These additional defenses cannot be averred at this time due to the Plaintiff's failure to properly describe their claims with sufficient particularity in the Complaint.

Wherefore, the Defendant Hazel Wells requests that this Court enter orders denying the Plaintiff's claims in their entirety, entering judgment in the Defendant Hazel Wells favor, awarding the Defendant Hazel Wells fees and costs, and to any such other relief, at law or at equity, to which this Court deems them entitled.

s/Hazel Davina Wells
*Hazel Wells*
81 Oakleigh Road
Clayton, Bradford
West Yorkshire

Telephone: +44 07941 660121
E-mail: hazelwells44@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on 30/01/2022

I sent a copy of the to the Answer to following parties in the way described below each party's name:

Samuel Jonathan Leake Ballard
Stephen David Palley
Anderson Kill PC
1717 Pennsylvania Avenue NW
Suite 200
Washington, DC 20006
sballard@andersonkill.com
spalley@andersonkill.com
***Attorneys for Plaintiff Andrew Schober***

Oliver Read
Oliverread2001@gmail.com

Hazel Wells
Hazelwells44@gmail.com

Paul Read
Paulread66@aol.co.uk
***Defendant***

s/Hazel Davina Wells
***Hazel Wells***