IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1-21-cv-01382-NYW

ANDREW SCHOBER,

       Plaintiff,

v.

BENEDICT THOMPSON, OLIVER READ,
EDWARD J. THOMPSON, CLAIRE L. THOMPSON,
PAUL READ, AND HAZEL DAVINA WELLS,

       Defendant.

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
8:45 am, Jan 31, 2022
**JEFFREY P. COLWELL, CLERK**

**DEFENDANT OLIVER READ'S ANSWER**

Defendant Oliver Read hereby submits the Answer to Plaintiff Andrew Schober's Complaint:

**NATURE OF THE ACTION**

1. Defendant Oliver Read denies the allegations set forth in paragraph 1.

2. Defendant Oliver Read, denies the allegation that Oliver Read is an "associate" of Benedict Thompson, and that Oliver Read is computer science student and a "skilled software developer". Oliver Read admits he was a minor during the time frame alleged by Plaintiff. Defendant Oliver Read is without information or knowledge to admit or deny the remaining allegations in paragraph 2.

3. Defendant Oliver Read is without information or knowledge to admit or deny the allegations

1

set forth in paragraph 3. To the extent a response is required, Defendant Oliver Read denies the allegations set forth in paragraph 3.

4. Paragraph 4 contains a legal conclusion to which no response is required. To the extent a response is required, Defendant Oliver Read denies the allegations set forth in paragraph 4.

5. Defendant Oliver Read admits the Plaintiff alleges those claims as recited in paragraph 5, but denies said claims are properly brought against the Defendant Oliver Read

**THE PARTIES**

6. Defendant Oliver Read is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 6 and therefore deny the same.

7. Defendant Oliver Read is without information or knowledge to admit or deny the allegations set forth in paragraph 7.

8. Defendant Oliver Read, denies the allegation that Oliver Read studied "Computer Science at Greenhead College in the United Kingdom" Oliver Read admits the allegation that he is a resident of Bradford, West Yorkshire, United Kingdom. Oliver Read admits the allegation that he is known by online aliases "Rad3onx" and "Swagoi".

9. Defendant Oliver Read is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 9 and therefore deny the same.

10. Defendant Oliver Read is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 10 and therefore deny the same.

11. Defendant Oliver Read is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 12 and therefore deny same

12. Defendant Oliver Read denies the allegation that "Defendant Hazel Davina Wells" is or ever was the Wife of "Defendant Paul Read". Defendant Oliver Read admits the allegation that Hazel Wells is the mother of Defendant Oliver Read.

## JURISDICTION AND VENUE

13. Paragraph 13 contains legal conclusions for which no response is required. To the extent an answer is required, the allegations of paragraph 13 are denied.

14. Paragraph 14 contains legal conclusions for which no response is required. To the extent an answer is required, the allegations of paragraph 14 are denied.

15. The Defendant Oliver Read denies that this Court has personal jurisdiction over the Defendant Oliver Read. Defendant Oliver Read is without information or knowledge sufficient to form a belief as to the veracity of the remaining allegations of paragraph 15 and therefore deny the same.

16. Defendant Oliver Read denies the allegations set forth in paragraph 16.

## FACTUAL BACKGROUND

I.   Description of the Malware and Benedict and Oliver's Distribution and Use of the Malware to Steal Mr. Schober's Cryptocurrency.[1]

17.  Defendant Oliver Read denies the allegations set forth in paragraph 17.

18.  Defendant Oliver Read denies the allegations set forth in paragraph 18.

19.  Defendant Oliver Read denies the allegations set forth in paragraph 19.

20.  Defendant Oliver Read denies the allegations set forth in paragraph 20.

21.  Defendant Oliver Read denies the allegations set forth in paragraph 21.

22.  Defendant Oliver Read denies the allegations set forth in paragraph 22.

23.  Defendant Oliver Read denies the allegations set forth in paragraph 23.

24.  Defendant Oliver Read denies the allegations set forth in paragraph 24.

25.  Defendant Oliver Read denies the allegations set forth in paragraph 25.

26. Defendant Oliver Read denies the allegations set forth in paragraph 26.

27. Defendant Oliver Read denies the allegations set forth in paragraph 27.

28. Defendant Oliver Read denies the allegations set forth in paragraph 28

29. Defendant Oliver Read denies the allegations set forth in paragraph 29.

30. Defendant Oliver Read denies the allegations set forth in paragraph 30.

31. Defendant Oliver Read denies the allegations set forth in paragraph 31.

32. Defendant Oliver Read denies the allegations set forth in paragraph 32.

33. Defendant Oliver Read denies the allegations set forth in paragraph 33.

## II. Defendant' Intentions and Efforts to Steal, Retain, and Obfuscate Mr. Schober's Cryptocurrency.[1]

34. Defendant Oliver Read denies the allegations set forth in paragraph 34.

35. Defendant Oliver Read denies the allegations set forth in paragraph 35.

36. Defendant Oliver Read denies the allegations set forth in paragraph 36.

37. Defendant Oliver Read is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 37 and therefore deny the same.

38. Defendant Oliver Readare without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 38 and therefore deny the same.

39. Defendant Oliver Read denies the allegations set forth in paragraph 39

40. Defendant Oliver Read are without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 40 and therefore deny the same

41. Defendant Oliver Read denies the allegation set forth in paragraph 41.

---

[1] To the extent the Headings included in the Plaintiff's Complaint are construed to be allegations, The defendant Oliver Read denies them in their entirety.

42. Defendant Oliver Read is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 42 and therefore deny the same.

43. Defendant Oliver Read is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 43 and therefore deny the same.

44. Defendant Oliver Read denies the allegations set forth in paragraph 44.

45. Defendant Oliver Read is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 45 and therefore deny the same.

46. Defendant Oliver Read is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 46 and therefore deny the same.

**III. Defendant' Refusal to Respond to Mr. Schober and Their Parents Responsibility for the Then-Minor Defendant Actions.**

47. Defendant Oliver Read is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 47 and therefore deny the same

48. Defendant Oliver Read is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 48 and therefore deny the same.

49. Defendant Oliver Read is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 49 and therefore deny the same.

50. Defendant Oliver Read is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 50 and therefore deny the same.

51. Defendant Oliver Read is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 51 and therefore deny the same.

52. Defendant Oliver Read is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 51 and therefore deny the same.

53. Defendant Oliver Read admits the allegations set forth in paragraph 47.

54. Defendant Oliver Read denies the allegation set forth in paragraph 54

55. Defendant Oliver Read denies the allegation set forth in paragraph 55

56. Defendant Oliver Read denies the allegation set forth in paragraph 56

57. Defendant Oliver Read admit that Mr. Schober sent the email alleged in paragraph 51, but denies the remaining allegations set forth in paragraph 57.

58. Defendant Oliver Read admit that he has not responded to Mr. Schober's email but denies the remaining allegations of paragraph 58.

## IV. Mr. Schober's Harms were Caused by the Defendant' Actions. 59.

59. Defendant Oliver Read denies the allegations set forth in paragraph 59.

60. Defendant Oliver Read is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 60 and therefore deny the same.

61. Defendant Oliver Read is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 61 and therefore deny the same.

62. Defendant Oliver Read is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 62 and therefore deny the same.

63. Defendant Oliver Read is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 63 and therefore deny the same.

64. Defendant Oliver Read is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 64 and therefore deny the same.

65. Defendant Oliver Read denies the allegation set forth in paragraph 65

66. Defendant Oliver Read denies the allegation set forth in paragraph 66

67. Defendant Oliver Read denies the allegation set forth in paragraph 67

68. Defendant Oliver Read denies the allegation set forth in paragraph 68

69. Defendant Oliver Read denies the allegation set forth in paragraph 69

70. Defendant Oliver Read denies the allegation set forth in paragraph 70

71. Defendant Oliver Read denies the allegation set forth in paragraph 71

72. Defendant Oliver Read is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 72 and therefore deny the same

73. Defendant Oliver Read is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 73 and therefore deny the same

## CLAIMS FOR RELIEF

### First Cause of Action

Conversion

(All Defendant)

74. Defendant Oliver Read reiterates and re-aver each and every one of the preceding averments as if fully re-written and restated here.

75. Defendant Oliver Read denies the allegation set forth in paragraph

76. Defendant Oliver Read is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 63 and therefore deny the same

77. Defendant Oliver Read denies the allegation set forth in paragraph 77

78. Defendant Oliver Read denies the allegation set forth in paragraph 78

79. Defendant Oliver Read denies the allegation set forth in paragraph 79

80. Defendant Oliver Read denies the allegation set forth in paragraph 80

81. Defendant Oliver Read denies the allegation set forth in paragraph 81

82. Defendant Oliver Read is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 82 and therefore deny the same

83. Defendant Oliver Read denies the allegation set forth in paragraph

## Second Cause of Action

### Trespass to Chattel
### (All Defendant)

84. Defendant Oliver Read reiterates and re-aver each and every one of the preceding averments as if fully re-written and restated here

85. Defendant Oliver Read denies the allegation set forth in paragraph 85

86. Defendant Oliver Read is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 82 and therefore deny the same

87. Defendant Oliver Read denies the allegation set forth in paragraph 87

88. Defendant Oliver Read denies the allegation set forth in paragraph 88

89. Defendant Oliver Read is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 82 and therefore deny the same

90. Defendant Oliver Read is without information or knowledge sufficient to form a belief as to the veracity of the allegations of paragraph 82 and therefore deny the same

## Third Cause of Action
### Civil Conspiracy
### (All Defendant)

91. Defendant Oliver Read reiterates and re-aver each and every one of the preceding averments as if fully re-written and restated here

92. Defendant Oliver Read denies the allegation set forth in paragraph 92

93. Defendant Oliver Read denies the allegation set forth in paragraph 93

94. Paragraph 94 contains a legal conclusion for which no response is required. Further answering, to the extent the allegations of paragraph 94 pertain to a cause of action Case which the Court has already dismissed with prejudice, no response is required. To the extent a response is required, the allegations in this paragraph are denied

95. . Paragraph 95 contains a legal conclusion for which no response is required. To the extent an answer is required, the Defendant Oliver Read denies the allegations of paragraph 95.

96. Defendant Oliver Read denies the allegation set forth in paragraph 96

### Fourth Cause of Action
**Violation of the Computer Fraud and Abuse Act, 18 U.S.C. § 1030**
**(All Defendant)**

97. Defendant Oliver Read reiterates and re-aver each and every one of the preceding averments as if fully re-written and restated here

98. The allegations of paragraph 98 pertain to a cause of action which the Court has already dismissed with prejudice, and to which no response is required. To the extent a response is required, the allegations in this paragraph are denied.

99. The allegations of paragraph 99 pertain to a cause of action which the Court has already dismissed with prejudice, and to which no response is required. To the extent a response is required, the allegations in this paragraph are denied

100. The allegations of paragraph 100 pertain to a cause of action which the Court has already dismissed with prejudice, and to which no response is required. To the extent a response is required, the allegations in this paragraph are denied.

101. The allegations of paragraph 101 pertain to a cause of action which the Court has already dismissed with prejudice, and to which no response is required. To the extent a response is

required, the allegations in this paragraph are denied.

102. The allegations of paragraph 102 pertain to a cause of action which the Court has already dismissed with prejudice, and to which no response is required. To the extent a response is required, the allegations in this paragraph are denied.

103. The allegations of paragraph 103 pertain to a cause of action which the Court has already dismissed with prejudice, and to which no response is required. To the extent a response is required, the allegations in this paragraph are denied.

104. The allegations of paragraph 104 pertain to a cause of action which the Court has already dismissed with prejudice, and to which no response is required. To the extent a response is required, the allegations in this paragraph are denied

## PRAYER FOR RELIEF

Defendant Oliver Read denies that the Plaintiff is entitled to any of the relief sought in his prayer for relief (A-E).

## JURY DEMAND

Defendant Oliver Read acknowledges and joins in the Plaintiff's demand for a trial by jury on all claims and issues so triable.

### **READ DEFENDANTS' AFFIRMATIVE DEFENSES**

1. This Court lacks personal jurisdiction over Defendant Oliver Read

2. Venue is improper in this District

3. Plaintiff has failed to state a claim upon which relief may be granted.

4. The Plaintiff's claims are barred by the statute of limitations.

5. . The Plaintiff's claims are barred by the doctrines of laches, waiver, estoppel and acquiescence.

6. The Plaintiff's claims are barred by the doctrine of assumption of the risk

7. The Plaintiff's claims are barred by the Plaintiff's contributory negligence.

8. If Plaintiff incurred any loss or damages as alleged in the Complaint, the same were caused in whole or in part by acts or omissions of another or others over whom Defendant Oliver Read is not responsible, and whose conduct Defendant Oliver Read had no duty or reason to anticipate or control

9. If Plaintiff incurred any loss or damages as alleged in the Complaint, the same were proximately caused by unforeseeable, independent intervening, or superseding events beyond the control, and unrelated to the conduct Defendant Oliver Read. Defendant Oliver Reads actions and omissions, if any, were superseded by such unforeseeable, independent, intervening and superseding events, and as such Defendant Oliver Read is not liable

10. . If Plaintiff incurred any loss or damages as alleged in the Complaint, the same were caused in whole or in part by the actions and/or culpable conduct of Plaintiff or its agents, and not as a result of any actions and/or conduct on the part of Defendant Oliver Read

11. Defendant Oliver Read is entitled to, and claim the benefit of, all defenses and

> presumptions set forth in or arising from any rule of law or statute in this State and any other state whose law is deemed to apply in this case.

12. Defendant Oliver Read actions complied with all applicable standards of care.

13. Plaintiff has failed to take reasonable steps to mitigate its damages, if any

14. Defendant Oliver Read incorporate the defenses of all others who are or may become parties to this action.

15. Defendant Oliver Read reserves the right to raise additional defenses and to supplement those asserted herein upon discovery of further information and investigation into the Plaintiff's claims. These additional defenses cannot be averred at this time due to the Plaintiff's failure to properly describe their claims with sufficient particularity in the Complaint.

Wherefore, the Defendant Oliver Read requests that this Court enter orders denying the Plaintiff's claims in their entirety, entering judgment in the Defendant Oliver Read favor, awarding the Defendant Oliver Read fees and costs, and to any such other relief, at law or at equity, to which this Court deems them entitled.

s/Oliver Read
**Oliver Read**
81 Oakleigh Road
Clayton, Bradford
West Yorkshire
Telephone: +44 07305 170462
E-mail: oliverread2001@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on 28/01/2022

I sent a copy of the to the Answer to following parties in the way described below each party's name:

Samuel Jonathan Leake Ballard
Stephen David Palley
Anderson Kill PC
1717 Pennsylvania Avenue NW
Suite 200
Washington, DC 20006
sballard@andersonkill.com
spalley@andersonkill.com
***Attorneys for Plaintiff Andrew Schober***

Oliver Read
Oliverread2001@gmail.com

Hazel Wells
Hazelwells44@gmail.com

Paul Read
Paulread66@aol.co.uk
***Defendant***

<u>s/Oliver Read</u>
**Oliver Read**

13