# EXHIBIT A

**From:** Palley, Stephen
**Sent:** Friday, February 4, 2022 12:59 PM
**To:** Oliver Read <oliverread2001@gmail.com>; Hazel Wells <hazelwells44@gmail.com>; Paul Read <paulread66@aol.co.uk>
**Cc:** LaMorte, Dylan <dlamorte@andersonkill.com>
**Subject:** Rule 7.1 Attempt to Confer -- Failure to File Answers

Dear Messrs. Read and Ms. Wells:

I am writing this email pursuant to local court rule 7.1, which obligates us to make reasonable good faith efforts to confer with "any opposing counsel or unrepresented party to resolve any disputed matter."

We received answers via email for Oliver Read and Ms. Wells, but not from Paul Read.  Under the court rules that apply to this case you are required to file your answers with the Court.  Email service to us is not sufficient.  By our calculation that was due this past Monday, January 31.  The failure to file an answer places you in default and would allow Mr. Schober to file a motion seeking judgment against each of you because of that default.  **We will do so if your answers are not filed with the Court at before 5 pm EST (Washington, D.C. time) on Monday February 7, 2022.**

Please be governed accordingly.

Thank you.

Best regards,

Stephen