# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ANDREW SCHOBER,<br><br>    Plaintiff,<br><br>    v.<br><br>BENEDICT THOMPSON, OLIVER READ, EDWARD J. THOMPSON, CLAIRE L. THOMPSON, PAUL READ, and HAZEL DAVINA WELLS,<br><br>    Defendants. | Case No.: 1:21-cv-01382-NYW |

## ORDER ON PLAINTIFF'S MOTION FOR ENTRY OF A DEFAULT JUDGMENT AGAINST DEFENDANT PAUL READ

This case is before the Court on Plaintiff's Motion for entry of a default judgment against Defendant Paul Read. [Doc __]. Being duly advised and noting that he has not timely filed an Answer pursuant to Fed. R. Civ. Proc. 12(a)(4)(A), and that Plaintiff has made good faith efforts with defendant to cure the default pursuant to D.C. Colo. LCivR. 7.1, the Court sets this cause for a hearing on an Order to show cause why this defendant should not be found in default and judgment entered against him accordingly. Should the Court deem the Defendant in Default, Mr. Schober will be allowed to present evidence of his damages for purposes of entering a judgment against him in a sum certain.

SO ORDERED: _____

DATED: _____