## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01382

ANDREW SCHOBER,

        Plaintiff,

v.

BENEDICT THOMPSON, OLIVER READ, EDWARD J. THOMPSON, CLAIRE L. THOMPSON, PAUL READ, and HAZEL DAVINA WELLS,

        Defendants.

---

### ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    Plaintiff Andrew Schober

    DATED at Fresno, California this 25 day of April 2022.

        /s/ Jordan Bennett
        Jordan Bennett, Esq.

**Bennett & Demera**
1040 E. Herndon Ave., Ste. 202
Fresno, CA 93720
Phone: *(559) 370-1485*
Email: *jbennett@bennettdemera.com*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25 day of April, 2022 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Sarah Jackson Donahue
sdonahue@fncslaw.com

Carl Hjort
chjort@fncslaw.com


I hereby certify that I have mailed or served the foregoing document or paper to the following non-CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Oliver Read
81 Oakleigh Road
Clayton, Bradford
West Yorkshire
UK
44 07305 170462

Paul Read
10 Brook Lane
Clayton, Bradford
West Yorkshire
UK
44 7805 653666

Hazel Davina Wells
81 Oakleigh Road
Clayton, Bradford
West Yorkshire
UK
44 0791 660121


                                                        *s/    Jordan Bennett*