IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

ANDREW SCHOBER,

          Plaintiff,

vs.

BENEDICT THOMPSON, OLIVER READ, EDWARD J. THOMPSON, CLAIRE L. THOMPSON, PAUL READ, and HAZEL DAVINA WELLS,

          Defendants.

Civil Action No. 1:21-cv-01382

## **MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Rule 5(b) of the Local Rules of the United States District Court for the District of Colorado, Stephen D Palley and Dylan G. LaMorte, counsel for Plaintiff Andrew Schober, for the reasons set forth below hereby respectfully request leave to withdraw as counsel in the above-captioned matter, and that their names be removed from the counsel list:

1. Jordan Bennett of the Bennett & Demera firm entered an appearance for Plaintiff in this case on April 25, 2022.

2. Mr. Bennett will continue to represent Plaintiff, who has been notified of the withdraw by Mr. Palley and Mr. LaMorte and consents to it.

3. The requested withdraw will neither prejudice any party nor cause any material delay to these proceedings.

4. There is no trial date set in this matter

WHEREFORE, it is respectfully requested that the Court enter an Order granting leave to withdraw Mr. Palley and Mr. LaMorte from the representation of Plaintiff and

docs-100410786.1

remove Mr. Palley and Mr. LaMorte from the counsel list in this matter.

Dated:  April 27, 2022                                  ANDERSON KILL LLP.

                                                                          By:     /s/ Dylan G. LaMorte
                                                                                    Dylan G. LaMorte, Esq.
                                                                                    Stephen D. Palley, Esq.
                                                                                    **ANDERSON KILL LLP**
                                                                                    1717 Pennsylvania Avenue NW
                                                                                    Suite 200
                                                                                    Washington, D.C. 20006
                                                                                    Phone:  (202) 416-6559
                                                                                    Email:  dlamorte@andersonkill.com
                                                                                                spalley@andersonkill.com

                                                                                    *Attorney for Plaintiff Andrew Schober*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of April 2022 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Sarah Jackson Donahue
sdonahue@fncslaw.com

I hereby certify that I have mailed or served the foregoing document or paper to the following non-CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Oliver Read
81 Oakleigh Road
Clayton, Bradford
West Yorkshire
UK
44 07305 170462

Paul Read
10 Brook Lane
Clayton, Bradford
West Yorkshire
UK
44 7805 653666

Hazel Davina Wells
81 Oakleigh Road
Clayton, Bradford
West Yorkshire
UK
44 0791 660121

Andrew Schober
6200 Habitat Dr. #2037
Boulder, CO 80301
aschobe@gmail.com

/s/ Dylan G. LaMorte

docs-100410786.1

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ANDREW SCHOBER,<br><br>                Plaintiff,<br><br>vs.<br><br>BENEDICT THOMPSON, OLIVER READ, EDWARD J. THOMPSON, CLAIRE L. THOMPSON, PAUL READ, and HAZEL DAVINA WELLS,<br><br>                Defendants. | Civil Action No. 1:21-cv-01382 |

## [Proposed] Order

Upon consideration of the Motion to Withdraw as Counsel of Stephen D. Palley and Dylan LaMorte; and for good cause shown, it is on this _____ day of April 2022, hereby

**ORDERED** that the Motion is **GRANTED**.

**SO ORDERED.**

_____
Magistrate Judge Nina Y. Wang

docs-100410786.1