# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01382-NYW

**ANDREW SCHOBER,**

    *Plaintiff,*

v.

**BENEDICT THOMPSON, et al.,**

    *Defendants.*

---

## NOTICE OF ENTRY OF APPEARANCE

---

To the Clerk of Court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for Defendants Benedict Thompson, Claire L. Thompson and Edward J. Thompson.

    Respectfully submitted,

    /s/Carl A. Hjort, III
    Carl A. Hjort, III
    Colorado Bar No. 42108
    CANTAFIO & SONG PLLC
    1875 Lawrence Street, Suite 730
    Denver, CO 80202
    Telephone: 303-813-1200
    Email: chjort@fncslaw.com
    ***Attorney for Defendants Benedict Thompson, Claire L. Thompson and Edward J. Thompson***

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of May, 2022 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. As such, this document was served on all counsel of record. I also served the *pro se* Defendants via email at the following addresses:

Oliver Read
Oliverread2001@gmail.com

Hazel Wells
Hazelwells44@gmail.com

Paul Read
Paulread66@aol.co.uk

/s/Carl A. Hjort, III
Carl A. Hjort, III