# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No.: 1:21-cv-01382-NYW

ANDREW SCHOBER,

    Plaintiff,

v.

BENEDICT THOMPSON, OLIVER READ, EDWARD J. THOMPSON, CLAIRE L. THOMPSON, PAUL READ, and HAZEL DAVINA WELLS,

    Defendants.

## JOINT STATUS REPORT AND REQUEST FOR SCHEDULING CONFERENCE

1. Plaintiff filed his Complaint (the "Complaint") on May 21, 2021.

2. The Parties exchanged their initial disclosure statements in or about August 2021.

3. On January 27, 2022, Defendants Benedict Thompson, Edward J. Thompson, and Claire L. Thompson (the "Thompson Defendants") jointly filed an Answer to the Complaint.

**Request for Scheduling Conference**

4. The Scheduling Conference for this case was initially set for July 20, 2021. On July 13, 2021, the Parties jointly filed a Proposed Scheduling Order.

5. At the Scheduling Conference Hearing on July 20, 2021, this Court converted the Scheduling Conference to a Status Conference, and the Parties agreed to delay discovery in this matter until this Court's ruling on the then-pending Motions to Dismiss, filed by

Defendants Oliver Read, Hazel Davina Wells, Benedict Thompson, Edward J. Thompson, and Claire L. Thompson (the "Motions to Dismiss"). The Proposed Scheduling Order was not entered at that time.

6. This Court issued its ruling on the Motions to Dismiss on January 14, 2022.

7. Since the Motions to Dismiss have now been ruled on, undersigned counsel submit that the Court should convene a scheduling conference and enter a scheduling order for dates going forward in this case.

8. Undersigned counsel for Plaintiff and for the Thompson Defendants only recently assumed representation of their respective clients. In late April 2022, Plaintiff retained its current counsel, Bennett & Demera, to substitute in for Anderson Kill, P.C. in this matter. Earlier in the same month, the attorney for the Thompson Defendants went on maternity leave and only then did the Thompson Defendants' current attorney assume representation of the Thompson Defendants in this matter. On April 28, 2022, undersigned counsel met and conferred regarding discovery.

9. Plaintiff and the Thompson Defendants hereby respectfully request that this Court set a Scheduling Conference.

10. Undersigned counsel will work with the *pro se* Defendants to prepare a new Proposed Scheduling Order in advance of any Scheduling Conference the Court sets.

May 2, 2022

Respectfully submitted,

s/ Jordan Bennett
Jordan Bennett

Bennett & Demera
1040 E. Herndon Ave., Ste. 202
Fresno, CA 93720
(559) 981-2588
jbennett@bennettdemera.com

*Attorneys for Plaintiff Andrew Schober*


s/ Carl A. Hjort III
Carl A. Hjort, III

Cantafio & Song PLLC
1875 Lawrence Street, Suite 730
Denver, CO 80202
303-615-2737
chjort@fncslaw.com

*Attorneys for Defendants Benedict Thompson, Edward J. Thompson, and Claire L. Thompson*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2 day of May, 2022 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Sarah Jackson Donahue
sdonahue@fncslaw.com

Carl Hjort
chjort@fncslaw.com


I hereby certify that I have mailed or served the foregoing document or paper to the following non-CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Oliver Read
81 Oakleigh Road
Clayton, Bradford
West Yorkshire
UK
44 07305 170462

Paul Read
10 Brook Lane
Clayton, Bradford
West Yorkshire
UK
44 7805 653666

Hazel Davina Wells
81 Oakleigh Road
Clayton, Bradford
West Yorkshire
UK
44 0791 660121


                                                         *s/     Jordan Bennett*