IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01382-NYW

ANDREW SCHOBER,

    Plaintiff,

v.

BENEDICT THOMPSON,
OLIVER READ,
EDWARD J. THOMPSON,
CLAIRE L. THOMPSON,
PAUL READ, and
HAZEL DAVINA WELLS,

    Defendants.

## MINUTE ORDER

Magistrate Judge Nina Y. Wang

    In light of the Joint Status Report and Request for Scheduling Conference, [Doc. 46, filed May 2, 2022],

    **IT IS ORDERED** that a Telephonic Status Conference is set for **June 8, 2022 at 9:30 a.m.** before Magistrate Judge Nina Y. Wang. All participants shall use the following dial-in information: **888-363-4749, Access Code: 5738976#.** The parties need not comply with the requirements of Fed. R. Civ. P. 16 and D.C.COLO.LR 16.2. The purpose of the conference is to consider the nature and status of the case, the timing for filing of any motions, and what discovery, if any, will be needed.

    **IT IS FURTHER ORDERED** that a copy of this Minute Order shall be mailed to the following:

    Oliver Read and Hazel Davina Wells
    81 Oakleigh Road
    Clayton, Bradford
    West Yorkshire
    UK

    Paul Read
    10 Brook Lane
    Clayton, Bradford

West Yorkshire
UK

DATED: May 3, 2022