IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | |
|---|---|---|
| Civil Action: | 21-cv-01382-NYW | Date: June 8, 2022 |
| Courtroom Deputy: | Camden Pommenville | FTR: NYW-FTR* |

| Parties | Attorney(s) |
|---|---|
| ANDREW SCHOBER, | *Ethan Edward Mora* |
| **Plaintiff,** | |
| v. | |
| BENEDICT THOMPSON, | *Carl Alfred Hjort, III,* |
| OLIVER READ, | *Oliver Read,* |
| EDWARD J. THOMPSON, | *Hazel Davina Wells* |
| CLAIRE L. THOMPSON, | |
| PAUL READ, | |
| HAZEL DAVINA WELLS, | |
| **Defendant.** | |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC STATUS CONFERENCE**

Court in Session: 9:39 a.m.

Appearances of counsel and pro se parties Oliver Read and Hazel Wells.  Paul Read does not appear, and Oliver Read and Hazel Wells indicate that he is estranged from the family.

Initial Disclosures, and the documents identified in the Initial Disclosures have been exchanged.

The Parties and the court discuss a schedule and discovery limitations.

Each side is allowed:
Ten (10) depositions; excluding experts, no deposition may exceed one day of seven hours;

Each party group is allowed:
Fifty (50) interrogatories, including discrete subparts;

Fifty (50) requests for production of documents; and

Fifty (50) requests for admissions, excluding those used for authentication of documents.

**ORDERED:**  **The parties are to meet and confer regarding the methods for efficiently conducting discovery as well as the discovery schedule and submit a joint proposed scheduling order for The Court's consideration no later than June 15, 2022.  The Parties shall also meet and confer regarding whether an Electronically Stored Information ("ESI") Protocol and/or Protective Order is necessary, and will include in the proposed Scheduling Order a status with respect to such.**

The Court will look into appointing limited representation for the pro se defendants as they reside in the United Kingdom.

Court in Recess:  10:05 a.m.      Hearing concluded.      Total time in Court: 00:26

*To order transcripts of hearings, please contact either AB Litigation Services at (303) 629-8534 OR Patterson Transcription Company at (303) 755-4536.