## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01382

ANDREW SCHOBER,

        Plaintiff,

v.

BENEDICT THOMPSON, OLIVER READ, EDWARD J. THOMPSON, CLAIRE L. THOMPSON, PAUL READ, and HAZEL DAVINA WELLS,

        Defendants.

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Rule 5(b) of the Local Rules of the United States District Court for the District of Colorado, Jordan Allen Bennett, counsel for Plaintiff Andrew Schober, for the reasons set forth below hereby respectfully request leave to withdraw as counsel in the above-captioned matter, and that their names be removed from the counsel list:

    1.    Ethan Mora, now of the firm Law office of Ethan Mora, entered an appearance for Plaintiff in this case on June 7, 2022.

    2.    Mr. Mora will continue to represent Plaintiff, who has been notified of the withdraw by Mr. Bennett and consents to it.

    3.    The requested withdraw will neither prejudice any party nor cause any material delay to these proceedings.

    4.    There is no trial date set in this matter.

WHEREFORE, it is respectfully requested that the Court enter an Order granting leave to withdraw Mr. Bennett from the representation of Plaintiff and remove Mr. Bennett from the counsel list in this matter.

| | |
|---|---|
| Dated: September 2,2022 | BENNETT & DEMERA LLP |
| | By: /s/ Jordan Bennett |
| | Jordan Bennett, Esq. |
| | **Bennett & Demera LLP** |
| | 1040 E. Herndon Ave., Ste. 202 |
| | Fresno, CA 93720 |
| | Phone: *(559) 981-2588* |
| | Email: *jbennett@bennettdemera* |
| | |
| | *Attorney for Plaintiff Andrew Schober* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 25 day of April, 2022 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Sarah Jackson Donahue
sdonahue@fncslaw.com

Carl Hjort
chjort@fncslaw.com

     I hereby certify that I have mailed or served the foregoing document or paper to the following non-CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Ethan Mora
ethanmoralaw@pm.me

Oliver Read
81 Oakleigh Road
Clayton, Bradford
West Yorkshire
UK
44 07305 170462

Paul Read
10 Brook Lane
Clayton, Bradford
West Yorkshire
UK
44 7805 653666

Hazel Davina Wells
81 Oakleigh Road
Clayton, Bradford
West Yorkshire
UK
44 0791 660121

                                                        *s/      Jordan Bennett*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01382

ANDREW SCHOBER,

        Plaintiff,

v.

BENEDICT THOMPSON, OLIVER READ, EDWARD J. THOMPSON, CLAIRE L. THOMPSON, PAUL READ, and HAZEL DAVINA WELLS,

        Defendants.

### [Proposed] Order

Upon consideration of the Motion to Withdraw as Counsel of Jordan A. Bennett; and for good cause shown, it is on this ___ day of September 2022, hereby

ORDERED that the Motion is GRANTED.

SO ORDERED.

 

_____
Magistrate Judge N. Reid Neureiter