IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 1:21-cv-01382-NYW-NRN

ANDREW SCHOBER,

          Plaintiff,

    v.

BENEDICT THOMPSON, OLIVER READ, EDWARD J. THOMPSON, CLAIRE L. THOMPSON, PAUL READ, and HAZEL DAVINA WELLS,

          Defendants.

## NOTICE OF CHANGE OF LAW FIRM AFFILIATION

I, Ethan E. Mora, counsel for Plaintiff Andrew Schober, hereby notify the Court that, effective immediately, I am no longer associated with the law firm of Bennett & Demera. I will continue representing Mr. Schober in this matter, as described below:

**I have changed law firms.**

Old law firm: Bennett & Demera

*New law firm: The Law Office of Ethan Mora*

**My email address has changed.**

Old email address: emora@bennettdemera.com

*New email address: EthanMoraLaw@pm.me*

**My address has NOT changed.**

Address: 1040 E. Herndon Ave., Suite 202, Fresno, CA   93720

1

**My telephone number has NOT changed.**

Telephone number: (559) 370-1485

Dated: September 3, 2022.        **THE LAW OFFICE OF ETHAN MORA**

                       By:    */s/ Ethan E. Mora*
                             Ethan E. Mora, Esq.
                             **THE LAW OFFICE OF ETHAN MORA**
                             1040 E. Herndon Ave.
                             Suite 202
                             Fresno, CA 93720
                             Phone: (559) 370-1485
                             Email: EthanMoraLaw@pm.me

                             *Attorney for Plaintiff Andrew Schober*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of September 2022 I electronically filed the foregoing **NOTICE OF CHANGE OF LAW FIRM AFFILIATION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Sarah Jackson Donahue
sdonahue@fncslaw.com

Carl Hjort
chjort@fncslaw.com

I hereby certify that on this 3rd day of September 2022 I sent copy of the foregoing **NOTICE OF CHANGE OF LAW FIRM AFFILIATION** to the following to the following non-CM/ECF parties in the way described below each party's name:

Oliver Read
81 Oakleigh Road Clayton, Bradford West Yorkshire
UK
oliverread2001@gmail.com

Hazel Davina Wells
81 Oakleigh Road Clayton, Bradford West Yorkshire
UK
hazelwells44@gmail.com

Paul Read
10 Brook Lane Clayton, Bradford West Yorkshire
UK
Paulread66@aol.co.uk

/s/ Ethan E. Mora