IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01382-NYW-NRN

ANDREW SCHOBER,

Plaintiff,

v.

BENEDICT THOMPSON,
OLIVER READ,
EDWARD J. THOMPSON,
CLAIRE L. THOMPSON,
PAUL READ, and
HAZEL DAVINA WELLS

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

     It is hereby ORDERED that the Motion to Withdraw as Counsel (Dkt. #59) is GRANTED. Jordan Bennett shall be permitted to withdraw as counsel for Plaintiff and the Clerk of Court is directed to remove him from electronic notification in this matter.

     The Court notes that Plaintiff continues to be represented by Ethan Edward Mora.

Date: September 6, 2022