IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 21-cv-01382-NYW-NRN | Date:  October 17, 2022 |
| Courtroom Deputy: Román Villa | FTR:   Courtroom C203 |

*Parties:*  *Counsel:*

ANDREW SCHOBER,  Ethan Mora

    Plaintiff,

v.

BENEDICT THOMPSON,  Carl Hjort
EDWARD J. THOMPSON,
CLAIRE L. THOMPSON,
OLIVER READ,  *Pro se*
PAUL READ, and  *Pro se*
HAZEL DAVINA WELLS  *Pro se*

    Defendants.

---

### COURTROOM MINUTES

**TELEPHONIC MOTION HEARING**

**9:30 a.m.      Court in session.**

Court calls case. Appearances of Counsel. Defendants Oliver Read, Paul Read, and Hazel Davina Wells did not appear. Preliminary remarks by the Court.

This matter is before the Court regarding Defendant Oliver Read's Motion to Dismiss (Dkt. #57).

Discussion regarding Defendant Oliver Read's Motion to Dismiss (Dtk. #57).

For the reasons stated on the record, it is

**ORDERED:**     Defendant Oliver Read's Motion to Dismiss (Dkt. #57) is TAKEN UNDER ADVISEMENT. The Court will issue a written recommendation in due course.

**10:01 a.m.    Court in recess.**

Hearing concluded.
Total in-court time:   00:31

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.