IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 1:21-cv-01382-NYW-NRN

ANDREW SCHOBER,

      PLAINTIFF,

   V.

BENEDICT THOMPSON, OLIVER READ,
EDWARD J. THOMPSON, CLAIRE L.
THOMPSON, PAUL READ, AND HAZEL
DAVINA WELLS,

      DEFENDANTS.

## JOINT STIPULATED MOTION TO EXTEND DISCOVERY DEADLINES

    Plaintiff Andrew Schober and Defendants Benedict Thompson, Edward Thompson, and Claire Thompson ("Thompson Defendants"), by and through undersigned counsel, submit this Joint Stipulated Motion to Extend Discovery Deadlines. The parties certify that they have conferred with each other regarding this Motion and jointly agree that the relief requested herein should be granted.

    In support of this Motion, and in compliance with D.C. Colo. LCivR 6.1(b), the parties stipulate and jointly move as follows:

    1.    An extension of the discovery deadlines is necessary because of the complexity of the underlying issues, the parties' dispute over the Court's exercise of personal jurisdiction, the anticipated volume of discovery to be produced (particularly by non-parties), the inherent complications regarding exchange of discovery and procedural coordination with foreign *pro se* parties, the anticipated or potential need for discovery-

1

related or protective motions, and the recent non-party document production that has required the parties to revise and clarify ESI protocols;

2. This Court's August 4, 2022 Scheduling Order (ECF No. 54) and Federal Rule of Civil Procedure 16(b)(4) both state that a scheduling order may be modified upon a showing of good cause. The parties to this Motion agree that there is good cause to extend the discovery deadlines in this case.

3. Neither the trial date nor the final pretrial/trial preparation conference have been set in this case.

4. The parties respectfully request an extension of time of 45 days for all discovery deadlines, thereby extending the deadlines presently set forth in this Court's Scheduling Order as follows:

| Event | Current Deadline (ECF No. 54) | **Proposed Deadline** |
|---|---|---|
| Fact Discovery cut-off | December 12, 2022 | **January 26, 2023** |
| Designation of experts | January 11, 2023 | **February 25, 2023** |
| Designation of rebuttal experts | February 10, 2023 | **March 27, 2023** |
| Completion of expert depositions | March 13, 2023 | **April 27, 2023** |
| Filing of Dispositive Motions | April 12, 2023 | **May 27, 2023** |
| Parties to obtain dates from Court for trial and for final pretrial/trial preparation conference | April 22, 2023 | **June 6, 2023** |

5. This is the first extension of the discovery deadlines requested by any party. The parties previously requested an extension of 7 days to the deadline for Plaintiff to file an omnibus opposition to Defendants' motions to dismiss Plaintiff's Complaint (see ECF No. 20), and an extension of 3 days for the Thompson Defendants to exchange Initial

Disclosures with Plaintiff and file a reply in support of Defendants Motion to Dismiss (see ECF No. 24); the first request was agreed to by all parties (except Paul Read, who has not participated in this case at all), the second request was agreed to by Plaintiff and the Thompson Defendants, and both of the previous requests were granted by the Court.

6. This motion is brought not for the purpose of delay or to multiply the proceedings, but to avoid other delays that are likely to occur without the requested extensions.

7. No party will be prejudiced by this delay, and the interests of justice and judicial economy will be served by permitting Plaintiff and the Thompson Defendants sufficient time to complete discovery.

8. Pursuant to D.C.COLO.L.CivR. 6.1(c), counsel for each party certify they are contemporaneously serving a copy of this Motion on their clients, whose names and email addresses are referenced in the Certificate of Service.

For the foregoing reasons, Plaintiff and the Thompson Defendants jointly move that the Court extend the discovery deadlines previously set by the Court as set forth above.

Respectfully submitted this 9th day of December, 2022.

*/s/Carl A. Hjort, III*
Carl A. Hjort, III
**CANTAFIO & SONG PLLC**
1875 Lawrence Street, Suite 730
Denver, CO 80202
Tel. (303) 813-1200
Email: chjort@fncslaw.com

*Attorney for Defendants Benedict Thompson, Claire L. Thompson, and Edward J. Thompson*

*/s/Ethan E. Mora*
Ethan E. Mora
**THE LAW OFFICE OF ETHAN MORA**
1040 E. Herndon Ave., Ste. 202
Fresno, CA 93720
Tel. (559) 370-1485
Email: EthanMoraLaw@pm.me

*Attorney for Plaintiff Andrew Schober*

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed with the Court on December 9, 2022. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. I also served the following *pro se* parties at the following email addresses:

Oliver Read
Oliverread2001@gmail.com

Hazel Wells
Hazelwells44@gmail.com

Paul Read
Paulread66@aol.co.uk
***Defendants***

*/s/Carl A. Hjort, III*

Ethan E. Mora, Plaintiff's counsel, certifies that he served this Motion on his client by email.

*/s/Ethan E. Mora*

Carl A. Hjort, III, Thompson Defendants counsel, certifies that he served this Motion on his clients by email.

*/s/Carl A. Hjort, III*