IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01382-NYW-NRN

ANDREW SCHOBER,

Plaintiff,

v.

BENEDICT THOMPSON,
OLIVER READ,
EDWARD J. THOMPSON,
CLAIRE L. THOMPSON,
PAUL READ, and
HAZEL DAVINA WELLS

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that the Joint Stipulated Motion to Extend Discovery Deadlines (Dkt. #67) is GRANTED. The Scheduling Order is AMENDED as follows:

- Fact discovery cut off: January 26, 2023
- Designation of experts: February 25, 2023
- Designation of rebuttal experts: March 27, 2023
- Completion of expert depositions: April 7, 2023
- Dispositive motion deadline: May 27, 2023

The parties shall jointly contact Judge Wang's Chambers via telephone to set a Final Pretrial Conference.

Date: December 12, 2022