IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Nina Y. Wang

Civil Action No. 21-cv-01382-NYW-NRN

ANDREW SCHOBER,

      Plaintiff,

v.

BENEDICT THOMPSON,
OLIVER READ,
EDWARD J. THOMPSON,
CLAIRE L. THOMPSON,
PAUL READ, and
HAZEL DAVINA WELLS,

      Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION

This matter is before the Court on the "Report and Recommendation on Defendant Oliver Read's Motion to Dismiss (Dkt. #57)" ("Recommendation") issued by United States Magistrate Judge N. Reid Neureiter on February 8, 2023.  [Doc. 70].  Judge Neureiter recommends that Defendant Oliver Read's Motion to Dismiss, [Doc. 57], be denied pursuant to Federal Rules of Civil Procedure 12(g)(2) and 12(h)(1)(A).

The Recommendation states that objections to the Recommendation must be filed within 14 days after its service on the Parties.  [Doc. 70 at 4]; *see also* 28 U.S.C. § 636(b)(1)(C).  The Recommendation was served on February 8, 2023.  *See* [Doc. 70].  No Party has objected to the Recommendation and the time to do so has lapsed.

In the absence of an objection, the district court may review a Magistrate Judge's recommendation under any standard it deems appropriate.  *See Summers v. Utah*, 927 F.2d 1165,

1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a [magistrate judge's] factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."). In this matter, the Court has reviewed the Recommendation to satisfy itself that there is "no clear error on the face of the record."[1]  Fed. R. Civ. P. 72(b), advisory committee's note to 1983 amendment.  Based on this review, the Court has concluded that the Recommendation is thorough, well-reasoned, and a correct application of the facts and the law.

Accordingly, it is **ORDERED** that:

(1)   The "Report and Recommendation on Defendant Oliver Read's Motion to Dismiss (Dkt. #57)" [Doc. 70] is **ADOPTED**;

(2)   Defendant Oliver Read's Motion to Dismiss [Doc. 57] is **DENIED**; and

(3)   The Clerk of Court shall mail this Order to the following:

>   Oliver Read and Hazel Davina Wells
>   81 Oakleigh Road
>   Clayton, Bradford
>   West Yorkshire, United Kingdom
>
>   Paul Read
>   10 Brook Lane
>   Clayton, Bradford
>   West Yorkshire, United Kingdom

DATED:  March 6, 2023

BY THE COURT:

_____
Nina Y. Wang
United States District Judge

---

[1] This standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a *de novo* review.  Fed. R. Civ. P. 72(b).