Exhibit "D"

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1-21-cv-01382-NYW

ANDREW SCHOBER

                 Plaintiff,

   v.

BENEDICT THOMPSON, OLIVER READ,
EDWARD J. THOMPSON, CLAIRE L.
THOMPSON, PAUL READ, AND HAZEL
DAVINA WELLS,

                 Defendants.

---

**DECLARATION OF BENEDICT THOMPSON**

---

I, BENEDICT THOMPSON, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury under the laws of the United States of America that the following is true and correct, unless stated upon information and belief:

1. I am one of the Defendants in this action, and currently reside in Southampton, United Kingdom. This declaration is based upon my personal knowledge of the matters set forth herein.

2. I respectfully submit this declaration in support of my and Defendants Edward and Claire Thompson's Motion for Summary Judgment.

3. None of the business activities I have engaged in or presently engage in on behalf of myself, or any other person or entity, take place in the State of Colorado.

4. I do not derive income from any services rendered or activities taking place in the State of Colorado, either through my personal efforts, or on behalf of any other person or entity.

5. I do not contract to supply goods or services in the State of Colorado either myself directly, or on behalf of any other person or entity.

6. I neither own nor lease any real property in the State of Colorado.

7. I have no employees who reside in the State of Colorado.

8. I have no bank accounts in the State of Colorado, in my name alone or with another person or entity.

9. I pay no taxes to the government of the State of Colorado.

Dated: 11th May 2023

BENEDICT THOMPSON

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1-21-cv-01382-NYW

ANDREW SCHOBER

           Plaintiff,

v.

BENEDICT THOMPSON, OLIVER READ,
EDWARD J. THOMPSON, CLAIRE L.
THOMPSON, PAUL READ, AND HAZEL
DAVINA WELLS,

           Defendants.

## DECLARATION OF CLAIRE L. THOMPSON

I, CLAIRE L. THOMPSON, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury under the laws of the United States of America that the following is true and correct, unless stated upon information and belief:

1. I am one of the Defendants in this action, and currently reside in Southampton, United Kingdom. This declaration is based upon my personal knowledge of the matters set forth herein.

2. I respectfully submit this declaration in support of my and Defendants Edward and Benedict Thompson's Motion for Summary Judgment.

3. None of the business activities I have engaged in or presently engage in on behalf of myself, or any other person or entity, take place in the State of Colorado.

4. I do not derive income from any services rendered or activities taking place in the State of Colorado, either through my personal efforts, or on behalf of any other person or entity.

1

5. I do not contract to supply goods or services in the State of Colorado either myself directly, or on behalf of any other person or entity.

6. I neither own nor lease any real property in the State of Colorado.

7. I have no employees who reside in the State of Colorado.

8. I have no bank accounts in the State of Colorado, in my name alone or with another person or entity.

9. I pay no taxes to the government of the State of Colorado.

Dated: 11/5/2023

_____
CLAIRE L. THOMPSON

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1-21-cv-01382-NYW

ANDREW SCHOBER

    Plaintiff,

v.

BENEDICT THOMPSON, OLIVER READ, EDWARD J. THOMPSON, CLAIRE L. THOMPSON, PAUL READ, AND HAZEL DAVINA WELLS,

    Defendants.

## DECLARATION OF EDWARD J. THOMPSON

I, EDWARD J. THOMPSON, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury under the laws of the United States of America that the following is true and correct, unless stated upon information and belief:

1. I am one of the Defendants in this action, and currently reside in Southampton, United Kingdom. This declaration is based upon my personal knowledge of the matters set forth herein.

2. I respectfully submit this declaration in support of my and Defendants Claire and Benedict Thompson's Motion for Summary Judgment.

3. None of the business activities I have engaged in or presently engage in on behalf of myself, or any other person or entity, take place in the State of Colorado.

4. I do not derive income from any services rendered or activities taking place in the State of Colorado, either through my personal efforts, or on behalf of any other person or entity.

1

5. I do not contract to supply goods or services in the State of Colorado either myself directly, or on behalf of any other person or entity.

6. I neither own nor lease any real property in the State of Colorado.

7. I have no employees who reside in the State of Colorado.

8. I have no bank accounts in the State of Colorado, in my name alone or with another person or entity.

9. I pay no taxes to the government of the State of Colorado.

Dated: MAY 11/05/2023

EDWARD J. THOMPSON

2