# Exhibit "E"

## Carl Hjort

| | |
|---|---|
| **From:** | Ethan Mora <ethanmoralaw@pm.me> |
| **Sent:** | Saturday, February 25, 2023 5:45 PM |
| **To:** | Carl Hjort |
| **Subject:** | Schober v. Thompson - No Expert Witnesses to Designate |

Carl, I've decided <u>not</u> to designate any expert witnesses (neither retained nor unretained).

The issues seem clear cut: statute of limitations, and personal jurisdiction. So, provided we can resolve the discovery issues we've discussed, expert testimony does not seem necessary -- in my opinion, the evidence is clear and not reasonably disputed (or not disputed at all) regarding: Plaintiff's ownership of the stolen Bitcoins; the IP addresses Benedict used; Benedict's use of the Malware; the transfer of Plaintiff's Bitcoins to Benedict's wallet; Defendants' attempts to launder and obfuscate the origins of the stolen Bitcoins using Monero and various exchanges and other cryptocurrencies; and Defendants' refusal to return Plaintiff's Bitcoins to Plaintiff after his request.

I believe the only facts your clients dispute relate to when Plaintiff discovered the basis for his suit; whether Defendants concealed the existence of Plaintiff's causes of action; and whether Defendants' conduct (namely, the alleged theft of Plaintiff's property) and the harms Plaintiff experienced occurred in Colorado. However, if this is not the case, I may, on that basis, seek additional time to designate expert witnesses and/or reopen fact discovery.

Please let me know when you've spoken with your clients regarding their discovery responses. I'd like to avoid discovery motions, if possible.

Thank you,

Ethan

**The Law Office of Ethan Mora**

**Ethan Mora, Esq.**
ethanmoralaw@pm.me
O: +1-559-370-1485

_____

This message and any attached documents contain information from The Law Office of Ethan Mora that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.