# EXHIBIT A

FD-302 (Rev. 5-8-10)



# FEDERAL BUREAU OF INVESTIGATION

Date of entry    03/12/2021

  On 3/11/2021, a reliable FBI source provided information for the username "JamesandJohn". This is a username provided as an aka for Benedict Thompson, one of the main subjects in the UK investigation and joint operation for captioned case.

- On February 25, 2018, a deposited Bitcoin (BTC) funds into a newly created Bitfinex account, and attempted to withdraw all their funds using a high risk privacy coin, Monero (XMR), indicative of flow through activity to obscure the origin of the funds. Furthermore, the user was implicated by another user (username: Drewski; email: ) for BTC theft. The victim also highlighted a second account (username: jamesandjohn; email: annaadmams12@gmail.com) that was also operated by the same perpetrator and also received stolen funds and had the same account activity. The suspected predicate offense is theft through malware, and the user's activity is consistent with the placement stage of money laundering.
- In the first account under username "thp2pk", 2 BTC deposits were made on February 25, 2018 (deposit address 3CWQ5d2XgCrYuz7F3g4fmhd6VQMv4iPio7), totaling 16.4552 BTC (approximately $234,585.33 USD equivalent) into their newly created Bitfinex account. Within 30 minutes of deposit, the user converted the funds into XMR and withdrew all their funds. In the second account under username "jamesandjohn", 2 BTC deposits were made on November 21, 2017 (deposit address: 1Gqt6RTk7bj9hg6wD3rPM51HsFEQHcrGsc) totaling 0.536 BTC (approximately $9,992.11 USD equivalent) into their newly created Bitfinex account. Both users have similar IP addresses, and are utilizing anonymous account features including temporary/encrypted email services and Virtual Private Network (VPN). Both accounts activity was reviewed on November 21, 2017 and on February 25, 2018.
- On October 20, 2018, another user of Bitfinex stated that someone had stolen their funds through transaction a6db589147ec24d3d97acf244ac957cbfaeaf145d04c06ec57d782a62c365169 with the stolen funds being deposit into address 3CWQ5d2XgCrYuz7F3g4fmhd6VQMv4iPio7. The deposit address was revealed to belong to an account registered under the username "thp2pk". The victim stated that they had a copy of the malware that was used to steal the

| Investigation on | 03/11/2021 | at | Loveland, Colorado, United States (, Other (Reliable Source Information)) |

File # 288A-DN-2591713                                               Date drafted  03/12/2021

by  Kiersten E. Hitchcock

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

SCHOBER_003042

FD-302a (Rev. 5-8-10)

288A-DN-2591713

Continuation of FD-302 of (U) FBI Source Information for username search "JamesandJohn" , On 03/11/2021 , Page 2 of 2

    funds from their PC private wallet, and that it contained 195k bitcoin addresses that belongedto the thief. They also revealed that these addresses had also sent stolen funds to address 1Gqt6RTk7bj9hg6wD3rPM51HsFEQHcrGsc, which was revealed to belong to an account registered under the username "jamesandjohn".

- A transactional analysis of both accounts revealed that both accounts converted the deposited funds into Monero immediately upon receipt, and withdrew the funds to the following XMR addresses:
  - 46feypFtV1yX2BzzdS9ggz71KfzkRcY72j9tDdXcayxZ2D7EXew92XnYAGn9DdatTHePYVv1kXHx
  - 44nUbfxaFUC42KHPm4sSy4KLVeGsHjcgHVJw1qDBpx6EZvqN9iyCpZL6ajMV2ddYPA4JhzP2E6a6

SCHOBER_003043