# EXHIBIT B

FD-302 (Rev. 5-8-10)  - 1 of 2 -    

## FEDERAL BUREAU OF INVESTIGATION

Date of entry  02/13/2019

**COMMITTEE ON FOREIGN INVESTMENT IN THE UNITED STATES INFORMATION**

This document contains information obtained from or for the Committee on Foreign Investment in the United States. The information is confidential and exempt from the Freedom of Information Act. It may not be publicly disclosed or disseminated outside the U.S. Government. It may not be used in a criminal investigation without prior written approval from the Department of Justice.

    Between April 4, 2018 and June 22, 2018, Special Agent Kiersten E Hitchcock had contact via email and a telephone conversation with Stephen Sargeant, email address ███████████████████ Bitfinex. SA Hitchcock served a preservation request to Bitfinex and subsequently was emailed deliverables for one of the bitcoin addresses which was connected to a Bitfinex user. The other bitcoin address did not have any information provided. SA Hitchcock re-contacted Sargeant after receiving the files to advise that she had not sent a court order and Sargeant advised that what was provided was acceptable given the preservation request.

    A review of the file showed the following information for the user thp2pk (more detail in the 1A):

Username thp2pk
Full Name n/a
Account Type Individual
Email thp2pk@protonmail.com
Status Unverified
Phone # n/a
ID  2144724
Address: n/a
Nationality n/a

Crypto-currency deposit addresses associated with this user
Currency Deposit Address UTC Date & Time Created

BITCOIN 3CWQ5d2XgCrYuz7F3g4fmhd6VQMv4iPio7 18-02-23 14:48:45

Investigation on  06/22/2018  at  Loveland, Colorado, United States (Email, Phone)

File # 288A-DN-2591713                                    Date drafted  02/12/2019

by Kiersten E. Hitchcock

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

SCHOBER_003039

FD-302a (Rev. 05-08-10)

288A-DN-2591713

Continuation of FD-302 of (U) Bitfinex documents , On 06/22/2018 , Page 2 of 2

The balance shows $0.00 with all transactions occurring on 2/25/2018 and a starting balance of 1.274 bitcoin.  There were 110 transactions on 2/25/2018 for this account.

The following are the deposits and withdrawals for this account:

XMR 2018-02-25 18:07:53 2018-02-26 16:41:45 COMPLETED -524.9808118
44nUbfxaFUC42KHPm4sSy4KLVeGsHjcgHVJw1qDBpx6EZvqN9iyCpZL6ajMV2ddYPA4JhzP2E6a6


BTC 2018-02-25 17:55:48 2018-02-25 18:01:48 COMPLETED 15.18046997
**3CWQ5d2XgCrYuz7F3g4fmhd6VQMv4iPio7**


XMR 2018-02-25 17:34:32 2018-02-25 21:19:45 COMPLETED -44.57235087
44nUbfxaFUC42KHPm4sSy4KLVeGsHjcgHVJw1qDBpx6EZvqN9iyCpZL6ajMV2ddYPA4JhzP2E6a6


BTC 2018-02-25 16:23:49 2018-02-25 16:41:48 COMPLETED 1.274
**3CWQ5d2XgCrYuz7F3g4fmhd6VQMv4iPio7**

Username Time              IP
thp2pk 2018-02-25 15:23:06 86.158.130.34
thp2pk 2018-02-25 12:31:07 86.158.130.34
thp2pk 2018-02-25 11:11:33 86.158.130.34

IP First Used       Location        User Agent
2018-02-25 11:11:33 Southampton, GB Windows 7, Firefox, 52.0
2018-02-25 11:11:33 Southampton, GB Windows 7, Firefox, 52.0
2018-02-25 11:11:33 Southampton, GB Windows 7, Firefox, 52.0

**Login History**

| # | User ID | Username | Time | IP | IP Login Count | IP First Used | Location | User Agent | Mobile |
|---|---|---|---|---|---|---|---|---|---|
| 52439442 | 2144724 | thp2pk | 2018-02-25 15:23:0 | 86.158.130.34 | 3 | 2018-02-25 11:11:33 | Southampton, GB | Windows 7, Firefox, 52.0 | No |
| 52430208 | 2144724 | thp2pk | 2018-02-25 12:31:0 | 86.158.130.34 | 3 | 2018-02-25 11:11:33 | Southampton, GB | Windows 7, Firefox, 52.0 | No |
| 52425745 | 2144724 | thp2pk | 2018-02-25 11:11:3 | 86.158.130.34 | 3 | 2018-02-25 11:11:33 | Southampton, GB | Windows 7, Firefox, 52.0 | No |

SCHOBER_003041