# EXHIBIT C

## Involvement of Benedict Thompson

**Summary:** The **Rad3onx** GitHub archive shows that Oliver Read collaborated on several projects with Benedict Thompson, a member of Mr. Read's online gaming crew who is himself a highly skilled coder, computer science student at The University of Warwick, contributor to the Bitcoin-Dev mailing list, and cryptocurrency trader at Bitfinex. Mr. Thompson's GitHub repositories contain all of the tools necessary to build the **Electrum Atom** malware. Both the timing & content of his comments made on GitHub (just hours after the theft), Twitter (in the weeks surrounding the theft) and the Bitcoin-Dev mailing list (days before the malware appeared online) indicate knowledge of the malware and thefts. The smoking gun implicating Mr. Thompson are transactions from the malware wallet to his known Bitcoin address, demonstrating unequivocally that he profited from the malware.

To review, I came to suspect Mr. Read because of the Reddit comments by **Rad3onx**, which advertised the **Electrum Atom** malware and led to the theft of my funds.

[Electrum fork for Bitcoin Atom released!.pdf](#)

Based on this post, Mr. Read clearly knew that **Electrum Atom** was malicious. However Mr. Read did not author this post, he merely commented on it, leaving open the possibility that another Reddit user was involved.

While recently examining the [Rad3onx GitHub archive](#), I noticed a GitHub user named Benedict Thompson [contributed](#) to some of Mr. Read's repositories. Mr. Thompson is listed on Facebook as friends with Rocco Enzo (Mr. Read's new FB profile), Sulaiman Hussain, Jack Read (Oliver's brother), Jaydon Taylor, Vince Senson, Samuel Blium, Henry Burchill, and the rest of Oliver Read's gaming crew from England. He also appears on Mr. Read's YouTube & Steam channels.



SCHOBER_000020

**<u>Connecting Benedict Thompson to the Malware</u>**

As I compiled OSINT on Benedict Thompson, I was shocked by what I found — a host of evidence implicates his involvement with these thefts. A summary:

1. His GitHub account contains the exact tools necessary to produce the **Electrum Atom** malware, including:
    a. Bitcoin vanity address generators
    b. A custom-built Bitcoin transaction counter
    c. A forked copy of Electrum — the source code used to create the malicious **Electrum Atom/Gold** variants
    d. A Java utility used to obfuscate JXOR strings
2. He published an article on Medium.com, describing his "dream of making thousands" from cryptocurrency — providing a clear motive
3. His tweets around the time of the thefts indicate knowledge of these incidents and the workings of the malware
4. He is friends on social media with both Oliver Read (Rad3onx) and Suliaman Hussain (sulaiman.h500), username that promoted the malware in Bitcoin forums
5. He contributes code to a GitHub project used for algorithmic trading at Bitfinex, the exchange where my stolen property was deposited
6. He made two highly suspicious comments
    a. asking for help decrypting an Electrum wallet seed, posted to GitHub on January 29, 2018 — **_just hours after my property was stolen_**
    b. describing the exact method used by the clipboard hijacker to steal funds, posted to the Bitcoin-Dev mailing list, 14 days before the malware first appeared online
7. And the smoking gun — there is a record of transactions from the malware wallet to Mr. Thompson's known bitcoin address, 1BeNEdictBLbmVJ9LXkSwqiyWWf36XKTD1

I'll explain these points one at a time. Regarding (**1a**):

As stated above, there was a pre-generated list of bitcoin addresses (called vanity addresses) embedded within the **Electrum Atom** malware. The list contains a fraudulent address to match any variation of the first three characters of a copied bitcoin address. In order to create such a list, a thief would need rather obscure software that allows him to specify which characters to include in the addresses he wishes to generate.

Benedict Thompson's GitHub page contains two such programs:

**BenedictThompson-zz/govanity**

SCHOBER_000021

**BenedictThompson-zz/SegwitVanity**

After creating these repositories, Mr. Thompson subsequently made this comment on the Bitcoin-Dev mailing list (**6b**):

**Ben Thompson** thompson.benedictjames at gmail.com
*Mon Oct 30 12:49:18 UTC 2017*

- Previous message: [bitcoin-dev] Visually Differentiable - Bitcoin Addresses
- Next message: [bitcoin-dev] Visually Differentiable - Bitcoin Addresses
- **Messages sorted by:** [ date ] [ thread ] [ subject ] [ author ]

---

Checking the first few bytes of a Bitcoin Address should not be considered
sufficient for ensuring that it is correct as it takes less than a second
to generate a 3 character vanity address that matches the first 3
characters of an address.

On Mon, 30 Oct 2017, 11:44 shiva sitamraju via bitcoin-dev, <
bitcoin-dev at lists.linuxfoundation.org> wrote:

\> Hi,
\>
\> When I copy and paste bitcoin address, I double check the first few bytes,
\> to make sure I copied the correct one. This is to make sure some rogue
\> software is not changing the address, or I incorrectly pasted the wrong
\> address.
\>

(Source: https://lists.linuxfoundation.org/pipermail/bitcoin-dev/2017-October/015211.html)

Here Mr. Thompson is describing the exact method used by the malware to alter addresses in order to steal funds. He made this comment on Oct. 30, 2017 — two weeks before the malware first appeared online (see GitHub Archive to verify). He was replying to another user who said "*When I copy and paste a bitcoin address, I double check the first few bytes, to make sure I copied the correct one*". When considered in this context, Mr. Thompson's reply may have been the genesis and inspiration for creating the clipboard hijacker, as he realized that other Bitcoin users could be susceptible to this type of fraud.

Regarding (**1b & 1c**): Monitoring 58^3 Bitcoin addresses for incoming transactions is a large task that could also be aided with a customized script. He wrote such a script, **BenedictThompson-zz/Bitcoin-Count-Transactions**, published to his GitHub page on Oct. 27, 2017 — again just two weeks before the malware was released online. He also forked Electrum at this time, the source code used to build the malware. **BenedictThompson-zz/electrum**

SCHOBER_000022

Regarding (**1d**): Mr. Thompson's GitHub record shows that on Jan. 25, 2018 he was monitoring the **JXORString** repository — a program designed to obfuscate Java strings. Yet again the timing appears highly suspicious — the Electrum Atom malware was re-released on Reddit & GitHub just two days later on January 27, and the clipboard hijacker was concealed within the Java library of that program.

Regarding (**2**): To gain a sense of his technical capabilities, see this Medium article he wrote about mining Bitcoin in February 2017: **Mining Bitcoin (+ Other Altcoins) with Azure N-Series GPU Virtual Machines**

A quote from the article shows that he was seeking to make profit from cryptocurrency.

*"Unfortunately, my dreams of making thousands were dashed as the terminal printed out the speed of mining."*

Along with his GitHub repositories, this article shows that Mr. Thompson demonstrably possessed the tools, the technical skills, and the motivation necessary to create the **Electrum Atom** malware.

Regarding (**3**): Mr. Thompson has an active Twitter account. There are several tweets in his feed that seem uncannily related to the circumstances surrounding the malware and theft. For instance, this tweet he liked on March 19, 2018 (three weeks after my stolen bitcoins were transferred to Bitfinex) references throwaway, anonymous email addresses used to trade on that exchange.



https://twitter.com/loomdart/status/975826805407002624

SCHOBER_000023

Another Tweet in his feed once again references obscure programs used to generate bitcoin vanity addresses:

2/ The value 21e8 is not uncommon and should occur about once a year.
3/ This article demonstrate only one thing: the bitcoin space is numerically illetrate and utterly confused.

| 1B | 22 | < 1s |
|---|---|---|
| 1Bi | 1,330 | < 1s |
| 1Bit | 77,178 | < 1s |
| 1Bitc | 4,476,342 (4.48E+6) | < 10s |
| 1Bitco | 259,627,881 (2.6E+8) | 3 minutes |
| 1Bitcoi | 15,058,417,127 (1.506E+10) | 3 hours |
| 1Bitcoin | 8.7339E+11 | 1 week |
| 1BitcoinE | 5.0657E+13 | 1 year |
| 1BitcoinEa | 2.9381E+15 | 60 years |
| 1BitcoinEat | 1.7041E+17 | 3,500 years |
| 1BitcoinEate | 9.8837E+18 | 200,000 years |

#0000000000000000021e800c1e8df51b22c1588e5a624bea17e9faa34b2dc4a
I stumbled upon Andrew DeSantis' twitter a few days, and it sent me down another rabbit hole, one just as intriguing as when I first...

medium.com

https://twitter.com/deadalnix/status/1009752056884629504

He also liked a tweet referencing Bitcoin "forks" — Electrum Atom/Gold were forks of Electrum, which fraudulently claimed to give access to these forked coins.
https://twitter.com/notgrubles/status/1022226618109050880

His Twitter feed contains an abundance of other tweets which reference cryptocurrency trading and hacking.

Regarding (**4**): Mr. Thompson is friends on Facebook (and multiple other social media platforms) with both Oliver Read (**Rad3onx**) and Sulaiman Hussain (**sulaiman.h500**). These usernames both promoted the malware in online forums.

Regarding (**5**): Mr. Thompson's GitHub account shows that he contributes code to a project called **dawsbot/bitfinex** — Bitcoin trading scripts written in Python. This suggests he has accounts at Bitfinex, where BTC stolen by the malware were transferred on two separate occasions.

Regarding (**6a**) - The theft of my property occurred on **January 29, 2018** at UTC 02:15:27.

Just hours later, Mr. Thompson made this comment on GitHub:



(Source: https://GitHub.com/gurnec/decrypt_electrum_seed/issues/1)

This detail is very important. For months I was baffled by why the thief left the stolen bitcoins untouched for 27 days before finally transferring them to Bitfinex. Mr. Thompson's comment provides a possible explanation. It comes from the **decrypt_electrum_seed** repository, a program designed to decrypt the seed phrase from an Electrum wallet.dat file. It seems that Mr. Thompson saw the incoming transaction from the previous night but forgot the password to his bitcoin wallet. Thus he would have needed to extract the seed phrase (a mnemonic phrase of 12-24 words used to encrypt Bitcoin private keys) from his Electrum wallet file. Without the private keys, he would not have been able to spend the stolen bitcoins. The comment suggests Mr. Thompson was searching for a method to decrypt his wallet to gain access, which is likely why the stolen coins were left untouched for nearly a month before being moved to an exchange.

According to his GitHub archive, Benedict Thompson contributed to the Git record only fifteen times during the 2018 calendar year. One of those contributions came just hours after my property was stolen, a comment asking how to decrypt an Electrum seed. The timing and content of this comment is damningly consistent with the theft of my property.

SCHOBER_000025

**The Smoking Gun**

The most condemning piece of evidence against Mr. Thompson is the fact that money stolen by the malware was transferred to his bitcoin address, after he attempted to launder it through the ShapeShift cryptocurrency exchange. I discovered this after noticing that he posted his bitcoin address on GitHub.

The bitcoin blockchain is an open public ledger, meaning that anyone can see the flow of money and transaction history for a given address by using a "block explorer" such as blockchain.com/explorer. Since we have the list of fraudulent addresses from the malware, we can see that 4 addresses have a transaction history — this means that in addition to the theft of my property, there were 3 other thefts[4], totaling over $200,00 in stolen bitcoins[5].

| Malware Address | Theft Date (UTC) | Amount (BTC) | TXID |
|---|---|---|---|
| 1PpVQzeKrbS3h898ZMRKHPfpxRic8BTuwv | 2017-11-14 0:15:54 | 0.00583553 | 63ccc78068570t |
| 1A6KNhoda4wo8g4Y1u6Ty3CC74y6ecfYDe | 2017-11-14 1:55:22 | 0.5316 | 010e842de0645 |
| 1JrT4DePAThEHarvEiYyRu2x2anhMCsoPr | 2017-12-30 20:46:24 | 0.10179145 | 43e7141754c67 |
| 1CZioyptarnQ3rdT9np2rwMwXftMX9ATT7 | 2018-01-29 2:15:27 | 16.45520843 | ac957cbfaeaf14! |
| | | | |
| | **Total** | 17.09443541 | |

*Fig. 5: Transaction history of bitcoins stolen by Electrum Atom malware*

The key transactions linking the malware to Mr. Thompson occurred on Jan. 10, 2018, when he attempted to launder stolen bitcoins through ShapeShift.

There was an input to the malware address **1JrT4DePAThEHarvEiYyRu2x2anhMCsoPr** on Dec. 30, 2017.

These bitcoins were transferred to the ShapeShift exchange on Jan. 10, 2018. There is a public record of this transaction on the bitcoin blockchain and also in the ShapeShift API:

https://shapeshift.io/txstat/3HbANjJRUw8GdK16Xk572qKDarAV4Hy17H

---

[4] I successfully tracked down the victim of the 11/14/2017 theft, confirming he also lost money to this malware
[5] Total USD value was calculated using the value of the bitcoins at the time of the theft - it's worth substantially more currently

SCHOBER_000026

We can see from this record that 0.10082679 BTC (stolen by the malware) was converted via ShapeShift to an equivalent amount of 3.62709924 XMR (Monero). The exchange completed at UTC 19:52 on Jan. 10, 2018 as recorded on the Monero blockchain:

5ef113d20b62c8302d97ef0db3678d3c9e802bcbc1880e2a32605734dfb7afd9

The Monero was then sent directly back to ShapeShift, where it was converted back to BTC and deposited to Benedict Thompson's known bitcoin address **1BeNEdictBLbmVJ9LXkSwqiyWWf36XKTD1**.

I verified this sequence of transactions with the help of Reddit user **priest_of_satoshi** ███████████████, a member of the Monero community and professional blockchain analyst for the company Merkle Data. The following quoted text is his work.

"Monero makes blockchain analysis particularly difficult because it utilizes a technology called 'Ring Signatures'. Each Bitcoin transaction uses 'Unspent Transaction Outputs' (UTXOs) as inputs which are then sent to the destination(s). Unlike Bitcoin transactions, Monero transactions generate a 'ring signature' where multiple transaction outputs could plausibly be the 'real' UTXO being used as an input in the transaction. The other members of the ring signature are 'decoys'. See Fig. 3 for an example of this.

| ring members | blk | ring size | in/out | timestamp |
|---|---|---|---|---|
| - 00: 62f991bee267e7441eb73bca63539fad5fab6b3ac159cc68c20c869f371d8c82 | 01421819 | 5 | 2/2 | 2017-10-16 09:18:04 |
| - 01: 90a3509a296420025fe1d9be65fd547c48ff4e42f9e78b1fdbc45f8b7d78eadd | 01483379 | 5 | 2/2 | 2018-01-09 13:22:58 |
| - 02: 2d77c65902153ecd710fe79dcf8de1c7671993656d0dea9128e53339c0a2a6cc | 01483710 | 5 | 1/2 | 2018-01-10 00:46:59 |
| - 03: d65079009381e3f6f0b0f64bd12dee5c10eca26bfa83084d88c4916c05ce7c51 | 01484167 | 5 | 2/2 | 2018-01-10 15:38:03 |
| - 04: 261b3f0ca90014b3eb00d30da2d790128e13f5300e49acec5e3b01ca50a46e69 | 01484290 | 5 | 2/2 | 2018-01-10 19:29:19 |

*Figure 6: The 5ef transaction contained 1 input. Only the sender (ShapeShift in this case) knows which ring member is the real input. The other 4 ring members are decoys. We do know that exactly ONE of these inputs is being spent. Note: Xmrchain.info displays one-time output public keys here as opposed to integer identifiers, however each ring member corresponds to a single XMR transaction output and clicking a ring member on xmrchain.info takes you to the transaction whose output is used as a decoy.*

SCHOBER_000027

Using a Monero analysis program called Spiderman to analyze tx **5ef** from ShapeShift to the thief, I was able to obtain all transactions (through June 8, 2018) which included outputs from **5ef** as ring members. The results of this analysis are below (Figs 4,5)."

```
(4258214, 'c11e963518b274b686d3a5d5159968a3ec7c9b7ac3d2c733b523bd2c88dbfac5', 2018-04-24 23:51:59, FALSE)

(4258214, '7fd770982274960dd8613b9d6ea9efd559c1265a60c6da827314348486fb91f2', 2018-01-10 20:23:40, TRUE)

(4258214, '182facbe7dd93131b526c7d4df5e0b5c8bbdd4825d6d7f60825270c64f48e58a', 2018-01-11 01:39:14, TRUE)

(4258214, '4339b40ad734009c5b965246b4a7e795e5dd33fff7102bedf0dff32a1d6e3f63', 2018-01-11 06:46:31, FALSE)

(4258214, '0ee62f124a146a58eb7ccedcc1a8b175bf7d1824d47b50925ab16ac3ca92bdac', 2018-01-11 18:31:23, TRUE-Encrypted)

(4258215, '271b469ac1bfab82980974f3e4cba6d5c878f303ff2f54956821b82693577c1c', 2018-01-10 20:24:17, FALSE)

(4258215, '64ed7dd4dc9812666a3053ab5a0da40e32368ca465bfbfe44cb21082249b669b', 2018-01-10 22:34:06, TRUE)

(4258215, '0e65cfc00b1da5c056eddbd3acd8672dceccfdd478c6f8ed7c010aa2ccf547f3', 2018-01-10 22:40:49, TRUE-Encrypted)

(4258215, 'de482afad99be9eb42e66c98774bc0c2d5379790d07a2177a528a1bf6282910b', 2018-01-14 07:05:38, TRUE-Encrypted)
```

*Format: (5ef output #, transaction claiming to spend 5ef output, time (UTC), Has PID)*

SCHOBER_000028



*Figure 7: Visual output of transactions. 5ef (black dot) had two outputs (blue dots). Multiple transactions (red dots) include the 5ef outputs as plausible inputs.*

From **priest_of_satoshi**'s analysis, we can see that one of these outputs occurred at UTC 20:23 on Jan. 10, 2018 — precisely in the time window when we expected to find the intermediate ShapeShift conversion — in this Monero transaction:

7fd770982274960dd8613b9d6ea9efd559c1265a60c6da827314348486fb91f2

SCHOBER_000029

The ShapeShift API allows anyone to look up the transaction information of a Monero deposit using the Payment ID (PID) of the XMR transaction. Here is the public record of this transaction in the ShapeShift API:

https://shapeshift.io/txstat/d75bc06e69fd942085d4742bf8be87d036018eb2062188dbcc989de381de8e7c

This record shows that this Monero transaction was indeed sent to ShapeShift from Mr. Thompson, where 3.6 XMR was converted to 0.09606655 BTC and deposited to address **1BeNEdictBLbmVJ9LXkSwqiyWWf36XKTD1** on Jan. 10, 2018 at UTC 20:55.

How do we know that the vanity address **1BeNEdict**BLbmVJ9LXkSwqiyWWf36XKTD1 belongs to Benedict Thompson? Setting aside the fact that it contains his first name, he publicly claimed ownership of this address on GitHub, and also with a PGP key on his keybase.io account.



(Source: https://github.com/bitcoin-dot-org/bitcoin.org/pull/1673)

SCHOBER_000030

This screenshot, extracted from the malware on my PC, confirms that the fraudulent address used to steal my bitcoins (1CZioyptarnQ3rdT9np2rwMwXftMX9ATT7) was in fact concealed within the malicious program.



*

To verify the other thefts perpetrated by the malware, you can view the full list of bitcoin addresses extracted from **Electrum Atom** here: **btc_adds.csv**

For my own analysis of that list, see here: **blockchain analysis**

SCHOBER_000037

The following table summarizes the trail of stolen bitcoins from the malware to Mr. Thompson's address:

*Fig. 8: Mr. Thompson Attempting to Launder Stolen Bitcoins Through ShapeShift on Jan. 10, 2018*

| | Timestamp (UTC) | BTC Transaction ID | XMR Transaction ID | ShapeShift API Record |
|---|---|---|---|---|
| **Thief to ShapeShift (BTC)** | 2018-01-10 19:48 | 8114fc68c... | | ShapeShift.io/txstat /3Hb... |
| **ShapeShift to Thief (XMR)** | 2018-01-10 19:52 | | 5ef113d20... | |
| **Thief to ShapeShift (XMR)** | 2018-01-10 20:23 | | 7fd770982... | ShapeShift.io/txstat /d75... |
| **ShapeShift to Benedict Thompson (BTC)** | 2018-01-10 20:55 | 85926943b... | | |

**0.101 BTC** (malware) → **ShapeShift**→ **3.627 XMR** → **ShapeShift**→ **0.096 BTC** (Benedict Thompson)[6]

---

[6] The small difference (0.005 BTC) between the starting amount and the final amount deposited to Mr. Thompson are the transaction fees charged by the Bitcoin miners

**Twitter:** Ben (@benedictushe) & https://twitter.com/05bthompson
**Reddit:** https://www.reddit.com/user/bean_btc & https://www.reddit.com/user/05bthompson/
**LinkedIn:** https://www.linkedin.com/in/ben-thompson-01a1892b/
**Instagram:** https://www.instagram.com/benedictthompson/ &
https://www.instagram.com/privbenedict/
**Youtube:** https://www.youtube.com/user/05bthompson/featured
**Steam:** beaN & Ben & beaN (alt)
**Medium:** https://medium.com/@benthompson2001
**Spotify:** https://open.spotify.com/user/thompson.benedictjames
**GitHub Archives:** 2017 & 2018

## Requests for Law Enforcement

**Update 8/5/2020: law enforcement confirmed arrest of Oliver Read**

**Update 12/22/2020: law enforcement confirmed arrest of Benedict Thompson**

**Update 3/16/2021: law enforcement confirmed IP address of Bitfinex account belongs to Benedict Thompson**

I believe the evidence as presented warrants further investigation from law enforcement. What follows are some steps that could really help me out.

The thief transferred stolen bitcoins to Bitfinex on two occasions. The deposit addresses:

- 1Gqt6RTk7bj9hg6wD3rPM51HsFEQHcrGsc — November 21, 2017 deposit (from Nov. 14 theft)
- 3CWQ5d2XgCrYuz7F3g4fmhd6VQMv4iPio7— February 25, 2018 deposit (from Jan. 29 theft)

If law enforcement can obtain the account information (email & IP addresses, withdrawal information, trade history, etc) from Bitfinex regarding these two deposit addresses, I'm confident that it will yield yet another direct connection to Mr. Thompson — his vanity address shows an input from Bitfinex three weeks after stolen bitcoins were deposited to the first address listed above. If this Bitfinex account shows a withdrawal to his address, that will provide the nail in the coffin.

I have a copy of the malware, and the list of addresses in the malware wallet, to prove that those Bitfinex addresses were used to deposit stolen bitcoins (see Forensic Evidence section below).

SCHOBER_000034

## Digital Signatures & Forensic Evidence

Below I have provided digital signatures to cryptographically prove that I own the private keys to the bitcoin addresses from which the coins were stolen. You can confirm these signatures with any Bitcoin message verification tool.

**Signature from Address 1QGHJvJbsr1E3H9h3aj1xFRN2NZnhoz6aD**

H7Pu3O/NxTCLBTNzvj9R5aXMbY0LZ1x/HaBufmqywzrKfpvWVy+aPENepM+lugSWeG/KN V66h+ZhetsBw2RB4t4=

**Signature from Address 1Mb6H2d4Xu7m5LiW2abA4xvtX7yfFHLtyk**

IJg7C7dHgpGIdhz0v+tVCaYeFJvxavPbiQ+GAPM69f9PWGdpvaGBRfbdZ5JhiMd3CNr4hs9ur A9wEjY2OXl1bHY=

**Message:** I am the rightful owner of this address

*

You can confirm the date, addresses, and amount of the theft here:

**Transaction ID of Theft:**

a6db589147ec24d3d97acf244ac957cbfaeaf145d04c06ec57d782a62c365169

That is great, thanks for telling me.

---

**From:** Andrew Schober [mailto:███████████]
**Sent:** Friday, June 22, 2018 9:48 AM
**To:** Hitchcock, Kiersten E. (DN) (FBI) <kehitchcock@fbi.gov>
**Subject:** Re: Laptop ready

I forgot to mention, the USB drive that I gave you has a Forensic Information folder that contains a copy of the original malware program, Electrum Atom/ Gold, and also the Windows prefetch file from my PC that may be of interest to the Comp Sci guys.

On Jun 21, 2018, at 11:13 AM, Hitchcock, Kiersten E. (DN) (FBI) <kehitchcock@fbi.gov> wrote:

> Andrew, would 9:15 work at the Boulder County Sheriff's office?
>
> Special Agent Kiersten Hitchcock
> Federal Bureau of Investigation
> Denver Division - Fort Collins RA
> 970-461-5274 (desk)
> 202-437-4374 (cell/text)
> 970-461-4020 (fax)
>
> **From:** Andrew Schober [mailto:███████████]
> **Sent:** Wednesday, June 20, 2018 6:13 PM
> **To:** Hitchcock, Kiersten E. (DN) (FBI) <kehitchcock@fbi.gov>
> **Subject:** Re: Laptop ready
>
> Hi Kiersten - no problem, Friday works. I am free in the morning until ~9:45am and also after 3pm, does sometime in that range work?
>
> Andrew
>
> On Wed, Jun 20, 2018, 3:56 PM Hitchcock, Kiersten E. (DN) (FBI) <kehitchcock@fbi.gov> wrote:
>
>> Hi Andrew, I have your laptop to return to you, sorry for the delay. I have been swamped lately with a bunch of work so everything is slow moving. I am working my way through your document to make sure I understand it all and will share with the AUSA once I get my questions and requests together. I am out most of next week, but I can bring it down to Boulder Friday morning/early afternoon if that works for you.
>>
>> Kiersten

SCHOBER_000526

**Subject:** Re: PDF copies of doc
**From:** Andrew Schober
**Date:** 6/5/19, 11:35 PM
**To:** "Hitchcock, Kiersten E. (DN) (FBI)" ████████████████
**CC:** "Clayton, Joel" <joel.clayton@westyorkshire.pnn.police.uk>

Thanks for the update. Sad to hear Github info was not more helpful.

I'm still fighting, I hope you will continue to fight for me also.

I see that the sulaiman.h500 Cryptocompare.com profile has been banned, I presume they did that because you contacted them. It had been active for 16 months, would be strange if they banned it for no reason.

The other Cryptocompare.com profile (janders6) that linked to the malware is still active. That post is from Nov. 13, 2017 - they may have useful information, if you haven't contacted them about that account yet.

- **CryptoCompare.com**
  ◦ email address **info@cryptocompare.com**

  ◦ account usernames **janders6**


Other avenues to pursue thief:

janders6 BitcoinTalk.org profile - the admin of this forum, Theymos, told me he would release the account information upon receipt of an email from a valid law enforcement email address.

- **BitcoinTalk.org**
  ◦ email address **theymos@mm.st**

  ◦ account username **janders6**

Please also remember, I was not the only victim of this malware - the blockchain analysis shows 3 other thefts occurred in Nov & Dec 2017. The same thief made a deposit at Bifinex, to address 1Gqt6RTk7bj9hg6wD3rPM51HsFEQHcrGsc on November 21, 2017 (from the Nov. 14 theft). If you haven't followed that lead yet:

- **Bitfinex**
  ◦ email address **inforequests@bitfinex.com**
  ◦ please request all account information & transaction history of deposit address 1Gqt6RTk7bj9hg6wD3rPM51HsFEQHcrGs

I compiled a table of all known email addresses, IP addresses, and usernames I could find for both Oliver Read & Benedict Thompson - perhaps these will be valuable to you. Maybe one of the usernames listed here matches the username for the Bitfinex accounts?

Please also see the Benedict Thompson doc - a gaming friend of Oliver Read, he made a highly suspect comment on the day of the theft, described exactly how the malware works, trades at Bitfinex, codes Bitcoin programs, etc - that leads me to believe he is involved.

Thank you for you help!

Andrew S

On Wed, Jun 5, 2019 at 6:39 PM Hitchcock, Kiersten E. (DN) (FBI)
<███████████████████>wrote:

Andrew,

Thank you for the recent emails, I cc'd Det. Constable Clayton also. I am sharing everything I have with UK authorities and an Analyst here is looking through what you sent the past few weeks. I have been tied up the last 3 weeks with several other pressing/time sensitive cases and am in training next week. I do know that Github did not have the information we had hoped, it was all older information that was not as helpful as we had hoped for. I hope to have more information in a few weeks on what you sent recently and if that is something that the UK can utilize or not in moving forward on their end.

Kiersten

Special Agent Kiersten E. Hitchcock

Federal Bureau of Investigation

Fort Collins - Loveland Resident Agency

970-461-5274 (Desk)

970-461-5262 (Fax)

**From:** Andrew Schober [mailto:███████████████]
**Sent:** Tuesday, June 04, 2019 2:21 PM
**To:** Hitchcock, Kiersten E. (DN) (FBI ██████████████████
**Subject:** PDF copies of doc

Hi Kiersten,

I've attached pdf copies of the recent docs I sent via email.

Please read the Ben Thompson doc - especially see the comments he made on & around the day of the theft.

Can you give me an update on what's been happening of late?

Best,

**Subject:** U.S. Department of Justice - VNS - Investigative Case 288A-DN-2591713
**From:** "U.S. Department of Justice - VNS" <fedemail@vns.usdoj.gov>
**Date:** 4/14/20, 10:19 AM
**To:** Andrew Schober

DO NOT REPLY TO THIS EMAIL.



**U.S. Department of Justice**
Federal Bureau of Investigation
Denver Division
8000 E 36th Ave
Denver, CO 80238
Phone: (303) 313-6838
Fax: (303) 313-6850

April 14, 2020

Andrew Schober

RE: Case Number: 288A-DN-2591713

Dear Andrew Schober:

This letter is to provide you with an update about the case for which you were previously referred to the FBI's Victim Assistance Program. At this time, the FBI has closed its investigation in the above referenced case. The decision to close this case does not lessen the important contribution you made to the investigation. Your assistance and cooperation were greatly appreciated.

The investigation has been closed because the United States Attorney's Office (USAO) has declined to prosecute. For further information please contact the USAO.

If you have additional questions related to this matter, please contact me at (303) 313-6838. When you call, please provide the file number located at the top of this letter.

Sincerely,

Anne Darr
Victim Specialist

If you do not want to receive email notifications from the Victim Notification System (VNS) please log into the VNS Web site at https://www.notify.usdoj.gov, select "My Information", remove your email address and click the "update" button. If you remove your email address, you will continue to receive letters from VNS except in those case which have large numbers of victims. To change your email address, select "My

Information", provide a new address and click the "update" button.

If you do not want to receive any notifications in your case, select "Stop Receiving Notifications" and follow the instructions on the screen.

If you believe you have received this email in error, please contact the office listed at top of the email message.

Please note, if this is the first notification you have received from VNS you will need to wait 4-8 hours from receipt of this email before you can login to the VNS Internet site (https://www.notify.usdoj.gov). In addition, it will also be 4-8 hours before any documents which may have been uploaded to VNS as part of this notification are available under the "Downloads/Links" section on the Web page.

Please call the Victim Notification System (VNS) Help Desk at phone number 1-866-625-1631 for assistance and questions.