# EXHIBIT D

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1464380-0


Total Deleted Page(s) = 6
Page 32 ~ b6; b7C; b7E;
Page 38 ~ b7E;
Page 45 ~ b6; b7C; b7E;
Page 46 ~ b6; b7C; b7E;
Page 47 ~ b6; b7C; b7E;
Page 48 ~ b6; b7C; b7E;
```

```
XXXXXXXXXXXXXXXXXXXXXXXX
X   Deleted Page(s)    X
X   No Duplication Fee X
X   For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXX
```

SCHOBER_002918

b3
b7E

FD-71 (Rev. 5-8-10)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

## Complaint Form

Title: (U) [                    ] [                         ]          Date:  02/26/2018

Approved By:  [                        ]                                                b6
                                                                                       b7C
Drafted By:  [                          ]                                              b3
                                                                                       b7E
Case ID #:  [                    ]          (U) UNSUB(S);
                                            ANDREW SCHOBER - VICTIM;
                                            BOULDER, COLORADO;
                                            [                    ] - CRIMINAL

**Full Investigation Initiated:**  02/26/2018

---

**Complaint Synopsis:**  (U) Report to the FBI Public Access Line (PAL) Unit by Andrew Schober of computer intrusion via malware attack by unknown subject (UNSUB) resulting in a loss of 16 bitcoin, equivalent to approximately $180,000, in Boulder, CO. (CyWatch)

**Received On:**  02/08/2018

**Receipt Method:**  Telephone

**Incident Type:**  Criminal Activity

**Drafted By:**  [                    ]                                                b6
                                                                                       b7C
**Complaint Details:**

On 02/08/2018, at 7:25 p.m. Eastern Time, Andrew Schober, date of birth [          ] cellular telephone number [          ] home address [                          ] Boulder, CO 80304, called the FBI Public Access Line (PAL) Unit to report computer intrusion via malware attack by unknown subject (UNSUB) on BlockedChain Info Wallet, resulting in a loss of 16 bitcoin, equivalent to approximately $180,000 in Boulder, CO.

Schober provided the following information:

UNCLASSIFIED

SCHOBER_002919

**UNCLASSIFIED**

Title:  (U) [redacted] Computer Intrusion

Re:  288A-DN-2591713, 02/26/2018

b3
b7E

b6
b7C

On 02/07/2018, Schober noticed a transfer that he attempted was intercepted by UNSUB. The original transfer was done on 01/29/2018.

Schober stated the malware is an address changer so it changed the destination of the transfer. Schober was transferring the funds from one of his bitcoin wallets to another whenever it was intercepted.

The malware is called "the man in the middle." The bitcoin address is 1CZioyptarnQ3rdT9np2rwMwXftMX9ATT7 with transaction ID number a6db59147ec24d3d978cf244ac957cbfaeaf145d04c06ec57d782a62c365169.

Schober was using an ASUS X501A laptop during the intrusion.

b7E

Database Queries:

b7E

Final Pre-Assessment Finding:

SA [redacted] met with Andrew Schober on Friday, 2/23/2018 and took custody of his laptop, along with some documents after interviewing Schober.  Schober advised that he knew where the bitcoin was located currently (ie, the address) and the address had not changed.

b6
b7C

**UNCLASSIFIED**

2

SCHOBER_002920

UNCLASSIFIED

Title:  (U) [                    ] [                        ]                                    b6
Re:   [                    ] | 02/26/2018                                                      b7C
                                                                                               b3
                                                                                               b7E


   On 2/25/2018, SA [            ] was notified by Schober and PAL that the        b6
bitcoin had "moved."  SA [            ] would like to investigate with             b7C
assistance from the Virtual Currency Team at FBIHQ, who has advised
that they can assist with trying to trace the location of the bitcoin
valued at approximately $180,000.


**Recommended Action:**  Open New Case

**Entities:**
UNSUB (Main, Person, U.S. Person? Unknown)
   *Name/Biographical Information*
      Name: UNSUB
      Minor? No
      Citizenship:
      Languages:
      Public Figures:
      Caution Statements:
      Has Diplomatic Status? No

Andrew Schober (Complainant, Person, U.S. Person? Unknown)
   *Name/Biographical Information 1*
      Born: [            ]
      Minor? No
      Citizenship:
      Languages:
      Public Figures:
      Caution Statements:
      Has Diplomatic Status? No
   *Name/Biographical Information 2*
      Name: Andrew Schober
      Minor? No
      Citizenship:
      Languages:
      Public Figures:
      Caution Statements:
      Has Diplomatic Status? No

UNCLASSIFIED

3

SCHOBER_002921

UNCLASSIFIED

Title:   (U)                                                                          b6
Re:                          02/26/2018                                              b7C
                                                                                     b3
                                                                                     b7E

    *Location*
      Address:

      City: BOULDER
      State: CO
      Zip Code:
      Country: United States
      Association: Residence
    *Communication Account*
      Type: Telephone
      Account:

◆◆

UNCLASSIFIED

4

SCHOBER_002922

b3
b7E

FD-71 (Rev. 5-8-10)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

## Complaint Form

**Title:** (U) [                    ] [                         ]          **Date:** 02/27/2018

**Approved By:** [                        ]                                                    b6
                                                                                              b7C
**Drafted By:** [                              ]                                              b3
                                                                                              b7E
**Case ID #:** [                    ]     (U) UNSUB(S);
                                          ANDREW SCHOBER - VICTIM;
                                          BOULDER, COLORADO;
                                          [                              ]

**Full Investigation Initiated:** 02/26/2018

**Complaint Synopsis:**  (U) Report to the FBI Public Access Line (PAL) Unit by Andrew Schober to provide additional information regarding a computer intrusion via malware attack by an unknown subject (UNSUB) resulting in a loss of 16 bitcoin, equivalent to approximately $180,000, in Boulder, CO. (CyWatch)

**Received On:** 02/16/2018

**Receipt Method:** Telephone

**Incident Type:** Criminal Activity

**Drafted By:** [                    ]                                                        b6
                                                                                              b7C
**Complaint Details:**

On 02/16/2018, at 5:51 p.m. Eastern Time, Andrew Schober, date of birth [          ], cellular telephone number [              ] home address [                                              ] called the FBI Public Access Line (PAL) Unit to provide additional information regarding a computer intrusion via malware attack by an unknown subject (UNSUB) on BlockedChain Info Wallet, resulting in a loss of 16 bitcoin, equivalent to approximately $180,000 in Boulder, CO.

UNCLASSIFIED

SCHOBER_002923

UNCLASSIFIED

Title:  (U) [_____]  [_____]                    b6
Re:  [_____]  02/27/2018                                     b7C
                                                                          b3
                                                                          b7E

Schober provided the following information:

On 02/08/2018, at 7:25 p.m. Eastern Time, Schober called the PAL Unit
to report a computer intrusion via malware attack resulting in a loss
of 16 bitcoin, equivalent to approximately $180,000.

Since the previous call, Schober hired a Malware expert, personal
identifiers not provided, to help him examine his laptop. The Malware
expert was able to find the source of the malware on Schober's laptop;
however, he does not have permission from "GitHub" to access the
information.

Schober has the file saved on his PC; however, he cannot track where
it came from.

The Malware was installed on 01/23/2018 and the theft happened on 01/29
/2018.

Note: On 02/21/2018, at 12:45 p.m. Eastern Time, Schober called the
PAL unit and spoke with Customer Service Representative (CSR) 9174, to
report the Malware came from a Reddit Link, https://www.reddit.com/r
/bitcoinairdrops/comments/7tcmpa
/electrum_fork_for_bitcoin_atom_released/.

Database Queries:

[                                                                    ]      b7E
[                                                                    ]

......................................................................

**Final Pre-Assessment Finding:**

Schober was interviewed and a case opened on 2/26/2018,

**Recommended Action:**  File to Existing Case

UNCLASSIFIED

2

SCHOBER_002924

UNCLASSIFIED

Title: (U) [        ] [        ]                                    b6
Re: [        ]  02/27/2018                                          b7C
                                                                    b3
                                                                    b7E

**Entities:**
Malware source (Reference, Event, U.S. Person? Unknown)
   *Communication Account*
     Type: URL
     Account: https://www.reddit.com/r/bitcoinairdrops/comments
     /7tcmpa/electrum_fork_for_bitcoin_atom_released/

Andrew Schober (Complainant, Person, U.S. Person? Unknown)
   *Name/Biographical Information 1*
     Born: [        ]
     Minor? No
     Citizenship:
     Languages:
     Public Figures:
     Caution Statements:
     Has Diplomatic Status? No
   *Name/Biographical Information 2*
     Name: Andrew Schober
     Minor? No
     Citizenship:
     Languages:
     Public Figures:
     Caution Statements:
     Has Diplomatic Status? No
   *Location*
     Address: [        ]

     City: BOULDER
     State: CO
     Zip Code: [        ]
     Country: United States
   *Communication Account*
     Type: Telephone
     Account: [        ]

UNCLASSIFIED

3

SCHOBER_002925

UNCLASSIFIED

Title:  (U) [                    ] [                    ]          b6
Re: [                    ] 02/27/2018                            b7C
                                                                b3
                                                                b7E

◆◆

UNCLASSIFIED

4

SCHOBER_002926

b3
b7E

FD-302 (Rev. 5-8-10)

- 1 of 2 -

## FEDERAL BUREAU OF INVESTIGATION

Date of entry      02/27/2018

ANDREW MARK SCHOBER, date of birth ▆▆▆▆▆, social security account number ▆▆▆▆▆▆▆, home address ▆▆▆▆▆▆▆▆▆▆▆, Boulder, Colorado ▆▆▆ cellular telephone number ▆▆▆▆▆▆▆, was interviewed at the FBI office located at the Boulder County Sheriff's Office, 5600 Flat Iron Parkway, Boulder, Colorado. After being advised of the identities of the interviewing agents, SCHOBER provided the following information as a follow up to his PAL report dated 2/8/2018:

On 1/27/2018, SCHOBER saw a post in a Reddit forum online that advertised a new bitcoin client that used some of the code of bitcoin. This new bitcoin client was called "Electrum Atom". The post contained a link to "Github", a website where one can upload programs and code. The link is in an attachment provided by SCHOBER entitled "Summary of Events" which is a 1A to this FD-302. On 1/28/2018, SCHOBER clicked on the link and downloaded the executable. He then installed the Electrum Atom client from GitHub, this link is also in the attachment "Summary of Events". This executable looked like other bitcoin executables on the surface and he was not suspicious at all. SCHOBER has been buying Bitcoin since approximately 2014 and is somewhat familiar with bitcoin related executables.

On 1/29/2018, everything seemed fine with this client as SCHOBER is used to setting up new wallets and has found it is easiest to copy and paste the bitcoin address from his clipboard program due to how many characters are in the address. SCHOBER made a bitcoin transaction from his Blockchain.info wallet in an attempt to transfer his bitcoin from his wallet to another one of his wallets. He was sending 16.455 BTC, valued at $188,246.65 on this day), unaware that the executable he downloaded on 1/28/2018 had malware installed on his computer which changed his address to an alternate address. Most of this money was profit from SCHOBER's bitcoin purchases since 2014 and he was intending on using it to pay for college classes. The correct address and the alternate address are in "Summary of Events" attachment, along with the transaction ID. It is assumed that the alternate address is the attacker's address.

SCHOBER did not realize that anything was wrong with his bitcoin transfer for approximately one week. On 2/7/2018, he realized that there must have been malware on his computer affecting his copy/paste of bitcoin

b6
b7C
b3
b7E

Investigation on  02/23/2018  at  Boulder, Colorado, United States (In Person)

File #  ▆▆▆▆▆▆▆▆▆▆▆▆

by  ▆▆▆▆▆▆▆▆▆▆▆▆

Date drafted  02/26/2018

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

SCHOBER_002927

FD-302a (Rev. 05-08-10)

b3
b7E

Continuation of FD-302 of (U) Schober Interview ,On 02/23/2018 ,Page 2 of 2

addresses and knew his bitcoin had been stolen. On 2/8/2018, SCHOBER
contacted the FBI PAL and filed an IC3 report. SCHOBER explained that the
"Block Explorer" open source program he uses to view information about
bitcoin transactions was not showing his transaction from 1/29/2018 as he
would have expected. Block Explorer showed an address that had the same
first 4 digits but was not his bitcoin address.

On 2/15/2018, SCHOBER posted a warning on Reddit about the Electrum
Atom program and that he had been scammed. Another Reddit user contacted
SCHOBER who claimed to be able to reverse engineer the malware and would
be willing to do so for 10% of the recovery of SCHOBER 's bitcoin. SCHOBER
was hoping that this person would help him see a private key of the
attacker to help track down his missing bitcoin, however, the private key
was not found. The Reddit user was identified as _____, email
address of _____, _____ utilized
"Team Viewer" to remote into SCHOBER's laptop to reverse engineer the
malware. SCHOBER feels that _____ is legitimate and not part of the
scam. _____ has a LinkedIn profile and used the name____instead of
____ in the chatlog provided by Schober.

b6
b7C

SCHOBER is currently a massage therapist and wants to go back to
school to specialize with victims of trauma, majoring in Somatic
Psychology. He started investing in Bitcoin in 2014 putting $10 per
paycheck into bitcoin as it was a low risk. Schober advised that he sent
a message to the bitcoin address that stole his bitcoin, along with a
miniscule amount of bitcoin advising he had notified the FBI.

b6
b7C

SCHOBER signed a Consent to Search form for SA _____ to have
access to his laptop for analysis along with signing an FD-597 receipt for
the laptop and power cord.

SCHOBER_002928

# Contents

1. Summary of Events
2. Original Reddit Post with notes
3. Emails exchanged with Reddit and Github
4. Chat Transcript with Malware Engineer
5. IC3 Report

**Laptop Password**: Aloha85&
**Malware Location**: resources.jar

EITHER C:\Users\Drewski\Downloads\jre1.8.0_151\lib

OR

C:\Program Files (x86)\Java\jre1.8.0_161\lib

**Source of Malware**: electrum-atom-3.0.5.1.exe *

*Deleted from PC, see Firefox Downloads History

SCHOBER_002929

## Summary of Events

**January 27**: I saw a Reddit post in r/BitcoinAirdrops forum (link below). This post contained a link to a GitHub repository containing a fake bitcoin client called Electrum Atom. The reddit user (presumably the attacker) has since deleted their account. I have contacted Reddit requesting information about the poster, they responded that they would not release any information about a removed post (see attached emails).

https://www.reddit.com/r/BitcoinAirdrops/comments/7tcmpa/electrum_fork_for_bitcoin_atom_rele ased/

**January 28**: I downloaded & installed the fake Electrum Atom client from GitHub (link below, however this repo has since been deleted). Address changing malware now on my computer. I deleted the original electrum-atom-3.0.5.1.exe file (before realizing it was malicious) because it appeared to be useless.

https://github.com/electrumatom/electrumatom/releases

**January 29**: I made a bitcoin transaction from my Blockchain.info wallet, sending 16.455 BTC ($188,246.65) from one of my addresses to another, unaware that the malware changed my intended address to an address controlled by the attacker.

Copy [                                    ] (my intended receiving address)     b6
Paste [                                    ] (attacker's address)               b7C

Transaction ID:
https://blockchain.info/tx/a6db589147ec24d3d97acf244ac957cbfaeaf145d04c06ec57d782a62c3651 69

The original sending addresses of this transaction are mine (which I can prove through message signing if necessary):

1Mb6H2d4Xu7m5LiW2abA4xvtX7yfFHLtyk
1QGHJvJbsr1E3H9h3aj1xFRN2NZnhoz6aD

**February 7:** realized malware effecting copy/paste of addresses. Realized theft.

**February 8:** reported to FBI Denver field office and filed IC3 report

**February 15:** contacted a software engineer to look into the malware (see Chat Transcript). Results came back, bitcoin appears unrecoverable (unless the attacker is physically tracked down) because the private keys for the attacker's address were not generated or included in the malware.

**February 18-19:** Both Reddit & Github replied to my request for information on the user who posted the malware, they responded that they could not release that information to me due to their privacy policy (see emails), however their Guidelines for User Requests indicated they will release it to law enforcement.

SCHOBER_002930



*Original Reddit Post*

**Welcome to Reddit.**

**Where a community about your favorite things is waiting for you.**

BECOME A REDDITOR

and subscribe to one of thousands of communities.



Electrum fork for Bitcoin Atom released!   (github.com)     *possibly attacker ?*
submitted 25 days ago by [deleted]
19 comments   share   save   hide   report

all 19 comments - sorted by: best ▼

> **Want to add to the discussion?**
> **Post a comment!**
>
> CREATE AN ACCOUNT

[–] [        ]  6 points 25 days ago

It's fake https://i.gyazo.com/d42f303cf5ced5321ad23de192fc4219.png

permalink   embed   save   report   give gold   reply

  [–] [        ]  2 points 25 days ago

  Is it malicious or simply non-functional?

  permalink   embed   save   parent   report   give gold   reply

    [–] [        ]  7 points 25 days ago

    Non-functional, at least the source code. They changed the *names* in descriptions etc to Atom, but the source is identical to Electrum.

    permalink   embed   save   parent   report   give gold   reply

      [–] [        ]  1 point 25 days ago

      Alright, thanks.

      permalink   embed   save   parent   report   give gold   reply

        [–] [        ]  1 point 25 days ago

search

this post was s
**0 points** (31
shortlink: ht tps

username [        ]

☐ remember me

Su

Subm

# Bitcoi

subscribe 1,8

○ 40 users her

Bitcoin is the c
distributed, wo
money. Unlike
dollars, bitcoin
without any ce
While bitcoin t
can't be copied
is open source
different param

Our communit
of our parent s

Create PDF in your applications with the Pdfcrowd HTML to PDF API

Stupid question, if this is identical to Electrum, what's the point (other than it being a joke)?

permalink embed save parent report give gold reply

> [–] ☐ 1 point 25 days ago
>
> Joke, infecting people with malware in the binary releases, who knows?
>
> permalink embed save parent report give gold reply

[–] [deleted] -1 points 25 days ago   *possibly attacker?*

its just a joke hehe

permalink embed save parent report reply

> [–] ☐ 1 point 25 days ago
>
> Did you release that?
>
> permalink embed save parent report give gold reply

[–] [deleted] -1 points 25 days ago

no it isnt?

permalink embed save parent report reply

[–] ☐ 3 points 25 days ago

Avast threw a warning up when downloading the file. Beware.

permalink embed save report give gold reply

[–] ☐ 3 points 25 days ago

It's probably malware. I just noticed that when I copy a bitcoin address and then paste it somewhere, that I get a different bitcoin address, only the first 4 characters match. Luckily, I only had it in a virtual machine.

permalink embed save report give gold reply

> [–] ☐ 1 point 25 days ago
>
> I found that too
>
> permalink embed save parent report give gold reply

[–] ☐ 3 points 25 days ago

I informed the u.s. authorities cyber crime unit and it seems that there was a dns leak of that reddit user who posted it. seems like he also uploaded it to github and the us gov already has his adress. they are working on a international level right now to get him

permalink embed save report give gold reply

*Please tell me this is true?*

Create PDF in your applications with the Pdfcrowd HTML to PDF API

- All meta...
  not allow...
  applies to...
  cryptocur...
- Do not us...
  always su...
- Begging/a...
  allowed, ...
  bitcoins. ...
  whatsoev...
  represent...
- News arti...
  derived fo...
  subreddit ...
  news.
- Submissio...
  non-Bitco...
  elsewhere...
  is a good ...
  cryptocur...
- Promotion...
  to alter th...
  overwhelm...
  on /r/Bitco...
  here. We ...
  or shun y...
  these cha...
- No referra...
- No compil...
- Trades sh...
  here. For ...
  "Buying 10...
  for bitcoins...
  /r/BitcoinA...
  discussion...
- Please av...
  is a subre...
  and discus...
  and their e...



[–] ▢ 2 points 25 days ago

This is not a working code. Well, it works but for Bitcoin, they only changed several Bitcoin names to Bitcoin Atom.

permalink  embed  save  report  give gold  reply

   [–] [deleted] 0 points 25 days ago

   No no it works for bitcoin atom ;)

   permalink  embed  save  parent  report  reply

[–] ▢ 2 points 25 days ago

this is Electrum for bitcoin , but after running it,  it will put a autorun program in your computer.

the program capture any bitcoin address & private key copied and auto change to a new address(no owned by you)

permalink  embed  save  report  give gold  reply

[–] ▢ 1 point 25 days ago

Can you sell this on an exchange?

permalink  embed  save  report  give gold  reply

   [–] ▢ 1 point 25 days ago

   afaik nowhere to dump yet

   permalink  embed  save  parent  report  reply

[–] ▢ 1 point 25 days ago

I heared exrates.me is offering trades. Is it not?

permalink  embed  save  report  give gold  reply

welcome
these cha
announce
should no
merchant
in adverti
consider
system.

• Do not po
someone

• Be aware
impersona

MODERATORS

StopAndDecryp
ForkWarOfAttri
Weathermanlar
Anduckk

about
blog
about
advertise
careers

help
site rules
help center
wiki
reddiquette
mod guidelines
contact us

apps & tools
Reddit for iPhone
Reddit for Android
mobile website
buttons

<3
reddit gold
redditgifts

Create PDF in your applications with the Pdfcrowd HTML to PDF API

Gmail - Malware Theft from Reddit Link                                   https://mail.google.com/mail/u/0/?ui=2&ik=deab79497d&jsver=iEEF...

 Gmail

## Malware Theft from Reddit Link

2 messages

**Andrew Schober** ▬                                            Sun, Feb 18, 2018 at 4:44 PM
To: contact@reddit.com

On Jan. 27, someone put up this post, which contained a link to malware:

https://www.reddit.com/r/BitcoinAirdrops/comments/7tcmpa/electrum_fork_for_bitcoin_atom_released/

The user who posted it seems to have deleted their account. The malware resulted in a large theft from my
computer. I'm looking to provide information to the FBI cyber crime division to help them track the attacker down.

I'd like to at the very least speak with someone from Reddit about what the policies are regarding the release of
information on users who committed a crime. I understand it's unlikely that you can release that info to non-law
enforcement, but if I were able to direct the attention of my case agent to you, would you be able to help them with
any information?

Any help here would be very much appreciate. Thank you.

---

**Reddit Legal Support (Reddit Support)**                        Wed, Feb 21, 2018 at 12:43 PM
<contact@reddit.zendesk.com>
Reply-To: Reddit Support <contact+id889729@reddit.zendesk.com>
To: Andrew Schober <aschobe@gmail.com>

## Please type your reply above this line ##

Your request (889729) has been updated. To add additional comments, reply to this email.

        Reddit Legal Support (Reddit Support)
        Feb 21, 11:43 PST

        We have received your notice.

        Upon review, we note that the material in question appears to have already been
        removed. No further action will be taken by Reddit on this request.

        Regards,

        Reddit Legal Support

SCHOBER_002934

# M Gmail

## Re: Report abuse (GitHub)
3 messages

| | (GitHub Support) <support@github.com> | Mon, Feb 19, 2018 at 8:28 AM |
To: Andrew Schober

b6
b7C

Hi Andrew,

There is very little we can share about an account without proper legal process. You can find more information on making legal requests for user data here:

https://help.github.com/articles/guidelines-for-legal-requests-of-user-data/

Please let us know if you have any other questions.

Best,

---

**Andrew Schober** | | Mon, Feb 19, 2018 at 2:25 PM |
To: (GitHub Support)" <support@github.com>

Thanks for your reply.

Can you tell me if there has been a law enforcement inquiry about that specific repository (Electrum Atom, posted Jan 27)? I'm trying to determine if they are looking into the report I filed.

b6
b7C

Andrew
[Quoted text hidden]

---

| (GitHub Support) <support@github.com> | Tue, Feb 20, 2018 at 10:28 AM |
To: Andrew Schober

Hi Andrew,

Thank you for your reply. Due to privacy and security concerns, we are unable to share this information.

Best,

SCHOBER_002935

## Malware Chat Transcript

*\* photo attached*

2/15/18, 7:34:31 AM: [ ] : 2018-02-15-PHOTO-00000132.jpg <â€Žattached>   b6
2/15/18, 7:34:57 AM: [ ] : This is a live memory dump from the malware   b7c
2/15/18, 7:35:50 AM: [ ] : You can see on the right column, a list of addresses running incrementally
2/15/18, 7:36:02 AM: Andrew: Yes
2/15/18, 7:36:21 AM: [ ] : Even without copying the "source address", the "replacement address" already exists
2/15/18, 7:36:45 AM: Andrew: Bummer
2/15/18, 7:36:59 AM: [ ] : In an incremental order .. that's something you can't to at runtime, unless you pre generated them .. because address creation is random
2/15/18, 7:37:11 AM: [ ] : Meaning, he pre generated all the address
2/15/18, 7:37:16 AM: Andrew: Yep
2/15/18, 7:37:23 AM: [ ] : This didn't show up at the beginning because everything   b6
was encrypted   b7c
2/15/18, 7:37:35 AM: [ ] : Only during runtime these addresses got decrypted
2/15/18, 7:37:55 AM: [ ] : I tried to see if by any mistake, he also included the private keys .. or forgot them
2/15/18, 7:38:02 AM: [ ] : But nothing
2/15/18, 7:38:21 AM: Andrew: Thanks for trying
2/15/18, 7:38:54 AM: Andrew: Can you help me understand where it came from? A Java update?
2/15/18, 7:39:10 AM: [ ] : The java updater is just a mask
2/15/18, 7:39:51 AM: [ ] : It has nothing to do with java, and honestly it could've came from a lot of sources .. once the malware is installed, the installer source is gone
2/15/18, 7:40:38 AM: Andrew: Is it possible to know the date of installation?
2/15/18, 7:41:13 AM: [ ] : The only thing that might help, Go to "C:\Program   b6
Files\Java\jre\lib" or "C:\Program Files\Java\jdk\jre\lib", and check the date of the   b7c
"resources.jar" file
2/15/18, 7:41:18 AM: [ ] : resources.jar == the malware
2/15/18, 7:41:26 AM: [ ] : If I remember correctly, it was Jan 7
2/15/18, 7:41:53 AM: [ ] : Check the exact date and time, and crosscheck it with your browser history
2/15/18, 7:42:15 AM: Andrew: Ok. That would mean my assumption that it was Electrum Atom was incorrect.   *\* verified that the source was Electrum Atom*
2/15/18, 7:44:28 AM: [ ] : Probably, you should crosscheck your browser history   b6
2/15/18, 7:45:26 AM: [ ] : Look the only thing left in my opinion   b7c
2/15/18, 7:45:34 AM: [ ] : Is not related to the malware, but rather the address
2/15/18, 7:45:49 AM: [ ] : You know, you can send messages via bitcoin transactions
2/15/18, 7:46:13 AM: [ ] : Send the malicious address 0.00001 btc with a message
2/15/18, 7:46:41 AM: [ ] : Tell him you filed an international police investigation or something that sounds frightening
2/15/18, 7:46:53 AM: [ ] : Tell him if he sends half back to address X, you will drop the charges

SCHOBER_002936

2/15/18, 7:46:57 AM:         Else you will come after him                 b6

2/15/18, 7:47:10 AM:         Might do .. hackers are afraid as shit from police     b7C

2/15/18, 7:47:35 AM: Andrew: I can use coinb.in to send a hex message I believe

2/15/18, 7:47:46 AM: Andrew: May have to send a couple small txs

2/15/18, 7:48:19 AM: Andrew: Resources.jar was created Jan 23

2/15/18, 7:49:17 AM:         Yeah, sounds right

2/15/18, 7:49:23 AM:         Anyway good luck man

2/15/18, 7:49:36 AM:         We definitely tried ðź'▢

2/15/18, 7:49:48 AM: Andrew: Thanks you

2/15/18, 7:50:10 AM:         We're still early adopters                 b6

2/15/18, 7:50:18 AM:         This is the internet in 1995               b7C

2/15/18, 7:50:28 AM:         Get back, even with small amounts

2/15/18, 7:50:36 AM: Andrew: Agree. I will.

2/15/18, 7:52:50 AM: Andrew: One last question for you. Is it necessary to wipe my whole OS now that we know where the malware is? Could I just delete the Java lib?

2/15/18, 7:53:31 AM:         Do yourself a favor, wipe it all

2/15/18, 7:53:43 AM:         We found 1, there may be (and probably are) more

2/15/18, 7:54:00 AM: Andrew: Gotcha

SCHOBER_002937

```
Protect:Read/Write   Base=E08F1000 Size=190F000
address   C8 C9 CA CB CC CD CE CF D0 D1 D2 D3 D4 D5 D6 D7 D8 D9 DA DB DC DD DE DF 89ABCDEF0123
E08F10C8 09 00 00 00 00 00 00 00 41 00 00 20 22 00 00 00 31 00 43 00 5A 00 6F 00 .........A..
E08F10E0 62 00 42 00 73 00 39 00 72 00 54 00 36 00 69 00 63 00 35 00 56 00 76 00 b.B.s.9.r.T.
E08F10F8 34 00 53 00 6F 00 68 00 35 00 73 00 35 00 5A 00 6B 00 4D 00 6D 00 33 00 4.S.o.h.5.s.
E08F1110 67 00 43 00 7A 00 6A 00 74 00 59 00 00 00 0D 00 00 00 00 00 00 00 00 00 g.C.z.j.t.Y.
E08F1128 DA 02 00 20 38 11 8F E0 00 00 00 00 00 00 00 00 09 00 00 00 00 00 00 00 ... 8. ...
E08F1140 41 00 00 20 22 00 00 00 31 00 43 00 5A 00 6E 00 65 00 34 00 79 00 52 00 A.. "...1.C.
E08F1158 45 00 64 00 34 00 54 00 32 00 35 00 7A 00 63 00 4C 00 71 00 32 00 33 00 E.d.4.T.2.5.
E08F1170 64 00 36 00 50 00 6F 00 79 00 73 00 46 00 31 00 7A 00 76 00 76 00 55 00 d.6.P.o.y.s.
E08F1188 61 00 4D 00 00 00 00 00 0D 00 00 00 00 00 00 00 DA 02 00 20 A8 11 8F E0 a.M.........
E08F11A0 00 00 00 00 00 00 00 00 09 00 00 00 00 00 00 00 41 00 00 20 22 00 00 00 ............
E08F11B8 31 00 43 00 5A 00 6D 00 77 00 72 00 41 00 58 00 47 00 45 00 31 00 43 00 1.C.Z.m.w.r.
E08F11D0 46 00 42 00 78 00 6E 00 63 00 62 00 64 00 58 00 71 00 66 00 57 00 65 00 F.B.x.n.c.b.
E08F11E8 55 00 33 00 63 00 4B 00 77 00 69 00 46 00 34 00 64 00 44 00 00 00 00 00 U.3.c.K.w.i.
E08F1200 8D 00 00 00 00 00 00 00 DA 02 00 20 18 12 8F E0 00 00 00 00 00 00 00 00 ...........
E08F1218 09 00 00 00 00 00 00 00 41 00 00 20 22 00 00 00 31 00 43 00 5A 00 6B 00 ........A...
E08F1230 72 00 6B 00 35 00 5A 00 65 00 33 00 74 00 59 00 55 00 57 00 32 00 44 00 r.k.5.Z.e.3.
E08F1248 5A 00 7A 00 59 00 63 00 71 00 39 00 66 00 4D 00 38 00 46 00 48 00 56 00 Z.z.Y.c.q.9.
E08F1260 6A 00 39 00 64 00 46 00 42 00 54 00 00 00 00 00 0D 00 00 00 00 00 00 00 j.9.d.F.B.T.
E08F1278 DA 02 00 20 88 12 8F E0 00 00 00 00 00 00 00 00 09 00 00 00 00 00 00 00 ...
E08F1290 41 00 00 20 22 00 00 00 31 00 43 00 5A 00 6A 00 66 00 6B 00 6F 00 62 00 A.. "...1.C.
E08F12A8 36 00 65 00 67 00 56 00 32 00 34 00 31 00 58 00 45 00 64 00 58 00 63 00 6.e.g.V.2.4.
E08F12C0 39 00 65 00 56 00 78 00 79 00 7A 00 51 00 70 00 71 00 6F 00 68 00 51 00 9.e.V.x.y.z.
E08F12D8 76 00 66 00 00 00 00 00 00 00 09 CF 79 32 72 00 00 00 DA 02 00 20 F8 12 8F E0 v.f..... y.
E08F12F0 00 00 00 00 00 00 00 00 09 00 00 00 00 00 00 00 41 00 00 20 22 00 00 00 ...........
E08F1308 31 00 43 00 5A 00 69 00 6F 00 79 00 70 00 74 00 61 00 72 00 61 00 6E 00 1.C.Z.i.o.y.
E08F1320 33 00 72 00 64 00 54 00 39 00 6E 00 70 00 32 00 72 00 77 00 4D 00 77 00 3.r.d.T.9.n.
E08F1338 58 00 66 00 74 00 4D 00 58 00 39 00 41 00 54 00 54 00 37 00 00 00 00 00 X.f.t.M.X.9.
E08F1350 0D 00 00 00 00 00 00 00 DA 02 00 20 68 13 8F E0 00 00 00 00 00 00 00 00 ...........
E08F1368 09 00 00 00 00 00 00 00 41 00 00 20 22 00 00 00 31 00 43 00 5A 00 68 00 ........A...
E08F1380 7A 00 42 00 39 00 78 00 37 00 78 00 4B 00 31 00 79 00 44 00 78 00 6D 00 z.B.9.x.7.x.
E08F1398 31 00 6E 00 69 00 59 00 63 00 46 00 76 00 71 00 4C 00 55 00 4A 00 58 00 1.n.i.Y.c.F.
E08F13B0 74 00 52 00 62 00 6F 00 4D 00 6B 00 00 00 00 00 0D 00 00 00 00 00 00 00 t.R.b.o.M.k.
E08F13C8 DA 02 00 20 D8 13 8F E0 00 00 00 00 00 00 00 00 09 00 00 00 00 00 00 00 ...
E08F13E0 41 00 00 20 22 21 00 00 31 00 43 00 5A 00 67 00 41 00 32 00 4D 00 68 00 A.. !...1.C.
E08F13F8 67 00 53 00 42 00 46 00 35 00 79 00 52 00 55 00 50 00 36 00 7A 00 42 00 g.S.B.F.5.y.
E08F1410 71 00 57 00 74 00 78 00 32 00 54 00 4A 00 72 00 55 00 75 00 68 00 71 00 q.W.t.x.2.T.
E08F1428 72 00 00 00 00 00 00 00 0D 00 00 00 00 00 00 00 DA 02 00 20 48 14 8F E0 r...........
E08F1440 00 00 00 00 00 00 00 00 09 00 00 00 00 00 00 00 41 00 00 20 22 00 00 00 ..........A.
E08F1458 31 00 43 00 5A 00 66 00 4E 00 6D 00 64 00 66 00 68 00 65 00 44 00 52 00 1.C.Z.f.N.m.
E08F1470 63 00 32 00 6B 00 41 00 79 00 68 00 75 00 63 00 69 00 65 00 76 00 6F 00 c.2.k.A.y.h.
E08F1488 43 00 39 00 55 00 73 00 59 00 57 00 35 00 65 00 46 00 79 00 00 00 00 00 C.9.U.s.Y.W.
E08F14A0 0D 00 00 00 00 00 00 00 DA 02 00 20 B8 14 8F E0 00 00 00 00 00 00 00 00 ...........
E08F14B8 09 00 00 00 00 00 00 00 41 00 00 20 22 00 00 00 31 00 43 00 5A 00 65 00 ........A...
E08F14D0 76 00 50 00 4A 00 79 00 46 00 66 00 66 00 38 00 32 00 6A 00 4A 00 76 00 v.P.J.y.F.f.
E08F14E8 54 00 4C 00 70 00 7A 00 57 00 53 00 65 00 52 00 48 00 45 00 48 00 44 00 T.L.p.z.W.S.
E08F1500 32 00 42 00 31 00 6F 00 6D 00 62 00 00 00 00 00 0D 00 00 00 00 00 00 00 2.B.1.o.m.b.
E08F1518 DA 02 00 20 28 15 8F E0 00 00 00 00 00 00 00 00 09 00 00 00 00 00 00 00 .. (  ...
```

## IC3 Report

Complaint Referral Form
Internet Crime Complaint Center

----------------------------------------------------------------

Thank you for submitting your complaint to the IC3. Please save or print a copy for your records. /*This is the only time you will have to make a copy of your complaint.*/

Victim Information

Name: Andrew Schober

Business Name:

Age: 30 - 39

Address: ▮▮▮▮▮▮▮▮▮▮

Address (continued):

Suite/Apt./Mail Stop: ▮

City: Boulder

County:

Country: United States of America

State: Colorado

Zip Code/Route: ▮▮▮

Phone Number: ▮▮▮▮▮▮

Email Address: ▮▮▮▮▮▮▮

Business IT POC, if applicable:

Other Business POC, if applicable:

Financial Transaction(s)

Transaction Type: Virtual Currency

SCHOBER_002939

If other, please specify:

Transaction Amount: $188246.65

Transaction Date: 01/29/2018

Did you send the money? Yes

-----------------------------------------------------------------------------

Victim Bank Name: Blockchain.info

Victim Bank Address:

Victim Bank Address (continued):

Victim Bank Suite/Mail Stop:

Victim Bank City:

Victim Bank Country: [None]

Victim Bank State [None]

Victim Bank Zip Code/Route:

Victim Name on Account:

Victim Account Number: 1QGHJvJbsr1E3H9h3aj1zFRN2NZnhoz6aD

-----------------------------------------------------------------------------

Recipient Bank Name:

Recipient Bank Address:

Recipient Bank Address (continued):

Recipient Bank Suite/Mail Stop:

Recipient Bank City:

Recipient Bank Country: [None]

Recipient Bank State [None]

Recipient Bank Zip Code/Route:

SCHOBER_002940

Recipient Name on Account: unknown

Recipient Bank Routing Number:

Recipient Account Number:

Recipient Bank SWIFT Code:

b6
b7C

Description of Incident

Provide a description of the incident and how you were victimized.
Provide information not captured elsewhere in this complaint form.
My computer was infected with the "Man in the Middle" bitcoin address changing malware from this source: https://github.com/electrumatom/. I was directed to this site from a link on Reddit, which has since been deleted.

The malware changes a copied bitcoin address that, when pasted, look similar - but is an address controlled by the hacker.

For example:

Copy:  1Mb6H2d4Xu7m5Liw2abA4xvtX7yFHLtykq

Paste: 1Mb6HJ1213f3Xr2AvpZZqZdyYs6dwFCqRq

I made a bitcoin transaction on 1/29/2018 that was affected by the malware. Value of the transaction was $188,246.65 or 16.455 BTC. Transaction ID below:

https://blockchain.info/tx/a6db589147ec24d3d97acf244ac957cbfaeaf145d04c06ec57d782a62c365169

The malware is still on my hard drive.

Which of the following were used in this incident? (Check all that apply.)

SCHOBER_002941

â˜ Spoofed Email

â˜ Similar Domain

â˜ Email Intrusion

â˜ Other

Please specify: malware

Law enforcement or regulatory agencies may desire copies of pertinent documents or other evidence regarding your complaint.

Originals should be retained for use by law enforcement agencies.

Information About The Subject(s) Who Victimized You

Name: unknown

Business Name:

Address:

Address (continued):

Suite/Apt./Mail Stop:

City:

Country: [None]

State: [None]

Zip Code/Route:

Phone Number:

Email Address:

Website:

IP Address:

Other Information

If an email was used in this incident, please provide a copy of the entire email including full email headers.
[No response provided]

SCHOBER_002942

Are there any other witnesses or victims to this incident?
No

If you have reported this incident to other law enforcement or
government agencies, please provide the name, phone number, email, date
reported, report number, etc.
Denver FBI Field Office

8000 East 36th Avenue

Denver, CO 80238

denver.fbi.gov

(303) 629-7171

Reported on 2/8/2018

â˜� Check here if this an update to a previously filed complaint:

Who Filed the Complaint

Were you the victim in the incident described above? Yes

Digital Signature

> By digitally signing this document, I affirm that the information I
> provided is true and accurate to the best of my knowledge. I
> understand that providing false information could make me subject to
> fine, imprisonment, or both. (Title 18, U.S. Code, Section 1001)

Digital Signature: Andrew Schober

Thank you for submitting your complaint to the IC3. Please save or print
a copy for your records. /*This is the only time you will have to make a
copy of your complaint.*/

SCHOBER_002943

FD-941 (2-26-01)

# CONSENT TO SEARCH COMPUTER(S)

I, __Andrew Schober__ , have been asked by Special Agents of the

Federal Bureau of Investigation (FBI) to permit a complete search by the FBI or its designees of any and all computers,

any electronic and/or optical data storage and/or retrieval system or medium, and any related computer peripherals,

described below:

__ASUS laptop D1NOCX11870002H__

CPU Make, Model & Serial Number (if available)

__power cord__

Storage or Retrieval Media, Computer Peripherals

and located at __5600 Flat Iron Parkway, Boulder, CO__, which I own, possess,

control, and/or have access to, for any evidence of a crime or other violation of the law. The required passwords, logins,

and/or specific directions for computer entry are as follows: ____

I have been advised of my right to refuse to consent to this search, and I give permission for this search, freely

and voluntarily, and not as the result of threats or promises of any kind.

I authorize those Agents to take any evidence discovered during this search, together with the medium in/on which

it is stored, and any associated data, hardware, software and computer peripherals.

__2/23/18__
Date

__2/23/18__
Date

Signature
b6
b7C

Signature of Witness

Printed Full Name of Witness

__Boulder, CO__
Location

SCHOBER_002944



FD-597 (Rev. 4-13-2015)

Page __1__ of __1__

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

b3
b7E

Case ID: _____

On (date) _2/23/18_

Item(s) listed below were:
- ☐ Collected/Seized
- ☒ Received From
- ☐ Returned To
- ☐ Released To

(Name) _Andrew Schober_

(Street Address) _5600 Flat Iron Parkway_

(City) _Boulder, CO_

Description of Item(s): _ASUS Laptop S/n_
_DI NOCX77 87 0002H Check #9984_
_and (1) power cord_

Received By: _____

Received From: _____ (Signature)

b6
b7C

Printed Name/Title: _____

Printed Name/Title: _Andrew Schober_

SCHOBER_002945

b3
b7E

FD-1087 (Rev 5-8-10)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

### Collected Item Log

**Event Title:** (U) ASUS Laptop and power cord            **Date:** 03/02/2018

**Approved By:** SSRA [ ]

b6
b7C
b3
b7E

**Drafted By:** [ ]

**Case ID #:** [ ]          (U) UNSUB(S);
ANDREW SCHOBER - VICTIM;
BOULDER, COLORADO;
[ ]

**Collected From:**     Andrew Schober
5600 Flat Iron Parkway
Boulder, Colorado
United States

**Receipt Given?:** No

**Holding Office:** DENVER

**Details:**

Andrew Schober, Victim, provided his ASUS laptop with power cord
for review by the FBI.  Consent to search located in the 1A section of
the case file.

| Item Type | Description |
|---|---|
| 1B Digital | (U) ASUS Laptop s/n D1N0CX11870002H with power cord |

Collected On:  02/23/2018 12:15 PM EST
Seizing Individual: [ ]
Collected By: [ ]
Location Area:  FBI Office
Specific Location:  FBI Office in Boulder, Colorado
Device Type:  Computer
Make:  ASUS Laptop
Serial Number:  D1N0CX11870002H
Number of Devices Collected:  1

b6
b7C

UNCLASSIFIED

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

SCHOBER_002946

b3
b7E

UNCLASSIFIED

Title:   (U) ASUS Laptop and power cord
Re: [                    ]   03/02/2018


◆◆

UNCLASSIFIED

2

SCHOBER_002947

DECLASSIFIED BY: J56H78M42
ON 04-20-2021

FD-1057 (Rev 5-8-10)

b6
b7C
b3
b7E

 ~~SECRET~~

# FEDERAL BUREAU OF INVESTIGATION
## Electronic Communication

**Title:** (U) Virtual Currency Tracing Assistance    **Date:** 03/23/2018
Provided to FBI Denver

**CC:** [redacted]                                    b6
b7C

**From:** CYBER
        Contact: [redacted]

**Approved By:** [redacted]                           b6
b7C
b7E

**Drafted By:** [redacted]

**Case ID #:** [redacted] (U) - - NATIONAL CYBER INVESTIGATIVE    b3
                    JOINT TASK FORCE (NCIJTF)/CYBER            b7E
                    NATIONAL SECURITY SECTION MATTERS -
                    OFFICE OF THREAT PURSUIT - VCT
                    (U//FOUO) Initiatives - NCIJTF - OTP
[redacted]

**Synopsis:** (U) Virtual Currency Tracing Assistance Provided to FBI
Denver

Reason: 1.4(b)
Derived From: FBI NSISC-
20090615
Declassify On: 20421231

**Enclosure(s):** Enclosed are the following items:
1. (U) Attachment A (electronic) - Powerpoint containing Chainalysis
graphs
2. (U) Attachment B (electronic) - [redacted]                    b7E
3. (U) Attachment C (electronic) -
4. (U) Attachment D (electronic) -
Deposit address
5. (U) Attachment E (electronic) - Definitions of Common Virtual
Currency Terminology
6. (U) Attachment F (electronic) - Investigative Report Survey
7. (U) Virtual Currency Report

~~SECRET~~

~~SECRET~~

Title:   (U) Virtual Currency Tracing Assistance Provided to FBI Denver
Re:   [                        ]   03/23/2018

b3
b7E

**Details:**

(U) The National Cyber Investigative Joint Task Force (NCIJTF),
Office of Threat Pursuit (OTP), Virtual Currency Team (VCT)
received a request from SA [                    ] regarding pending
investigation [                ]   In this investigation, FBI
Denver is investigating the theft of 16.455 bitcoin related to
malicious malware. It is believed the malware was attached to a
counterfeit Electrum Aton bitcoin wallet the victim downloaded
and installed from GitHub. SA [                            ]

b6
b7C
b7E

b6
b7C
b7E



(U) The report and supporting documents were provided to FBI
Denver on 3/23/2018.

♦♦



~~SECRET~~

2

UNCLASSIFIED



**National Cyber Investigative Joint Task Force**

**Virtual Currency Report**

SHARE

### Definitions of Common Virtual Currency Terminology

**Address** – A string of 26 – 35 alphanumeric characters used to send and receive bitcoins. An address is also referred to as a "Public Key." A bitcoin address always starts with a 1 or a 3. It is not uncommon for a user to have multiple bitcoin addresses.

**Altcoin** – An altcoin is an alternative cryptocurrency to bitcoin. Examples of altcoins include Ether, Litecoin, Ripple, Monero, and ZCash, but there are many more.

**Bitcoin ATM (BTM)** – A bitcoin ATM is a physical ATM machine that allows an individual to buy or sell bitcoin without using an exchange. Some BTMs both buy and sell bitcoin, while others may only buy bitcoin and dispense fiat currency, or vice versa. When sending bitcoin, the machine prints out a QR code to scan and credit funds to a particular address. These machines collect different amounts of data on the user depending on the amount of money involved in the transaction.

**Block** – A unit of the blockchain that contains and confirms waiting transactions. A new block is added to the blockchain roughly every ten minutes. Each block contains the hash of the previous block which links them together – thus, the blockchain.

**Blockchain** – A full list of all blocks that have been mined since the start of the bitcoin cryptocurrency. Each block in the chain is connected to the prior block through a hash feature which makes the blockchain tamperproof. The blockchain is a public system of record.

**Blockchain (Company)** – A company which operates a blockchain explorer at blockchain.info

**Change Address** – When the output of a transaction is used as the input of another transaction, it must be spent in its entirety. Sometimes the coin value of the output is higher than what the user wishes to pay. In this case, the client generates a new Bitcoin address, and sends the difference back to this address. This new address is known as a **Change Address.**

**Clustering** – Clustering is a process that attempts to identify all addresses controlled by a single entity by analyzing data on the blockchain. The addresses that are identified through this process are held in a cluster that may have attribution to a real-world entity. Tool providers, such as Chainalysis, Elliptic, and CipherTrace, use advanced algorithms to cluster addresses together and identify if they are associated with an exchange, dark market, other entity, or an unknown entity.

**Dark Market** – A Dark Market is a website hosted on the Dark Web that sell goods and services. These markets are primarily used to facilitate the sale of illicit goods, such as drugs, weapons, counterfeit currency, stolen credit card information, and forged documents, but legal goods are also sold as well.

**Dark Web** – The Dark Web is a part of the internet that is only accessible by means of special software that makes online activity significantly harder to trace and can hide a user's online activity. The Dark

SCHOBER_002950

UNCLASSIFIED



Web is where Dark Marketplaces are hosted. Dark Web websites will end with .onion instead of the traditional .com.

**Escrow Service** – A service that holds payments made to a vendor that only releases the funds to said vendor once the person who made the payment confirms that they received the product purchased. This is a common payment mechanism on the Dark Web.

**Exchange** – A resource for exchanging different types of money and assets. A bitcoin exchange will exchange bitcoin for fiat currencies or other cryptocurrencies, and vice versa. Some exchanges, such as Poloniex, only convert cryptocurrencies to other cryptocurrencies and do not deal in fiat currencies.

**Fiat Currency** – Funds declared as legal tender by a government or centralized authority. Fiat currency is not backed by a physical commodity and its value is derived by the relationship of supply and demand rather than the value of the material that the money is made from.

**Hash** – A mathematical process that takes a variable amount of data and produces a fixed-length output. It is difficult to work out the original input by looking at the output, and any change to the input will produce a completely different output.

**Mining** - The act of solving cryptographic problems using computer hardware to add new transactions to the blockchain and verify blocks created by other miners. The first miner to solve the algorithm is awarded with 12.5 new bitcoin. Miners are also paid in miners fees.

**Multisignature (Multisig) Address** – A bitcoin address that begins with a 3 and requires X of Y cosigners to sign in order for a transaction to take place. For example, a multisig address may have three private keys and requires 2 of them to be submitted to send bitcoin.

**Payment Processor** – A payment processor is a company appointed by a merchant to handle transactions coming from various channels. BitPay is the largest bitcoin payment processor that allows merchants to receive payment in bitcoin. A payment processor will likely retain information about its customers (the merchants) and will be able identify who received payment for the goods or services, but will not have information about the purchaser.

**Peer-to-Peer (P2P)** – Decentralized interactions that happen between at least two parties in some sort of organized group. P2P allows individuals to buy and sell bitcoins directly without having to use an exchanger. The largest P2P exchange is LocalBitcoins, a Finnish-based exchanger which allows users to buy or sell bitcoin in person to other users in their geographic area.

**Private Key** – An alphanumeric string of characters kept secret by its owner which is used to sign digital communication when hashed with a public key.

UNCLASSIFIED

SCHOBER_002951

UNCLASSIFIED



**National Cyber Investigative Joint Task Force**
**Virtual Currency Report**

**QR Code** - A two-dimensional graphical block containing a monochromatic pattern representing a sequence of data. QR codes are designed to be scanned by cameras and are frequently used to encode bitcoin addresses.

**Satoshi** – The name of the smallest unit of bitcoin. One bitcoin is equal to 100 million satoshis.

**Tor Network** – Tor is an anonymity network that aims to conceal its users' identities and their online activity from surveillance and traffic analysis by separating identification and routing. It is an implementation of onion routing, which encrypts and then randomly bounces communications through a network of relays run by volunteers around the globe. Tor stands for "The Onion Router."

**Tumbling Service / Mixing Service** – A service available on the Dark Web which mixes one person's bitcoins with another, sending back bitcoins with different inputs and outputs than the ones sent to the mixing service. A mixing service is used to preserve anonymity because it prevents entities from being able to trace a particular bitcoin back to the original owner.

**Wallet** – A bitcoin wallet holds the private keys associated with each bitcoin address in the wallet. Wallets can be stored online, offline, on paper, on USB or other removable media devices, or specific bitcoin storage devices like a Trezor.

SCHOBER_002952

b3
b7E

FD-1036 (Rev 10-16-2009)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

### Import Form

**Form Type:** OTHER - Other                    **Date:**   04/04/2018

**Title:** (U) [     ]  Preservation

**Approved By:** SSRA [                    ]                    b6
                                                                b7C
**Drafted By:** [                        ]                      b3
                                                                b7E
**Case ID #:** [                ]        (U) UNSUB(S);
                                         ANDREW SCHOBER - VICTIM;
                                         BOULDER, COLORADO;
                                         COMPUTER INTRUSION - CRIMINAL

**Synopsis:**   (U) Preservation of records at [            ]

◆ ◆

UNCLASSIFIED

SCHOBER_002953

**U.S. Department of Justice**

Federal Bureau of Investigation

In Reply, Please Refer to
File No:

FBI Denver
2915 Rocky Mountain Avenue, Suite 210
Loveland, CO 80538
970-663-1028

Attention:

b6
b7C
b3
b7E

Dear

Sir/Madam:

This letter will serve as a formal request for the preservation of records and other evidence pursuant to Title 18, USC, Section 2703(f) pending further legal process.  It is our understanding that Bitfinex maintains all information regarding the

You are hereby requested to preserve, for a period of 90 days, the records described below currently in media, in a form that includes the complete record.  You also are requested not to disclose the existence other than is necessary to comply with this request. You are further requested not to terminate the account listed in this request if such termination is solely due to the receipt of this request. Further, allowing this account to remain active may assist Law Enforcement efforts.

This request applies only retrospectively.  It does not in any way obligate you to capture and preserve new information that arises after the date of this request.

This preservation request applies to the following records and evidence:

b7E

SCHOBER_002954

b6
b7C
b7E

Questions about this letter can be answered by Special Agent

Sincerely,

Calvin Shivers
Special Agent in Charge

b6
b7C

By:

Supervisory Special Agent

3

SCHOBER_002955

b3
b7E

FD-1036 (Rev 10-16-2009)

UNCLASSIFIED//FOUO

# FEDERAL BUREAU OF INVESTIGATION
## Import Form

**Form Type:** OTHER - Other                    **Date:** 05/04/2018

**Title:** (U) Email and Preservation Request to [          ]

**Approved By:** SSRA [          ]

b6
b7C
b3
b7E

**Drafted By:** [          ]

**Case ID #:** [          ]     (U) UNSUB(S);
                              ANDREW SCHOBER - VICTIM;
                              BOULDER, COLORADO;
                              COMPUTER INTRUSION - CRIMINAL

**Synopsis:** (U) Email and Preservation Request to [          ]

**Enclosure(s):** Enclosed are the following items:
1.  (U) Email to Reddit

♦♦

UNCLASSIFIED//FOUO

SCHOBER_002956

**U.S. Department of Justice**

Federal Bureau of Investigation

In Reply, Please Refer to
File No:

FBI Denver
2915 Rocky Mountain Avenue, Suite 210
Loveland, CO 80538
May 3, 2018

Attention:

b6
b7C
b3
b7E

Re: Preservation of records relating to: Username

b6
b7C

Sir/Madam:

    Presently a federal criminal investigation is ongoing regarding a computer intrusion in violation of Title 18, United States Code (USC), Section 1030. It is our understanding that your company is in possession of information and/or evidence relevant to the investigation, specifically relating to the following account, username

    The purpose of this letter is to formally request under the authority of Title 18, USC, Section 2703(f), the preservation of any records (electronic and non-electronic) and content your company many have relating to the above account and related services pending the issuance of an appropriate court order.

    For ease of reference, Title 18, USC, Section 2703 (f) provides the following:
    **(f) Requirement to preserve evidence** –

    **(1) In general-** A provider of wire or electronic communication services or a remote computing service, upon the request of a governmental entity, shall take all necessary steps to preserve records and other evidence in its possession pending the issuance of a court order or other process.

    **(2) Period of retention** – Records referred to in paragraph (1) shall be retained for a period of 90 days, which shall be extended for an additional 90 day period upon renewed request by the government entity.

b7E

This request applies retrospectively to any records your possession. Therefore, you are requested to preserve the following:

All records and other evidence relating to the subscriber(s), customer(s), account holder(s), or other entities associated with the above referenced username, including without limitation, the subscriber names, user names, screen names or other identities, mailing addresses, residential addresses, business addresses, e-mail addresses and other contact information, telephone numbers or other subscriber number or identity, billing records, e-mails, stored data files, uploaded and deleted files, uploaded and deleted file logs, connection records or records of session times and duration, information about the length of service and the types of services utilized and any other identifying information, whether such records or other evidence are in electronic or other format.

If compliance with this request will result in a permanent or temporary termination of service to the account(s), or if you are aware of or identify any other accounts relating to the above referenced username or e-mail addresses, please contact this office immediately.

We greatly appreciate your cooperation in this matter. Should questions arise regarding this letter, they may be directed toward Special Agent

b6
b7C
b7E

Sincerely,

*Calvin Shivers*

Calvin Shivers
Special Agent in Charge

b6
b7C

By:

Supervisory Special Agent

2

SCHOBER_002958

b3
b7E

FD-1087 (Rev 5-8-10)

UNCLASSIFIED//FOUO

## FEDERAL BUREAU OF INVESTIGATION
### Collected Item Log

**Event Title:**                                          **Date:**  06/19/2018

b6
b7C
b3
b7E

**Approved By:** A/SSA

**Drafted By:**

**Case ID #:**                    (U) UNSUB(S);
                                  ANDREW SCHOBER - VICTIM;
                                  BOULDER, COLORADO;

**Enclosure(s):** Enclosed are the following items:
1.  (U)                                                   b7E
2.  (U)
3.  (U)

**Collected From:**    FBI
                       Denver, Colorado
                       United States

**Receipt Given?:**   No

**Holding Office:**   DENVER

**Details:**
                                                          b7E

**Item Type**        **Description**

UNCLASSIFIED//FOUO

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

SCHOBER_002959

UNCLASSIFIED//~~FOUO~~

Title: (U)

Re:                              06/19/2018

1B Digital

Collected On:  06/05/2018 02:00 PM EDT
Seizing Individual:                                      b6
Collected By:                                            b7C
Location Area:  Denver                                   b3
Specific Location:  Denver                               b7E
Device Type:  Mass Storage Device
Number of Devices Collected:  1

◆◆

UNCLASSIFIED//~~FOUO~~

2

SCHOBER_002960

FD-1036 (Rev 10-16-2009)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

### Import Form

**Form Type:** EMAIL - Email                    **Date:**  06/25/2018

**Title:**(U) _____

**Approved By:** A/SSA _____                    b6
                                                          b7C
                                                          b3
**Drafted By:** _____                          b7E

**Case ID #:** _____     (U) UNSUB(S);
                                    ANDREW SCHOBER - VICTIM;
                                    BOULDER, COLORADO;
                                    COMPUTER INTRUSION - CRIMINAL

**Synopsis:**  (U) _____
_____

**Enclosure(s):** Enclosed are the following items:     b6
1.  (U) _____                        b7C
_____                                        b7E

◆◆

UNCLASSIFIED

SCHOBER_002961

12/24/22, 1:38 AM                          Benedict Thompson-zz (Ben Thompson) · GitHub



◎ Focusing

👥 **5** followers · **1** following

Follow

## Achievements



Beta  Send feedback

Block or Report

Find a repository...

Type ▾    Language ▾    Sort ▾

## jc3mp-dogfight  Public

A JC3MP Dogfight gamemode.

🟡 JavaScript    ☆ 1    Updated on Oct 16, 2019

## RemotePy  Public

Forked from nikhilkumarsingh/RemotePy

A remote-desktop sharing application.

🔵 Python    ⑂ 26    Updated on Dec 20, 2018

SCHOBER_003044

12/24/22, 1:38 AM
Benedict Thompson-zz (Ben Thompson) · GitHub

## Rain [Public]

Forked from mitacha/Rain

A light RaiBlocks wallet written in Java

● Java   ⑂ 2   ⚖ MIT License   Updated on Feb 8, 2018

## NANOLightWallet [Public]

Forked from jamescoxon/RetroXRBWallet

A light wallet for XRB

#wallet  #raiblocks

● Python   ☆ 3   ⑂ 3   Updated on Feb 8, 2018

## electrum [Public]

Forked from Electron-Cash/Electron-Cash

Electrum; Bitcoin thin client

● Python   ⑂ 2,827   ⚖ MIT License   Updated on Jan 31, 2018

## VERGE [Public]

Forked from vergecurrency/verge

official source code repository for VERGE cryptocurrency

● C   ⑂ 407   ⚖ MIT License   Updated on Dec 31, 2017

## awesome-raiblocks [Public]

Forked from RaiMakers/awesome-nano

A list of community projects related to RaiBlocks.

⑂ 22   Updated on Dec 29, 2017

## Bitcoin-Count-Transactions [Public]

Count Bitcoin Transactions like Ethereum

● Python   ⚖ MIT License   Updated on Oct 27, 2017

SCHOBER_003045

12/24/22, 1:38 AM                                      Benedict Thompson-zz (Ben Thompson) · GitHub

## Azure-Ethereum-mine  `Public`

A shell script to mine Ethereum on Microsoft Azure

 Shell   ☆ 11    11   Updated on Oct 19, 2017

---

## Simple-Encrypted-Login-System  `Public`

This is a simple login system for python that is encrypted with
SHA256

● Python    1   ⚖ MIT License   Updated on Sep 29, 2017

---

## xbtfee  `Public`

A Machine Learning powered Neural Network in order to get
accurate fee estimations for Bitcoin.

⚖ MIT License   Updated on Sep 24, 2017

---

## Live-bitcoin-transactions  `Public`

Forked from weex/Live-bitcoin-transactions

blockchain.info live transactions

● Python    6   Updated on Sep 23, 2017

---

## govanity  `Public`

Forked from davecgh/govanity

Bitcoin Vanity Address Generator

● Go    10   Updated on Sep 20, 2017

---

## SegwitVanity  `Public`

Forked from antonio-fr/SigVanity

P2SH vanity address generation

● Python    10   ⚖ GNU General Public License v3.0   Updated on Sep 20, 2017

---

SCHOBER_003046

Benedict Thompson-zz (Ben Thompson) · GitHub

## Alexa-Cryptocurrency-Price  Public

An Amazon Alexa skill that gets responds to a query with the price of the configured cryptocurrency.

● Python    ⚖ MIT License    Updated on Sep 1, 2017

## bitcoin.org  Public

Forked from bitcoin-dot-org/Bitcoin.org

Bitcoin.org website

● CSS    ⑂ 2,065    ⚖ Other    Updated on Aug 13, 2017

## Azure-Crypto-Mine  Public

A shell script to mine Crypto on Microsoft Azure

● Shell    Updated on Jul 2, 2017

## BitcoinAutoNode-UASF  Public

Forked from XertroV/BitcoinAutoNode

A script to run (ideally just after starting up a new server/vps) to automatically setup bitcoind and have it start on boot. It is not intended you use the same machine for anything other than as a...

● Shell    ⑂ 31    Updated on May 10, 2017

📖 Overview    📓 Repositories  26    ▦ Projects    📦 Packages    ☆ Stars  10

## bitcoinpricealexa  Public

● Python    Updated on Mar 25, 2017

## simple-sequence-generator  Public

A python based sequence generator

● Python    ⚖ MIT License    Updated on Mar 24, 2017

SCHOBER_003047

12/24/22, 1:38 AM                    Benedict Thompson-zz (Ben Thompson) · GitHub

## justcord-3  (Public)

Forked from mdcfe/justcord-3

A JC3MP-Discord bridge

🟡 JavaScript    ⑂ 3    ⚖ MIT License    Updated on Jan 8, 2017

---

## btcvalue  (Public)

A twitter bot that will post the current price of bitcoin along with a graph every 30 mins.

🔵 Python    Updated on Jan 2, 2017

---

## LiWinSteam  (Public)

Easy download for Windows Steam game binaries on Linux

🔵 Python    Updated on Dec 27, 2016

---

## IP-Range-Scanner  (Public)

A small python ip range scanner.

☆ 3    ⑂ 1    ⚖ MIT License    Updated on Dec 6, 2016

---

## PythonCompress-Dict-  (Public)

Forked from JTfessel/PythonCompress-Dict-

This is a very basic compresesion algorithm in python it is not effective for high scale files only simple strings. Forked by Ben to fix it up

🔵 Python    ⑂ 1    ⚖ MIT License    Updated on Dec 6, 2016

---

## Overwolf-Reticle  (Public)

Forked from nacitar/Overwolf-Reticle

A reticle overlay for overwolf.

🟡 JavaScript    ⑂ 2    ⚖ Apache License 2.0    Updated on Feb 10, 2015

---

SCHOBER_003048

Case No. 1:21-cv-01382-GPG-NRN   Document 79-4   filed 05/30/23   USDC Colorado   pg 51
of 68
12/25/22, 8:05 AM                      GitHub - BenedictThompson-zz/BitcoinAutoNode-UASF: A script to run (ideally just after starting up a new server/vps) to automat...



BenedictThompson-zz / BitcoinAutoNode-UASF  Public

forked from XertroV/BitcoinAutoNode

A script to run (ideally just after starting up a new server/vps) to automatically setup bitcoind and have it start on boot. It is not intended you use the same machine for anything other than as a node.

☆ 0 stars   ⑂ 31 forks



<> Code    ⑂ Pull requests    ▶ Actions    ⊞ Projects    📖 Wiki    ⊘ Security    📈 Insights

⑂ master ▾                                                                    Go to file

This branch is 6 commits ahead, 2 commits behind XertroV:master.



🔵 BenThompsonCode Update bitcoinAutoNode.sh  …        on May 10, 2017   🕘 40

View code

☰ README.md

# BitcoinAutoNode-UASF

Forked to support BIP-148

A script to run (ideally just after starting up a new server/vps) to automatically setup `bitcoind` and have it start on boot.

This script runs `bitcoind` under the `bitcoin` user. An alias (`btc`) is added to the current user's `.bashrc`. Where you'd normally type `bitcoin-cli` you can type `btc`, eg: `btc getinfo`.

It has been tested on Ubuntu Server 14.04 and 15.04. It is intended for use only on these distros.

**SCHOBER_003049**

12/25/22, 8:05 AM          GitHub - BenedictThompson-zz/BitcoinAutoNode-UASF: A script to run (ideally just after starting up a new server/vps) to automat…

## One Liner

```
wget https://raw.github.com/benthompson2001/BitcoinAutoNode-
UASF/master/bitcoinAutoNode.sh ; sudo bash bitcoinAutoNode.sh
```

You should really check out the code before running that though.

### Super Lazy Method

If you want to run one command then disconnect (nearly) straight away, use this:

```
wget https://raw.github.com/benthompson2001/BitcoinAutoNode-UASF/master/stub.sh ;
sudo bash stub.sh ; exit
```

It should drop the connection once it's started. You can view the setup with `screen -r bitcoinInstaller` and detach (when viewing) with `Ctrl+a d`.

## Notes

Previously, the script would prompt you to change your password and would install the ufw (and allow ports 8333 and 22). However, I've removed that. All that happens now is installing `bitcoind` and dependencies.

Pruning is used and by default set to a maximum of ~60% of the `/` volume, ensuring it can be run on a small VPS. For this reason a 2 GB swap file is also instantiated.

## Releases

No releases published

## Packages

No packages published

## Languages

SCHOBER_003050

12/25/22, 8:05 AM                GitHub - BenedictThompson-zz/BitcoinAutoNode-UASF: A script to run (ideally just after starting up a new server/vps) to automat…

- ● **Shell** 100.0%

SCHOBER_003051

12/25/22, 8:15 AM                                    Search benedictthompson · GitHub

benedictthompson

| Repositories 0 | Code | Commits 10 | Issues 4 | Discussions 0 | Packages 0 | Marketplace 0 | Topics 0 | Wikis 0 | Users 2 |

## 10 commit results

weex/Live-bitcoin-transactions

**Merge pull request #2 from BenedictThompson/patch-1**  ...

weex committed on Sep 23, 2017                                  9607619  ‹›

---

RaiMakers/awesome-nano

**Merge pull request #1 from BenedictThompson/patch-1**  ...

vardthomas committed on Dec 30, 2017              Verified   c6fa526  ‹›

---

kulhunter/BTC

**Merge pull request #1673 from BenedictThompson/master**  ...

wbnns committed on Jul 17, 2017                  Unverified  6b4751d  ‹›

---

ceonmintoh/BitcoinMarket

**Merge pull request #1673 from BenedictThompson/master**  ...

wbnns committed on Jul 17, 2017                  Unverified  6b4751d  ‹›

---

Quang7hong81/bitcoin-dot-org-Bitcoin.org

**Merge pull request #1673 from BenedictThompson/master**  ...

wbnns committed on Jul 17, 2017                  Unverified  6b4751d  ‹›

---

achow101/btcinformation.org

**Merge pull request #1673 from BenedictThompson/master**  ...

wbnns committed on Jul 17, 2017                  Unverified  6b4751d  ‹›

---

Hereunder/Move

**Merge pull request #1673 from BenedictThompson/master**  ...

wbnns committed on Jul 17, 2017                  Unverified  6b4751d  ‹›

---

bitcoin-dot-org/Bitcoin.org

**Merge pull request #1673 from BenedictThompson/master**  ...

Will Binns committed on Jul 17, 2017             Unverified  6b4751d  ‹›

---

gitisak/-gitisak

**Merge pull request #1673 from BenedictThompson/master**  ...

wbnns committed on Jul 17, 2017                  Unverified  6b4751d  ‹›

---

cointobanks/lifetioncoin-docs

**Merge pull request #1673 from BenedictThompson/master**  ...

wbnns committed on Jul 17, 2017                  Unverified  6b4751d  ‹›

SCHOBER_003052

12/25/22, 8:03 AM                    Update FinexAPI.py by BenedictThompson-zz · Pull Request #5 · dawsbot/bitfinex · GitHub



SCHOBER_003053

Labels

None yet

Projects

None yet

Milestone

No milestone

Development

Successfully merging this pull request may close these issues.

None yet

3 participants

  

SCHOBER_003054

12/24/22, 1:53 AM                                    Pull requests · dawsbot/bitfinex · GitHub

📖 **dawsbot** / **bitfinex**    Public

‹› Code    ◎ Issues  **2**    ⑈ **Pull requests**    ▶ Actions    ⊙ Security    ⬚ Insights

🏷 Labels    🎯 Milestones                                                    New

🔍  is:pr is:closed

ⓧ Clear current search query, filters, and sorts

⑈ 0 Open    ✓ **9 Closed**

Author ⌄    Label ⌄    Assignee ⌄    Sort ⌄

⑈ **More functions added for extra functionality**                          💬 1
   #12 by cleancoindev was merged on Dec 3, 2017

⑈ **Add Python3 Support. Closes #8**                                        💬 3
   #10 by BenedictThompson-zz was merged on May 14, 2017

⑈ **Remove 'wsgiref' from requirements**
   #9 by BenedictThompson-zz was merged on May 14, 2017

⑈ **Added withdrawals**
   #7 by BenedictThompson-zz was merged on Apr 21, 2017

⑈ **Added withdraw**
   #6 by BenedictThompson-zz was closed on Apr 21, 2017

⑈ **Update FinexAPI.py**                                                    💬 2
   #5 by BenedictThompson-zz was merged on Apr 7, 2017

⑈ **Fix "avg_excution_price" spelling error**                               💬 1
   #4 by BenedictThompson-zz was merged on Apr 6, 2017

⑈ **Update FinexAPI.py**                                                    💬 1
   #3 by BenedictThompson-zz was merged on Apr 6, 2017

⑈ **Clean up README and a few example files**
   #1 by dawsbot was merged on Jun 13, 2015

**SCHOBER_003055**

ProTip! Find all pull requests that aren't related to any open issues with -linked:issue.

10/18/22, 6:43 PM
Contributors to dawsbot/bitfinex · GitHub

🗒 dawsbot / bitfinex   Public

<> Code    ⊙ Issues   2    ⊱ Pull requests    ▶ Actions    ⊘ Security    📈 Insights

| Pulse |
| --- |
| Contributors |
| Community Standards |
| Commits |
| Code frequency |
| Dependency graph |
| Network |
| Forks |

# Nov 23, 2014 – Oct 18, 2022

Contributions: **Commits** ▾

Contributions to master, excluding merge commits and bot accounts





dawsbot    #1
38 commits    1,398 ++    609 --



BenThompsonCode    #2
6 commits    43 ++    9 --

SCHOBER_003057

10/18/22, 6:43 PM

Contributors to dawsbot/bitfinex · GitHub







SCHOBER_003058

12/24/22, 1:51 AM                                    GitHub - BenedictThompson-zz/RemotePy at patch-1



SCHOBER_003059

- browser-based, shared over LAN
- cross platform
- control remote-desktop using your mouse and keyboard
- click, double click and right click enabled
- works on touch-screen devices as well!

## Installation

- Clone this repo:

```
$ git clone https://github.com/nikhilkumarsingh/RemotePy
```

- Install the requirements:

```
pip install -r requirements.txt
```

## Usage

- To run application using the default **Werkzeug server**:

```
$ python app.py
```

- To run application using **Gunicorn server**:

```
$ python wsgi.py
```

**A simple CLI has also been provided to tweak different parameters.**

- Show help message

```
$ python cli.py -h

usage: cli.py [-h] [-b server] [-p port] [-w workers] [-t threads]

RemotePy CLI
```

SCHOBER_003060

```
optional arguments:
  -h, --help            show this help message and exit
  -b server, --server server
                        IP address of server.
  -p port, --port port  Port no. of server.
  -w workers, --workers workers
                        No. of workers on server.
  -t threads, --threads threads
                        No. of threads for server
```

- Run **Gunicorn server** with:

  - IP address **192.168.1.103**,
  - port no. **8000**,
  - **2** workers,
  - **5** threads

  ```
  $ python cli.py -b 192.168.1.103 -p 8000 -w 2 -t 5
  ```

## TODOs

- Improve HTML layout
- Make the multi-threaded server more stable

## References:

- flask-video-streaming

### Releases

No releases published

### Packages

No packages published

SCHOBER_003061

## Languages

● **Python** 62.5%    ● **HTML** 37.5%

SCHOBER_003062

12/25/22, 8:04 AM
Forks · BenedictThompson-zz/electrum · GitHub

## BenedictThompson-zz / electrum  `Public`

forked from Electron-Cash/Electron-Cash

<> Code    ⑂ Pull requests    ▶ Actions    ⊞ Projects    📖 Wiki    🛡 Security    ⦿ **Insights**

| Pulse |
| Contributors |
| Commits |
| Code frequency |
| Dependency graph |
| Network |
| Forks |

Woah, this network is huge! We're showing only some of this network's repositories.   ✕

## Forks of BenedictThompson-zz/electrum

⚛ spesmilo / electrum
- 7sean68 / electrum
- 8moustapha8 / electrum
- a-klimashevsky / electrum
- a740122 / electrum
- aaronisme / electrum
- aasiutin / electrum
- abbylester1 / electrum
- AbdussamadA / electrum
- aburan28 / electrum
- AbuRashid / electrum
- accumulator / electrum
- achow101 / electrum
- AdamISZ / electrum
- adamplansky / electrum

SCHOBER_003063

12/24/22, 1:32 AM                     Latest Version Error. · Issue #3 · mdcfe/justcord-3 · GitHub

This repository has been archived by the owner before Nov 9, 2022. It is now read-only.

---

🖵 **mdcfe** / **justcord-3**   ⬭ Public archive

⟨⟩ Code    ⊙ **Issues**  1    ⌥ Pull requests    ▶ Actions    ▦ Projects    ⓘ Security    ⌁ Insights

# Latest Version Error. #3

⊘ **Closed**    **BenedictThompson-zz** opened this issue on Jan 8, 2017 · 3 comments

| Assignees |  |
|---|---|
| Labels | question |

---

**BenedictThomps...**  commented on Jan 8, 2017

I updated to the latest version but on server start, I get this error:

```
JC3MP SERVER/packages/justcord-3-master/util.js:3 return eval( `${template.replace(/ /g, '\\ ')}`);
                                                              ^

TypeError: Cannot read property 'replace' of undefined
at evalTemplate (/home/JamesandJohn/JC3MP SERVER/packages/justcord-3-master/util.js:3:34)
at formatTopic (/home/JamesandJohn/JC3MP SERVER/packages/justcord-3-master/jcevents.js:31:12)
at Timeout.setTimeout (/home/JamesandJohn/JC3MP SERVER/packages/justcord-3-master/jcevents.js:62:14)
at tryOnTimeout (timers.js:232:11)
at Timer.listOnTimeout (timers.js:202:5)
`
```

---

👤 🖼 **mdcfe** self-assigned this on Jan 9, 2017

🏷 🖼 **mdcfe** added the   question   label on Jan 9, 2017

---

**mdcfe** commented on Jan 9, 2017 · edited ▾                                    ⬭ Owner

You need to keep updating your config when you update Justcord to ensure you include all of the new values. This particular error is caused by not specifying the template for ~~chat~~ the Discord topic updater ( `formatting.gameToDiscord.topic`  in config.json).

**SCHOBER_003091**

12/24/22, 1:32 AM                     Latest Version Edit… · Issue #3 · mdcfe/justcord-3 · GitHub

I'll work on setting default values to the config later on, and hopefully once I've finalised 1.0 the config shouldn't change as frequently.

Let me know how you get on.

---

**BenedictThomps...** commented on Jan 9, 2017                    `Author`

Ok!

---

**mdcfe** commented on Jan 9, 2017                               `Owner`

Apologies, misread the trace; it's the topic formatting you need to set, not the chat formatting.

---

 **mdcfe** mentioned this issue on Jan 11, 2017

**Big to-do list for 1.0** #1

⊙ Open

☑ 10 tasks

---

 **mdcfe** closed this as completed on Feb 7, 2017

---

**Assignees**

🐱 mdcfe

---

**Labels**

question

---

**Projects**

None yet

---

**Milestone**

No milestone

---

**Development**

No branches or pull requests

---

**SCHOBER_003092**

2 participants



SCHOBER_003093