# EXHIBIT E

**Coinbase just sent you 0.001605 BTC**

1 message

**Coinbase** <contact@coinbase.com>
To: 05bthompson@gmail.com

Hi Ben Thompson,

**Coinbase** just sent you  **0.001605** BTC (worth $1 USD) using Coinbase.

Attached message:

## You just received $1.00 worth of free bitcoin for linking your Facebook account!

Click here to sign in and view this transaction

Kind regards,
The Coinbase Team

© Coinbase 2014

**Welcome to Bitfinex**
1 message

**Bitfinex** <admin@bitfinex.com>  19 March 2017 at 10:27
To: 05bthompson@gmail.com

Welcome to Bitfinex

Welcome and thank you for signing up. You can now trade on the most advanced bitcoin trading platform in the world.

Please start off by securing your account with two-factor authentication. This will help keep all your funds safe.

After that, you're ready to make your first deposit and start trading. Or, earn interest by providing liquidity to the traders on our platform. If you would like to send us USD or Tether, please verify your account first.

If you have any questions, please be sure to check out our Support Center. If you still have questions, don't hesitate to contact us at support@bitfinex.com.

Check out our Blog for announcements, helpful guides, and change logs detailing all the new changes we've made to the platform. You can also follow us on Twitter and subscribe to our Facebook to stay up to date with everything going on at Bitfinex.

Thanks for signing up and happy trading!

Regards,
The Bitfinex Team
https://www.bitfinex.com

Mobile apps now available

Read more about the mobile apps

Copyright © 2017 Bitfinex. All rights reserved.

Want to change your email settings?
You can update your preferences in your account settings.
Want to disable these emails?
Review our Anti-Spam Policy.

Thompson000448

# Ed THOMPSON

**From:** Ed Thompson <thompson.ed@gmail.com>
**Sent:** 27 December 2017 09:18
**To:** Ed THOMPSON
**Subject:** Ben Thompson trail
**Attachments:** trade.csv

The attached screenshots provides evidence for the ownership of a small about of Bitcoin for Ben. It also evidences how the Bitcoin grew and how he traded the coin for another crypto currency (Raiblocks). As at end December 2017 Ben seems to have timed his investment into Raiblocks at a very good time.

As a teenager, Ben was always interested in computers - since 2014 (when he first encouraged me to buy some Bitcoin), Ben has been following cryptocurrencies closely.

Ben earned his original Bitcoin when he did some end-user testing in 2016 and 2017 for an on-line company and got paid in Bitcoin (termed a 'Bounty' pay out) - see attached screenshot as evidence. Ben traded the currency on various exchanges - owing to the meteoric rise in the value of Bitcoin (and Ben's successful trading) Ben built up nearly $2000 in Bitcoin as at early Dec 2017.

In Dec 2017 Ben bought 4960 Raiblocks ($XRB) with almost all his Bitcoin. He bought the Raiblocks at an average price of around 30 cents ($0.30).

This is looking like an astute purchase - as at the end of Dec, the Raiblocks are showing a significant paper profit.

https://live.blockcypher.com/btc/tx/2b70cdc5872bf1222396cc148f6cefa43d88327253e0493c16b2a9d3aa7a763d/



1

Thompson000292

# Ed THOMPSON

**From:** Ben <05bthompson@gmail.com>
**Sent:** 18 January 2018 13:43
**To:** Ed THOMPSON
**Subject:** Re: Things

Yeah we saw a bit of a run down when all the stops at $10k were hit.

Not sure on a target yet though.
On Thu, 18 Jan 2018, 13:38 , <edthompson@hsbc.com> wrote:

Ben,

Looks like things are all back on track! It is almost unheard of for a company share to drop by 25% and then bounce back the very next day. With the stockmarket – once it falls like that, it's over.

The bounce back that we are seeing is astonishing (in any world outside crypto).

Anyone with auto sell orders/stop-loss orders on BTC would have been wrecked. All the orders will be closed and no-one will be setting new ones any time soon – why would you if it is going to bounce back again?

There could be some bad news (eg banning exchanges/regulation etc) but failing that, we should be OK for a little while. I am still not convinced the node stuff has been fixed to the satisfaction of Binance. Hope I am wrong about that as there is loads of positive Raiblocks stuff happening.

You need to set a figure to get out though – eg at £120k sell £100k and play with the rest?

Regards,

**Ed Thompson**

Product Manager, WIPP, HSBC BANK PLC HBEU
2nd Floor, Forum One, Parkway, Whiteley, Hampshire PO15 7PA, United Kingdom

Mobile: 07827 356 383

Email: edthompson@hsbc.com

1

Thompson000295

# Ed THOMPSON

| | |
|---|---|
| From: | Ed THOMPSON |
| Sent: | 10 January 2018 09:15 |
| To: | Ben |
| Subject: | trade |
| Classification: | INTERNAL |

Ben,

With Raiblocks holding up well during this BTC dump, just sell a chunk as planned. $25, $28 $30 – it all makes no odds.

We can get it out tonight

**Ed Thompson**
Product Manager, WIPP, HSBC BANK PLC HBEU
2nd Floor, Forum One, Parkway, Whiteley, Hampshire PO15 7PA, United Kingdom

Mobile: 07827 356 383
Email: edthompson@hsbc.com
Sustainability Champion

## Ed THOMPSON

**From:** Ben <05bthompson@gmail.com>
**Sent:** 04 January 2018 13:39
**To:** Ed THOMPSON
**Subject:** Re: things

I withdrew 0.5 worth which is 200XRB meaning it is still going to take 3 days to withdraw it all.

On Thu, 4 Jan 2018, 10:42 , <edthompson@hsbc.com> wrote:

Ben,

I left my phone at home so no blockfolio access today ☹

A couple of things:

1: thanks for sorting out the selling yesterday – I feel much happier knowing I have made a real profit from this stuff. Even bought a Costa coffee today as I felt flush.

2: Raiblocks: Can you withdraw another 0.5 BTC from the that crummy exchange for me? When/if it becomes available on the larger exchange, I want to be able to move quickly. Eg when/if it hits $89 to move most to BTC and into Trezor.

Many thanks

Ed Thompson

Product Manager, WIPP, HSBC BANK PLC HBEU
2nd Floor, Forum One, Parkway, Whiteley, Hampshire PO15 7PA, United Kingdom

Mobile: 07827 356 383

Email: edthompson@hsbc.com

Sustainability Champion

**Ed THOMPSON**

From: Ed THOMPSON
Sent: 11 December 2017 12:29
To: Ed THOMPSON
Subject: Ben Thompson crypto

Classification: INTERNAL

In 2016 and 2017 Ben did some freelance End User testing. There are few sites on the internet where they want people with good English language skills and computing skills to navigate a website and make video of how they navigated it and provide any feedback. For a teenager, the pay is quite good. They often pay in bitcoin. Ben ended up with 0.2 bitcoin – at the time this was worth around £140.

Ben then bought and sold the bitcoin on exchanges – trying to increase its value. He wasn't hugely successful and ended up with roughly the same amount of bitcoin.

However, during 2017, the value of bitcoin increased considerably. By early December 2017, 0.2 bitcoin was worth £2000.

Ben then bought some RaiBlocks crypto currency (using around 0.1 of the bitcoin). He bought it in two tranches with the average price around 20 cents. Ben is hoping that it will rise in price.

**Ed Thompson**
Product Manager, WIPP, HSBC BANK PLC HBEU
2nd Floor, Forum One, Parkway, Whiteley, Hampshire PO15 7PA, United Kingdom

Mobile: 07827 356 383
Email: edthompson@hsbc.com
Sustainability Champion

# Ed THOMPSON

**From:** Ed THOMPSON
**Sent:** 11 December 2017 09:55
**To:** Ed THOMPSON
**Subject:** Bitcoin history

**Classification:** INTERNAL

On Nov 23 2014, I bought £1064 worth of bitcoin (4.5coin at £236.46) all via Coinbase and a transfer from my HSBC current account

On June 1 2017 I transferred another £1000 from my HSBC current account to Coinbase and bought Etherium, I sold this for bitcoin on June 21st 2017.

As a result of various 'airdrops' eg selling the 'free' bitcoin cash and Bitcoin gold and the Etherium profits, by start Dec 2017, I has 8.27 bitcoin in my main portfolio.

I bought another 5.76 bitcoin on Sept 1 and Sept 4 2017 via transfer of £21,000 from my HSBC Current Account to Coinbase.

I transferred my bitcoin to my off-line wallet (out of Coinbase), leaving 0.5bitcoin in Coinbase.

On Dec 11, I bought Raiblox with 0.5 bitcoin – 8075 units

Position as at 11 Dec:

Coinbase – zero, but waiting for the 0.5 BitcoinCash(worth approx. £521 but only due at end of Dec 2017).
13.69 bitcoin in offline wallet
RaiBlocks – 8075 units in offline wallet

**Ed Thompson**
Product Manager, WIPP, HSBC BANK PLC HBEU
2nd Floor, Forum One, Parkway, Whiteley, Hampshire PO15 7PA, United Kingdom

Mobile: 07827 356 383
Email:  edthompson@hsbc.com
Sustainability Champion

Thompson000304

1



Ben Thompson <05bthompson@gmail.com>

## Fwd: Upcoming Bitcoin Forks
1 message

**Ed Thompson** <thompson.ed@gmail.com>  25 October 2017 at 07:17
To: Ben thompson <05bthompson@gmail.com>

   ---------- Forwarded message ----------
   From: "Coinbase" <no-reply@updates.coinbase.com>
   Date: 24 Oct 2017 20:48
   Subject: Upcoming Bitcoin Forks
   To: <thompson.ed@gmail.com>
   Cc:

Coinbase

Dear Edward James,

We wanted to give you an update on two upcoming Bitcoin forks—Bitcoin Segwit2x and Bitcoin Gold. You can read more about what a digital currency fork is here and see our prior update here.

We operate by the principle that our customers should benefit to the greatest extent possible from hard forks or other unexpected events. This is essential in our mission to make Coinbase the most trusted, safe, and easy-to-use digital currency exchange.

Bitcoin Segwit2x

The Bitcoin Segwit2x fork is projected to take place on November 16th and will result in two bitcoin blockchains. Following the fork, Coinbase will continue referring to the current bitcoin blockchain as Bitcoin and the forked blockchain as Bitcoin2x.

**Any customer with a Bitcoin balance on Coinbase at the time of the fork will be credited with an equal amount of the Bitcoin2x asset on the Bitcoin2x blockchain. No action is required—we will automatically credit your account.** So, if you have 5 Bitcoin stored on Coinbase before the fork; you will have 5 Bitcoin and 5 Bitcoin2x following the event.

For more information about Bitcoin2x please see our FAQ page and our blog post for a detailed timeline of events.

Bitcoin Gold

The Bitcoin Gold fork occurred on October 23rd. Information about this fork has been limited and there are concerns about its security and stability. As a result, we do not believe it is safe to allow support for Bitcoin Gold at this time. If the blockchain

Thompson000068

proves to be secure and valuable, Coinbase may choose to support it.

For more information about Bitcoin Gold please see our FAQ page.

Over the coming weeks, we will keep you updated on this event through our blog, status page and twitter.

Thank you,
Coinbase Team

Unsubscribe from these emails

Thompson000069




**ReturnStolenBTC** <ReturnStolenBTC@protonmail.com>  Sat, Dec 28, 2019, 11:57 PM
to 05bthompson@gmail.com, thompson.benedictjames@gmail.com, me, thompson.claire@gmail.com

Kid, I've caught you red-handed, in more ways than one. Here's an except from the PI report:

*Fig. 6: Mr. Thompson Attempting to Launder Stolen Bitcoins Through Shapeshift.io on Jan. 10, 2018*

|  | Timestamp (UTC) | BTC Transaction ID | XMR Transaction ID | Shapeshift API Record |
|---|---|---|---|---|
| **Thief to Shapeshift (BTC)** | 2018-01-10 19:48 | 8114fc68c... |  | Shapeshift.io/txstat/3Hb... |
| **Shapeshift to Thief (XMR)** | 2018-01-10 19:52 |  | 5ef113d20... | |
| **Thief to Shapeshift (XMR)** | 2018-01-10 20:23 |  | 7fd770982... | Shapeshift.io/txstat/d75... |
| **Shapeshift to Benedict Thompson (BTC)** | 2018-01-10 20:55 | 85926943b... |  | |

Return what you stole and I'm willing to let this go. I'll sign a message to prove I'm the guy. This is the best offer you're going to get.

If not, the next time you hear from me will be through my attorney, and you'll have to pay my legal fees. If you refuse that, we'll see to it that you're prosecuted. You're looking at four counts of Theft (category 1 harm), Computer Misuse, and Fraudulent Impersonation, and expulsion from Warwick.

Sent with ProtonMail Secure Email.



**ReturnStolenBTC** <ReturnStolenBTC@protonmail.com>   Dec 2, 2019, 6:30 AM  
to 05bthompson@gmail.com, thompson.benedictjames@gmail.com, me, thompson.claire@gmail.com

Benedict James Thompson
5 Northlands Gardens
Southampton, SO15 2NL

Mr. Thompson,

Last year, my computer was infected by a malicious GitHub program called Electrum Atom that stole 16.4552 BTC (£135,800 at the time of theft). The stolen funds were later deposited at the Bitfinex cryptocurrency exchange. After an exhaustive private investigation, the resulting evidence, including court ordered records from Bitfinex, BitcoinTalk.org, Cryptocompare.com, Twitter, Shapeshift.io, and GitHub (Electrum Atom and Electrum Gold repositories), implicates Benedict James Thompson from Southampton, England, as the creator of the malware.

Losing this money was devastating - I was severely distressed for months. You may have thought you were playing a harmless joke, but it has inflicted serious financial and emotional damage on me and my family.

You are clearly a very talented and intelligent young man. I do not wish to see your future prospects harmed, however it would not be fair to let you harm mine. I don't care about retribution, I just want my money back so I can move on with my life.

If you return what was taken in full, **16.4552 BTC**, to an original address from which you stole the bitcoins, I will drop this matter and move on. I can sign a message of your choice to prove that I own these addresses—I am not trying to extort you, only to have the stolen coins returned.

If I do not receive a return of funds by Friday Dec. 6, my attorney will contact the NFIB and the Hampshire Constabulary to pursue recourse through law enforcement. If convicted, the minimum sentence for Theft: Category 1 Harm (>£100k) with high culpability, and Computer Misuse Section 3: Intent to Impair Operation, is 4 years and 6 months custody, plus payment of restitution. We will also inform the University of Warwick of your illicit online activities.

Regards