FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
8:47 am, May 31, 2023
JEFFREY P. COLWELL, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-1382-NYW

ANDREW SCHOBER,

    Plaintiff,

v.

BENEDICT THOMPSON, OLIVER READ,
EDWARD J. THOMPSON, CLAIRE L. THOMPSON,
PAUL READ, AND HAZEL DAVINA WELLS,

    Defendants.

**RESPONDENTS OLIVER READ JOINDER IN THOMPSON DEFENDANTS MOTION**

**SUMMARY JUDGMENT**

Respondent OLIVER READ (hereinafter "Respondent"). hereby join in Respondents BENEDICT THOMPSON, EDWARD J. THOMPSON and CLAIRE L.THOMPSON (collectively "the Thompsons") , Reply in Support of Motion Summary Judgement, and state as follows:

    Ⅰ. Respondent hereby join THOMPSON(s) Reply in support of their Motion Summary Judgement with respect to the following Arguments

    **A. Mr. Schober's Claims are Barred by the Statute of Limitations**

    **C. The Plaintiff's Measure of Damages is Limited to the Value of the Bitcoin at**

   the Time it Left his Possession or a Reasonable Time Thereafter

   D. The Plaintiff Has Elected Not to Present Expert Testimony, But an Expert is

   Required to Prove the Plaintiff's Claims

s/Oliver Read
*Oliver Read*
81 Oakleigh Road
Clayton, Bradford
West Yorkshire
Telephone: +44 07305 170462

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th Day of May, 2023 I emailed the foregoing to the following individuals with the following email addresses:

**THE LAW OFFICE OF ETHAN MORA**
Ethan E. Mora, Esq.
1040 E. Herndon Ave., Suite 202
Fresno, CA 93720
Telephone: (559) 370-1485
Email: ethanmoralaw@pm.me
**Attorney for Plaintiff Andrew Schober**

ROBINSON WATERS & O'DORISIO, P.C.

Carl A. Hjort, III
1099 18th Street, Suite 2600
Denver, CO 80202
Telephone: 303-824-3192
Email: chjort@rwolaw.com
***Attorneys for Defendants Benedict Thompson, Edward J. Thompson, and Claire L. Thompson***

Hazel Wells
Hazelwells44@gmail.com
Pro Se Defendant

Paul Read
Paulread66@aol.co.uk
Pro Se Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on 08/07/2021

I sent a copy of the _____

to the following parties in the way of electronic email below each party's name:

STEPHEN PALLEY

ANDERSON KILL P.C

1717 Pennsylvania Avenue NW, Suite 200

Washington, DC 20006

spalley@andersonkill.com

 SAMUEL BALLARD

ANDERSON KILL P.C

1717 Pennsylvania Avenue NW, Suite 200

Washington, DC 20006

sballard@andersonkill.com

s/Paul Read