IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-1382-NYW

ANDREW SCHOBER,

    Plaintiff,

v.

BENEDICT THOMPSON, OLIVER READ,
EDWARD J. THOMPSON, CLAIRE L. THOMPSON,
PAUL READ, AND HAZEL DAVINA WELLS,

    Defendants.

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
4:05 pm, May 31, 2023
**JEFFREY P. COLWELL, CLERK**

## RESPONDENTS HAZEL DAVINA WELLS JOINDER IN THOMPSON DEFENDANTS MOTION SUMMARY JUDGMENT

Respondent   HAZEL DAVINA WELLS (hereinafter  "Respondent"). hereby join in Respondents BENEDICT THOMPSON, EDWARD J. THOMPSON and CLAIRE L.THOMPSON (collectively "the Thompsons") , Reply in Support of Motion Summary Judgement, and state as follows:

    Ⅰ . Respondent hereby join THOMPSON(s) Reply in support of their Motion Summary Judgement with respect to the following Arguments

    **A. Mr. Schober's Claims are Barred by the Statute of Limitations**

    **C. The Plaintiff's Measure of Damages is Limited to the Value of the Bitcoin at**

      **the Time it Left his Possession or a Reasonable Time Thereafter**

      **D. The Plaintiff Has Elected Not to Present Expert Testimony, But an Expert** is

      **Required to Prove the Plaintiff's Claims**

s/HAZEL DAVINA WELLS
*HAZEL DAVINA WELLS*
81 Oakleigh Road
Clayton, Bradford
West Yorkshire

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th Day of May, 2023 I emailed the foregoing to the following individuals with the following email addresses:

**THE LAW OFFICE OF ETHAN MORA**
Ethan E. Mora, Esq.
1040 E. Herndon Ave., Suite 202
Fresno, CA 93720
Telephone: (559) 370-1485
Email: ethanmoralaw@pm.me
**Attorney for Plaintiff Andrew Schober**

ROBINSON WATERS & O'DORISIO, P.C.
Carl A. Hjort, III
1099 18th Street, Suite 2600
Denver, CO 80202
Telephone: 303-824-3192
Email: chjort@rwolaw.com
***Attorneys for Defendants Benedict Thompson, Edward J. Thompson, and Claire L. Thompson***

Oliver Read
Oliverread2001@gmail.com
Pro Se Defendant

Paul Read
Paulread66@aol.co.uk
Pro Se Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on 08/07/2021

I sent a copy of the _____

to the following parties in the way of electronic email below each party's name:

STEPHEN PALLEY

ANDERSON KILL P.C

1717 Pennsylvania Avenue NW, Suite 200

Washington, DC 20006

spalley@andersonkill.com

SAMUEL BALLARD

ANDERSON KILL P.C

1717 Pennsylvania Avenue NW, Suite 200

Washington, DC 20006

sballard@andersonkill.com

s/Paul Read