IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01382-GPG-NRN

ANDREW SCHOBER,
           Plaintiff,
v.
BENEDICT THOMPSON, OLIVER READ,
EDWARD J. THOMPSON, CLAIRE
L. THOMPSON, PAUL READ, and HAZEL
DAVINA WELLS,
           Defendants.

## DECLARATION OF ANDREW SCHOBER

1. I, Andrew Schober, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury under the laws of the United States of America that the following is true and correct, unless stated upon information and belief:

2. I am the Plaintiff in this action, and currently reside in Boulder, Colorado. This declaration is based upon my personal knowledge of the matters set forth herein.

3. I respectfully submit this declaration in support of my Cross Motion for Summary Judgment.

4. I have worked as a Licensed Massage Therapist since 2013.

5. In 2020, I became board-certified as an Open-Source Intelligence (OSINT) analyst through the McAfee Institute. I also received the Open-Source Intelligence Professional Certification through the IntelTechniques online training and through the Automating OSINT with Python course offered by Dark River Systems.

6. I first bought Bitcoin in early 2014, investing $10 to $100 periodically until 2018. My largest purchase was $1,000 on my 30th birthday. Due to the increasing value of Bitcoin over time, by January 2018 these small investments constituted the vast majority of my net wealth.

7. My long term vision and intention was to use my Bitcoin funds to buy a house and go back to school.

8. I purchased my ASUS laptop in 2016 with Malwarebyte anti-virus protection.

9. I was not aware of "clipboard-hijacking" malware in January 2018. I subsequently learned that the Malware was apparently novel in the cryptocurrency domain.

10. I have never been to the United Kingdom. The burden of traveling to the United Kingdom, or attempting to litigate my claims there, would be significant for me.

11. I first connected with Dr. Nicolas Bax (Nick) on the "r/Monero" "subreddit" on Reddit.com. Nick informed me that he was employed full-time as a Ph.D. candidate at Stanford University, and he was a professional blockchain analyst for a company called, Merkle Data.

12. At my direction, two professional malware analysts examined the Malware, and neither analyst could find any data or information that might lead to the identification of any person responsible. I informed the FBI of the results.

13. In February 2018, I turned my laptop over to the FBI for further analysis of the Malware and my computer.

14. I did not learn of the connection between the operator of the Malware and the stolen Bitcoin, until November 2019, after I discovered a feature in the Shapeshift API. I learned of this connection after spending between 1,000 to 2,000 hours conducting online investigations: uncovering social media posts, searching online forums, examining GitHub (code repository) logs, learning how to trace different cryptocurrency blockchains through public APIs, learning the Python scripting language, and acquiring and applying various other Open-Source Intelligence tools and techniques.

15. I learned a technique for looking up cryptocurrency transaction data through ShapeShift's public API, and I spent no less than 100 hours developing software code (a script) that I could use to help me look for a connection between an identifiable person and the Vanity Address, which Nick and I had uncovered using Shapeshift's API.

16. The key information that led me to uncover the identities of Defendants Benedict Thompson and Oliver Read (neither of whom have uncommon names in England) were the public online posts and comments to the web forums Reddit, GitHub, Twitter, the Bitcoin Developer Mailing List, and Keybase.io. These posts referenced information that I cross-verified with blockchain transaction records involving the Malware addresses, the Bitfinex and ShapeShift exchange platforms, and the cryptocurrency addresses controlled by Benedict Thompson. Later, the FBI corroborated my findings.

17. I spent $2,009 to replace my ASUS laptop.

18. I spent $3,800 on my various OSINT trainings and certifications.

19. I spent $5,000 to serve all Defendants.

20. I have spent in excess of $50,000 in legal fees to date.


Dated: 6/19/2023          *Andrew Schober*

                      ANDREW SCHOBER