IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01382-GPG-NRN

ANDREW SCHOBER,
    Plaintiff,
v.
BENEDICT THOMPSON, OLIVER READ,
EDWARD J. THOMPSON, CLAIRE
L. THOMPSON, PAUL READ, and HAZEL
DAVINA WELLS,
    Defendants.

---

## DECLARATION OF NICOLAS BAX

---

1. I, Nicolas Bax, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury under the laws of the United States of America that the following is true and correct, unless stated upon information and belief:

2. I am not a party to this action. I currently reside in Brookline, MA. This declaration is based upon my personal knowledge of the matters set forth herein.

3. I am a Cryptocurrency Researcher and Protocol Developer who is familiar with, and has used both Bitcoin and Monero cryptocurrencies.

4. Until June 2021, I was employed full-time as a Ph.D. candidate in the Structural Biology Department at Stanford University School of Medicine.

5. I met Andrew Schober, the Plaintiff in this action, on Reddit.com in August 2019. I saw Mr. Schober's Reddit post and messaged him, offering to help him investigate the cryptocurrency-jacking "Malware" because, as a Cryptocurrency Researcher, I was

1

intrigued by his story, as the Malware he described on Reddit was, to my knowledge, the first of its kind in the wild.

6. In August 2019, despite my best efforts to analyze the Bitcoin and Monero cryptocurrency transactions involved in the theft of Mr. Schober's cryptocurrencies, I was unable to identify any information connecting the blockchain transactions that Mr. Schober was interested in, to any person's identity. Unlike transparent blockchains such as Bitcoin and Ethereum, Monero's blockchain obfuscates the sender, receiver, and amount being transferred in a Monero transaction by default. The only information available I was able to find, in August 2019, was data from ShapeShift, showing that Bitcoin had been transferred from a bitcoin address embedded in the Malware to ShapeShift; the Bitcoin was then converted to Monero (XMR) and transferred to a Monero address. Using data from the Monero blockchain, I was then able to generate a list of 9 transactions which could plausibly have sent the XMR from ShapeShift.

7. In December 2019, Mr. Schober informed me that he had uncovered a way to use ShapeShift's API to determine, for any given Monero transaction sent to ShapeShift, what cryptocurrency the XMR was converted into, and where (to what cryptocurrency, *i.e.*, bitcoin address) it went.

8. In December 2019, I read the ShapeShift API documentation, and I recall the documentation stating that a user of Shapeshift's API could query the API for blockchain addresses controlled by ShapeShift, and in response, receive information about transactions involving those addresses. However, I knew that Monero addresses could not be obtained from publicly-available blockchain transaction data. Technically, this was correct, however, Mr. Schober informed me that ShapeShift's API was configured so

that a publicly-exposed 32-byte "payment ID" could be used to query information about Monero deposits to ShapeShift (even though Monero addresses themselves were not exposed). Therefore, Shapeshift API users could query, and scrape information for blockchain transaction data involving Shapeshift and Monero, based on the payment ID.

9. I confirmed what Mr. Schober had told me by querying the Shapeshift API, and I found that the payment ID for 1 of the 9 transactions I had identified in August 2019 reflected a transaction that sent Monero to ShapeShift in exchange for Bitcoin which was then sent to the Bitcoin address, 1BeNEdictBLbmVJ9LXkSwqiyWWf36XKTD1.

10. I reported Mr. Schober's discovery of how to trace Shapeshift Monero transactions using the payment IDs to ShapeShift's bug bounty program because I considered the feature to be a "bug" (or, unintended information leakage), since the feature made information available in a manner that I did not believe was consistent with Shapeshift's API documentation.

Dated: June 20, 2023    _____
                         Nicolas Bax