IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01382-GPG-NRN

ANDREW SCHOBER,

    *Plaintiff,*

v.

BENEDICT THOMPSON, et al.,

    *Defendants.*

---

### AGREED MOTION TO WITHDRAW CERTAIN FILINGS, EXTEND RESPONSE DEADLINES AND SET A STATUS CONFERENCE

---

Plaintiff Andrew Schober and Defendants Benedict Thompson, Edward Thompson, and Claire Thompson ("Thompson Defendants"), by and through undersigned counsel, submit this Agreed Motion to Withdraw Certain Filings, Extend Response Deadlines and Set a Status Conference. The parties certify that they have conferred with each other regarding this Motion and jointly agree that the relief requested herein should be granted.

In support of this Motion, the parties jointly move as follows.

1. The Plaintiff hereby requests leave of the Court to withdraw his Response to the Motion for Summary Judgment [Doc. 83] and his Cross-Motion for Summary Judgment [Doc. 84].

1

2. The Plaintiff requests an extension of time to file a new Response, responding to all issues contained in the Thompsons' Motion for Summary Judgment against Mr. Schober [Doc. 78] to and including July 13, 2023.

3. Plaintiff also requests an extension of time to file his Reply in support of his Motion for Partial Summary Judgment [Doc. 79] to and including July 13, 2023.

4. In view of these filings, the Thompsons shall file a Reply in support of their Motion for Summary Judgment by July 27, 2023.

5. The parties also request the scheduling of a status conference at the Court's earliest convenience, and prior to the July 13, 2023 deadline for the Plaintiff's filings.

6. This Court's August 4, 2022 Scheduling Order (ECF No. 54) and Federal Rule of Civil Procedure 16(b)(4) both state that filing deadlines may be modified upon a showing of good cause. The parties to this Motion agree that there is good cause to extend the deadlines set forth above. This good cause includes personal commitments of the Plaintiff's counsel in the coming weeks as well as the intervening Fourth of July holiday.

7. Neither the trial date nor the final pretrial/trial preparation conference have been set in this case.

8. The Parties have requested minimal extensions of time previously in this case.

9. This motion is brought not for the purpose of delay or to multiply the proceedings, but to avoid other delays that are likely to occur without the requested extensions.

10. No party will be prejudiced by this delay, and the interests of justice and judicial economy will be served by permitting the above requested relief.

11. Pursuant to D.C.COLO.L.CivR. 6.1(c), counsel for each party certify they are contemporaneously serving a copy of this Motion on their clients, whose names and email addresses are referenced in the Certificate of Service.

For the foregoing reasons, Plaintiff and the Thompson Defendants jointly move that the Court extend the deadlines and grant other relief as set forth above.

Respectfully submitted this 29th day of June, 2023.

| | |
|---|---|
| */s/Carl A. Hjort, III* | */s/Ethan E. Mora* |
| Carl A. Hjort, III | Ethan E. Mora |
| ***ROBINSON WATERS & O'DORISIO, P.C.*** | **THE LAW OFFICE OF ETHAN MORA** |
| 1099 18th Street, Suite 2600 | 1040 E. Herndon Ave., Ste. 202 |
| Denver, CO 80202 | Fresno, CA 93720 |
| Tel. (303) 824-3192 | Tel. (559) 370-1485 |
| Email: chjort@rwolaw.com | Email: EthanMoraLaw@pm.me |
| | |
| *Attorney for Defendants Benedict Thompson, Claire L. Thompson, and Edward J. Thompson* | *Attorney for Plaintiff Andrew Schober* |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed with the Court on June 29, 2023. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. I also served the following *pro se* parties at the following email addresses:

Oliver Read
Oliverread2001@gmail.com

Hazel Wells
Hazelwells44@gmail.com

Paul Read
Paulread66@aol.co.uk
***Defendants***

/s/Carl A. Hjort, III

Ethan E. Mora, Plaintiff's counsel, certifies that he served this Motion on his client by email.

/s/Ethan E. Mora

Carl A. Hjort, III, Thompson Defendants counsel, certifies that he served this Motion on his clients by email.

/s/Carl A. Hjort, III