IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01382-GPG-NRN

ANDREW SCHOBER,

    *Plaintiff,*

v.

BENEDICT THOMPSON, et al.,

    *Defendants.*

---

**UNOPPOSED MOTION TO RESTRICT OR REPLACE DOC. 78-2**

---

Defendants Benedict Thompson, Edward Thompson, and Claire Thompson ("Thompson Defendants"), by and through undersigned counsel, submit this Unopposed Motion to Restrict or Replace Doc. #78-2 and move as follows.

1. Plaintiff's counsel informed the undersigned that certain personal identifying information of the Plaintiff had been inadvertently left un-redacted in Exhibit "B" [Doc. 78-2] to the Thompson's Motion for Summary Judgment [Doc. 78].

2. Plaintiff's counsel and the undersigned agreed that it was necessary to redact the Plaintiff's personal identifying information in Doc. 78-2 pursuant to Fed.R.Civ.P. 5.2.

3. Personnel from undersigned counsel's firm contacted the Clerk's Office regarding this issue to seek clarification on what should be done to correct this problem.

4. Apparently, the Clerk's Office restricted Doc. 78-2 as a result of this communication.

1

5. Defendants have prepared the attached Redacted Version of Doc. 78-2, which redacts the personal identifying information of the Plaintiff consistent with the requirements of Fed.R.Civ.P. 5.2.

6. Defendants respectfully request that the Court either: 1. Replace the originally filed version of Doc. 78-2 with the attached redacted version or 2. Restrict the originally filed version of Doc. 78-2 to Level 1 restriction and also enter the attached redacted version as a publicly-available version of Doc. 78-2.

7. Fed.R.Civ.P. 5.2 clearly establishes that the date of birth and social security number of the Plaintiff, which were inadvertently left un-redacted in the originally filed version of Doc. 78-2, must be removed from public access.

For the foregoing reasons, the Thompson Defendants request that the Court either: 1. Replace the originally filed version of Doc. 78-2 with the attached redacted version or 2. Restrict the originally filed version of Doc. 78-2 to Level 1 restriction and also enter the attached redacted version as a publicly-available version of Doc. 78-2.

Respectfully submitted this 30th day of June, 2023.

> Respectfully submitted,
>
> /s/Carl A. Hjort, III
> Carl A. Hjort, III
> Colorado Bar No. 42108
> ROBINSON WATERS & O'DORISIO, P.C.
> 1099 18th Street, Suite 2600
> Denver, CO 80202
> Telephone: 303-824-3192
> Email: chjort@rwolaw.com
> ***Attorney for Defendants Benedict Thompson, Claire L. Thompson and Edward J. Thompson***

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of June, 2023 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. As such, this document was served on all counsel of record. I also served the *pro se* Defendants via email at the following addresses:

Oliver Read
Oliverread2001@gmail.com
Hazel Wells
Hazelwells44@gmail.com
Paul Read
Paulread66@aol.co.uk

/s/Carl A. Hjort, III
Carl A. Hjort, III