# Exhibit "B"

**Subject:** Advocate Application: Assistance confirmed (Ref: Schober/0000020983) [ ref:_00D0YZEca._5004JEGzg0:ref ]
**From:** Advocate Applications
**Date:** 7/1/20, 9:09 AM
**To:** "█████████████" <█████████████>
**CC:** "chloe.bell@outertemple.com" <chloe.bell@outertemple.com>



Mr. Schober

Our ref: Schober/0000020983

1st July 2020

Dear Mr. Schober,

**RE Application for Assistance**

We are pleased to inform you that has Miss Chloe Bell of Outer Temple Chambers agreed to do the following work:

- Advice

Miss Bell's contact details are as follows:

Tel: +44 (0)20 7353 6381
Email: chloe.bell@outertemple.com

Miss Bell has agreed to help you with the piece of work on the standard terms of work that apply to all cases accepted through Advocate (the new name of the Bar Pro Bono Unit). A copy of those standard terms is available on request.

**1) What Happens Now**

You should now contact Miss Bell or her clerk (who is responsible for fixing appointments).

**2) Your Relationship to the Barrister**

It is important you keep Miss Bell informed of all developments in your case, including any change in your circumstances.

Miss Bell will help you with the work specified above. There are professional limitations on a barrister's work and barristers do not have the facilities to undertake administration in the same way as a solicitor might be able to. They therefore cannot take over the general running of a case.

FD-71 (Rev. 5-8-10)

b3
b7E

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION
## Complaint Form

**Title:** (U) [redacted] [redacted]  **Date:** 02/26/2018

**Approved By:** [redacted]

b6
b7C
b3
b7E

**Drafted By:** [redacted]

**Case ID #:** [redacted]   (U) UNSUB(S);
ANDREW SCHOBER - VICTIM;
BOULDER, COLORADO;
[redacted] - CRIMINAL

**Full Investigation Initiated:** 02/26/2018

---

**Complaint Synopsis:** (U) Report to the FBI Public Access Line (PAL) Unit by Andrew Schober of computer intrusion via malware attack by unknown subject (UNSUB) resulting in a loss of 16 bitcoin, equivalent to approximately $180,000, in Boulder, CO. (CyWatch)

**Received On:** 02/08/2018

**Receipt Method:** Telephone

**Incident Type:** Criminal Activity

**Drafted By:** [redacted]

b6
b7C

**Complaint Details:**

On 02/08/2018, at 7:25 p.m. Eastern Time, Andrew Schober, date of birth [redacted], cellular telephone number 864-710-0697, home address 1245 Norwood Ave, Apt 41, Boulder, CO 80304, called the FBI Public Access Line (PAL) Unit to report computer intrusion via malware attack by unknown subject (UNSUB) on BlockedChain Info Wallet, resulting in a loss of 16 bitcoin, equivalent to approximately $180,000 in Boulder, CO.

Schober provided the following information:

UNCLASSIFIED

**UNCLASSIFIED**

Title:  (U) [                ] Computer Intrusion                            b6
Re:  288A-DN-2591713, 02/26/2018                                             b7C

                                                                             b3
                                                                             b7E

On 02/07/2018, Schober noticed a transfer that he attempted was intercepted by UNSUB. The original transfer was done on 01/29/2018.

Schober stated the malware is an address changer so it changed the destination of the transfer. Schober was transferring the funds from one of his bitcoin wallets to another whenever it was intercepted.

The malware is called "the man in the middle." The bitcoin address is 1CZioyptarnQ3rdT9np2rwMwXftMX9ATT7 with transaction ID number a6db59147ec24d3d978cf244ac957cbfaeaf145d04c06ec57d782a62c365169.

Schober was using an ASUS X501A laptop during the intrusion.

                                                                             b7E

Database Queries:

                                                                             b7E

---

**Final Pre-Assessment Finding:**

SA [        ] met with Andrew Schober on Friday, 2/23/2018 and took custody of his laptop, along with some documents after interviewing Schober. Schober advised that he knew where the bitcoin was located currently (ie, the address) and the address had not changed.

                                                                             b6
                                                                             b7C

**UNCLASSIFIED**

SCHOBER_002920

UNCLASSIFIED

Title: (U) ☐ ☐                                                                b6
Re:    ☐ , 02/26/2018                                                        b7C
                                                                              b3
                                                                              b7E

On 2/25/2018, SA ☐ was notified by Schober and PAL that the bitcoin had "moved." SA ☐ would like to investigate with assistance from the Virtual Currency Team at FBIHQ, who has advised that they can assist with trying to trace the location of the bitcoin valued at approximately $180,000.   b6 b7C

**Recommended Action:** Open New Case

**Entities:**
UNSUB (Main, Person, U.S. Person? Unknown)
   *Name/Biographical Information*
      Name: UNSUB
      Minor? No
      Citizenship:
      Languages:
      Public Figures:
      Caution Statements:
      Has Diplomatic Status? No

Andrew Schober (Complainant, Person, U.S. Person? Unknown)
   *Name/Biographical Information 1*
      Born: ☐
      Minor? No
      Citizenship:
      Languages:
      Public Figures:
      Caution Statements:
      Has Diplomatic Status? No
   *Name/Biographical Information 2*
      Name: Andrew Schober
      Minor? No
      Citizenship:
      Languages:
      Public Figures:
      Caution Statements:
      Has Diplomatic Status? No

UNCLASSIFIED

3

b3
b7E

FD-71 (Rev. 5-8-10)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION
## Complaint Form

Title: (U) [redacted] [redacted]     Date: 02/27/2018

b6
b7C
b3
b7E

Approved By: [redacted]

Drafted By: [redacted]

Case ID #: [redacted]     (U) UNSUB(S);
ANDREW SCHOBER - VICTIM;
BOULDER, COLORADO;
[redacted]

Full Investigation Initiated: 02/26/2018

---

Complaint Synopsis: (U) Report to the FBI Public Access Line (PAL) Unit by Andrew Schober to provide additional information regarding a computer intrusion via malware attack by an unknown subject (UNSUB) resulting in a loss of 16 bitcoin, equivalent to approximately $180,000, in Boulder, CO. (CyWatch)

Received On: 02/16/2018

Receipt Method: Telephone

Incident Type: Criminal Activity

Drafted By: [redacted]

b6
b7C

Complaint Details:

On 02/16/2018, at 5:51 p.m. Eastern Time, Andrew Schober, date of birth [redacted], cellular telephone number 864-710-0697, home address 1245 Norwood Ave, Apt 41, Boulder, CO 80304, called the FBI Public Access Line (PAL) Unit to provide additional information regarding a computer intrusion via malware attack by an unknown subject (UNSUB) on BlockedChain Info Wallet, resulting in a loss of 16 bitcoin, equivalent to approximately $180,000 in Boulder, CO.

UNCLASSIFIED

UNCLASSIFIED

Title: (U) ▉▉▉▉▉▉▉▉  ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉                                b6
Re:   ▉▉▉▉▉▉▉▉▉▉   02/27/2018                                       b7C
                                                                      b3
                                                                      b7E

Schober provided the following information:

On 02/08/2018, at 7:25 p.m. Eastern Time, Schober called the PAL Unit to report a computer intrusion via malware attack resulting in a loss of 16 bitcoin, equivalent to approximately $180,000.

Since the previous call, Schober hired a Malware expert, personal identifiers not provided, to help him examine his laptop. The Malware expert was able to find the source of the malware on Schober's laptop; however, he does not have permission from "GitHub" to access the information.

Schober has the file saved on his PC; however, he cannot track where it came from.

The Malware was installed on 01/23/2018 and the theft happened on 01/29/2018.

Note: On 02/21/2018, at 12:45 p.m. Eastern Time, Schober called the PAL unit and spoke with Customer Service Representative (CSR) 9174, to report the Malware came from a Reddit Link, https://www.reddit.com/r/bitcoinairdrops/comments/7tcmpa/electrum_fork_for_bitcoin_atom_released/.

Database Queries:

                                                                      b7E

Final Pre-Assessment Finding:

Schober was interviewed and a case opened on 2/26/2018,

Recommended Action:   File to Existing Case

UNCLASSIFIED

2

SCHOBER_002924

b3
b7E

FD-302 (Rev. 5-8-10)

# FEDERAL BUREAU OF INVESTIGATION

Date of entry 02/27/2018

ANDREW MARK SCHOBER, date of birth ▓▓▓▓, social security account number ▓▓▓▓, home address 1245 Norwood Avenue, Apartment 41, Boulder, Colorado 80302, cellular telephone number 864-710-0697, was interviewed at the FBI office located at the Boulder County Sheriff's Office, 5600 Flat Iron Parkway, Boulder, Colorado. After being advised of the identities of the interviewing agents, SCHOBER provided the following information as a follow up to his PAL report dated 2/8/2018:

On 1/27/2018, SCHOBER saw a post in a Reddit forum online that advertised a new bitcoin client that used some of the code of bitcoin. This new bitcoin client was called "Electrum Atom". The post contained a link to "Github", a website where one can upload programs and code. The link is in an attachment provided by SCHOBER entitled "Summary of Events" which is a 1A to this FD-302. On 1/28/2018, SCHOBER clicked on the link and downloaded the executable. He then installed the Electrum Atom client from GitHub, this link is also in the attachment "Summary of Events". This executable looked like other bitcoin executables on the surface and he was not suspicious at all. SCHOBER has been buying Bitcoin since approximately 2014 and is somewhat familiar with bitcoin related executables.

On 1/29/2018, everything seemed fine with this client as SCHOBER is used to setting up new wallets and has found it is easiest to copy and paste the bitcoin address from his clipboard program due to how many characters are in the address. SCHOBER made a bitcoin transaction from his Blockchain.info wallet in an attempt to transfer his bitcoin from his wallet to another one of his wallets. He was sending 16.455 BTC, valued at $188,246.65 on this day), unaware that the executable he downloaded on 1/28/2018 had malware installed on his computer which changed his address to an alternate address. Most of this money was profit from SCHOBER's bitcoin purchases since 2014 and he was intending on using it to pay for college classes. The correct address and the alternate address are in "Summary of Events" attachment, along with the transaction ID. It is assumed that the alternate address is the attacker's address.

SCHOBER did not realize that anything was wrong with his bitcoin transfer for approximately one week. On 2/7/2018, he realized that there must have been malware on his computer affecting his copy/paste of bitcoin

b6
b7C
b3
b7E

Investigation on 02/23/2018 at Boulder, Colorado, United States (In Person)

File # ▓▓▓▓ Date drafted 02/26/2018

by ▓▓▓▓

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 05-08-10)

b3
b7E

Continuation of FD-302 of (U) Schober Interview , On 02/23/2018 , Page 2 of 2

addresses and knew his bitcoin had been stolen. On 2/8/2018, SCHOBER contacted the FBI PAL and filed an IC3 report. SCHOBER explained that the "Block Explorer" open source program he uses to view information about bitcoin transactions was not showing his transaction from 1/29/2018 as he would have expected. Block Explorer showed an address that had the same first 4 digits but was not his bitcoin address.

On 2/15/2018, SCHOBER posted a warning on Reddit about the Electrum Atom program and that he had been scammed. Another Reddit user contacted SCHOBER who claimed to be able to reverse engineer the malware and would be willing to do so for 10% of the recovery of SCHOBER's bitcoin. SCHOBER was hoping that this person would help him see a private key of the attacker to help track down his missing bitcoin, however, the private key was not found. The Reddit user was identified as [redacted], email address of [redacted]. [redacted] utilized "Team Viewer" to remote into SCHOBER's laptop to reverse engineer the malware. SCHOBER feels that [redacted] is legitimate and not part of the scam. [redacted] has a LinkedIn profile and used the name [redacted] instead of [redacted] in the chatlog provided by Schober.

b6
b7C

SCHOBER is currently a massage therapist and wants to go back to school to specialize with victims of trauma, majoring in Somatic Psychology. He started investing in Bitcoin in 2014 putting $10 per paycheck into bitcoin as it was a low risk. Schober advised that he sent a message to the bitcoin address that stole his bitcoin, along with a miniscule amount of bitcoin advising he had notified the FBI.

SCHOBER signed a Consent to Search form for SA [redacted] to have access to his laptop for analysis along with signing an FD-597 receipt for the laptop and power cord.

b6
b7C

# Reddit Search



**AUTHOR**
Drewski1385

**SUBREDDIT**
BitcoinAirdrops

**SEARCH FOR**
Posts

**NUM. RETURNED**
100

**SCORE FILTER**
e.g. >10 <100 >100,<900

**AFTER**

**BEFORE**
February 28, 2018 12:00 AM

**SEARCH TERM**
theft

[Search]

1 results - Generated API URL

/r/BitcoinAirdrops   /u/Drewski1385                              13/02/2018, 03:48:23

**Be Careful! Confirmed Malware Theft from fake Electron Atom client**
Reposting this here. I took down the original so as not to tip off the hacker, but that seems fruitless at this point. Hope my story serves as a reminder, be careful out there.

Like many Bitcoiners, over the past few months I've been happily claiming & selling all the forked coins. I've synced half a dozen clients and light wallets before learning to use the python scripts. As you probably know, the price of these coins declines quickly as they become available on exchanges, so I was eager to get out ahead to make a bit of profit.

A few weeks ago I came across a post for "Electrum Atom", a Bitcoin Atom wallet, on github. Awesome, another airdrop to flip! Everything looked like all the other forks, just a light wallet to install, but unfortunately it was a fake client that installed the "Man in the Middle" address changing malware. It changes the bitcoin address you copy/paste, leaving the first few characters so they look similar. For example:

Copy: 1CZinhiGqCgSQXJ6PMNh1SW3CKVy7gyjwu
Paste: 1CZioyptarnQ3rdT9np2rwMwXftMX9ATT7

The Electrom Atom client didn't work, of course, so I deleted it, but the damage was done. Ironically, I was moving my BTC to a new wallet/privkey as a security measure, copy/pasting some new addresses into a spreadsheet, and I did not catch the difference in addresses. Oh boy.

Thompson000012

Sad to say, I got wiped out. I sent all my BTC to a similar looking address, but it wasn't mine. I realized it a week later when pasting addresses "hey, these don't look right...ohh shit..." and then - gulp - opened the new wallet. The past four years, slowly building a nest egg, falling in love with the promise of Bitcoin, dreams of buying a house this year – all gone in an instant, because I got careless. Now I know how Mt. Gox must have felt, just a devastating, sickening feeling.

I don't post this here for sympathy. I made a careless mistake and am accepting the consequences. I will rebuild. If nothing else I hope this serves as a lesson to be careful when messing with unknown software. Unfortunately I had to learn the hard way. Be extremely careful, only use trusted sources, double & triple check addresses before making transactions.

Ironically enough, I'm not even sure the new address has an owner, or at least they haven't realized anything yet. Nothing has been moved, they're just sitting there. If the Gods be merciful, and the hacker happens to see this post, I kindly ask you to return the funds to the sending address. I certainly would appreciate it.

And please, if you feel compelled to reply to this post with "dumbass, you had it coming, got what you deserved, etc" - I get it, please save your breath.

**More**

The Great Trolley Problem Dump

Thompson000013