IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01382-NYW-NRN

ANDREW SCHOBER,

Plaintiff,

v.

BENEDICT THOMPSON,
OLIVER READ,
EDWARD J. THOMPSON,
CLAIRE L. THOMPSON,
PAUL READ, and
HAZEL DAVINA WELLS

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that the Unopposed Motion to Restrict or Replace Dkt. #78-2 (Dkt. #90) is GRANTED as follows. The Court finds that Exhibit B to the Thompson's Motion for Summary Judgement (Dkt. #78-2) contains sensitive, personally identifying information that should be restricted from public view under D.C.COLO.LCivR 7.2. Accordingly, the Clerk of Court is directed to maintain Dkt. #78-2 under Level 1 Restriction. The Court notes that the publicly available version of Exhibit 78-2 is available at Dkt. #90-1.

Date: July 5, 2023