# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01382-GPG-NRN

ANDREW SCHOBER,

    *Plaintiff,*

v.

BENEDICT THOMPSON, et al.,

    *Defendants.*

---

### PLAINTIFF'S AND THOMPSON DEFENDANTS' RESPONSE TO ORDER DOC. #89

Plaintiff Andrew Schober and Defendants Benedict Thompson, Edward Thompson, and Claire Thompson ("Thompson Defendants"), by and through undersigned counsel, submit this Response to the Court's Order at Doc. #89:

After further conferral between the parties, undersigned counsel have determined that a status conference is not necessary at this time. The parties will submit the remaining briefing in due course, per the schedule set forth in Doc. #89.

Respectfully submitted this 6th day of July, 2023.

| | |
|---|---|
| */s/Carl A. Hjort, III* | */s/Ethan E. Mora* |
| Carl A. Hjort, III | Ethan E. Mora |
| **ROBINSON WATERS & O'DORISIO, P.C.** | **THE LAW OFFICE OF ETHAN MORA** |
| 1099 18th Street, Suite 2600 | 1040 E. Herndon Ave., Ste. 202 |
| Denver, CO 80202 | Fresno, CA 93720 |
| Tel. (303) 824-3192 | Tel. (559) 370-1485 |
| Email: chjort@rwolaw.com | Email: EthanMoraLaw@pm.me |
| *Attorney for Defendants Benedict Thompson, Claire L. Thompson, and Edward J. Thompson* | *Attorney for Plaintiff Andrew Schober* |

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of July, 2023 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. As such, this document was served on all counsel of record. I also served the *pro se* Defendants via email at the following addresses:

    Oliver Read
    Oliverread2001@gmail.com
    Hazel Wells
    Hazelwells44@gmail.com
    Paul Read
    Paulread66@aol.co.uk

                                              /s/Carl A. Hjort, III
                                              Carl A. Hjort, III