IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01382-GPG-NRN

ANDREW SCHOBER,

    *Plaintiff,*

v.

BENEDICT THOMPSON, et al.,

    *Defendants.*

---

**JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO [DOC. 78] AND REPLIES IN SUPPORT OF SUMMARY JUDGMENT MOTIONS [DOC.79]**

---

    Plaintiff Andrew Schober and Defendants Benedict Thompson, Edward Thompson, and Claire Thompson ("Thompson Defendants"), by and through undersigned counsel, submit this Agreed Motion to Extend Time To Respond. The parties certify that they have conferred with each other regarding this Motion and jointly agree that the relief requested herein should be granted.

    In support of this Motion, the parties jointly move as follows.

1. The parties recently filed a joint motion to *Withdraw Document Extend Response Deadlines and Set a Status Conference* [Doc. 88].

2. The Court issued its Order [Doc. 89], granting in part, a taking under advisement in part, the parties' joint motion to Withdraw, Extend, and Set, relevant to this Motion as follows: Plaintiff's Response to Thompson Defendants' Motion for Summary

1

Judgment [Doc. 83], and Plaintiff's Cross-Motion for Motion for Summary Judgment [Doc. 84] were withdrawn, and Plaintiff was granted until today, July 13, 2023, to respond to the Thompsons' Motion for Summary Judgment [Doc. 78], and file his Reply in support of his Motion for Partial Summary Judgment [Doc. 79]; the time for the Thompson Defendants to reply in support of their MSJ was similarly extended, until July, 27, 2023.

3. This Motion requests a four-day extension, until July 17, 2023, for Plaintiff to file his new Response to the Thompsons' MSJ [Doc. 78], and his new Reply in support of Plaintiff's Motion for Partial Summary Judgment [Doc. 79].

4. In view of Plaintiff's request, Thompsons shall file a Reply in support of their Motion for Summary Judgment, by July 31, 2023.

5. The parties to this Motion agree that there is good cause to extend the deadlines set forth above. This good cause includes an unexpected technical issue affecting, among other things, Plaintiff's counsel's ability to compile, organize, and view PDFs and the exhibits to Plaintiff's new motions.

6. This Court's August 4, 2022 Scheduling Order (ECF No. 54) and Federal Rule of Civil Procedure 16(b)(4) both state that filing deadlines may be modified upon a showing of good cause. The parties to this Motion agree that there is good cause to extend the deadlines set forth above.

7. Neither the trial date nor the final pretrial/trial preparation conference have been set in this case.

8. The Parties have requested minimal extensions of time previously in this case.

9. This motion is brought not for the purpose of delay or to multiply the proceedings, but to avoid other delays that are likely to occur without the requested extensions.

10. No party will be prejudiced by this delay, and the interests of justice and judicial economy will be served by permitting the above requested relief.

11. Pursuant to D.C.COLO.L.CivR. 6.1(c), counsel for each party certify they are contemporaneously serving a copy of this Motion on their clients, whose names and email addresses are referenced in the Certificate of Service.

For the foregoing reasons, Plaintiff and the Thompson Defendants jointly move that the Court extend the deadlines and grant other relief as set forth above.

Respectfully submitted this 13th day of July, 2023.

*/s/Ethan E. Mora*
Ethan E. Mora
**THE LAW OFFICE OF ETHAN MORA**
1040 E. Herndon Ave., Ste. 202
Fresno, CA 93720
Tel. (559) 370-1485
Email: EthanMoraLaw@pm.me

*Attorney for Plaintiff Andrew Schober*

*/s/Carl A. Hjort, III*
Carl A. Hjort, III
*ROBINSON WATERS & O'DORISIO, P.C.*
1099 18th Street, Suite 2600
Denver, CO 80202
Tel. (303) 824-3192
Email: chjort@rwolaw.com

*Attorney for Defendants Benedict Thompson, Claire L. Thompson, and Edward J. Thompson*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed with the Court on July 13, 2023. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. I also served the following *pro se* parties at the following email addresses:

Oliver Read
Oliverread2001@gmail.com

Hazel Wells
Hazelwells44@gmail.com

Paul Read
Paulread66@aol.co.uk
***Defendants***

/s/Ethan E. Mora

Ethan E. Mora, Plaintiff's counsel, certifies that he served this Motion on his client by email.

/s/Ethan E. Mora

Carl A. Hjort, III, Thompson Defendants counsel, certifies that he served this Motion on his clients by email.

/s/Carl A. Hjort, III