# EXHIBIT C

**"EXHIBIT C" - 1**

## RE: Schober v. Thompson - No Expert Witnesses to Designate

| | |
|---|---|
| From | Carl Hjort <chjort@rwolaw.com> |
| To | ethanmoralaw@pm.me |
| Date | Monday, April 10th, 2023 at 4:47 PM |

Ethan,

I have moved my practice from Cantafio & Song to Robinson Waters & O'Dorisio.  I remain counsel for the Thompson's in this matter, so please update my contact information to reflect my new email address.  In response to the issues we discussed in our last telephone call, I have discussed those issues with my clients and here are our responses.  First, with regard to Henry Burchill, my clients do not intend to claim that Henry Burchill was the person who orchestrated the alleged theft of Mr. Schober's bitcoins.  However, my clients do intend to point out that Henry Burchill is also a resident of Southampton, that to the extent that any location of the persons allegedly responsible for the theft of Mr. Schober's bitcoins can be only be resolved to Southampton, then it is possible that Mr. Burchill, a known computer hacker, may be the actual person responsible in this case and not Benedict Thompson.

Second, with respect to the IP addresses and aliases, as I previously stated, my clients have not used the alias thp2pk or JamesandJohn.  We do not have any amendments to make to the listing of aliases or IP addresses that were in our previous responses.

Third, the Reddit documents produced as THOMPSON 0000012-13 were obtained from the website cames.unddit.com

I think that addresses everything we discussed, but please let me know if there are any further issues we need to discuss.

Thanks,

Carl

Carl A. Hjort, III, Esq.

7/12/23, 3:46 PM

**"EXHIBIT G" - 2**



1099 18th Street, Suite 2600
Denver, CO   80202

T:     303-824-3192
F:     303-297-2750
E:     chjort@rwolaw.com
Web:   www.rwolaw.com

This electronic mail transmission and any accompanying documents contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent, as indicated above.  Any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited.  If you have received this transmission in error, please delete the message and notify us by calling 303-297-2600 or emailing chjort@rwolaw.com.

---

**From:** Ethan Mora <ethanmoralaw@pm.me>
**Sent:** Saturday, February 25, 2023 5:45 PM
**To:** Carl Hjort <chjort@fncslaw.com>
**Subject:** Schober v. Thompson - No Expert Witnesses to Designate

Carl, I've decided <u>not</u> to designate any expert witnesses (neither retained nor unretained).

The issues seem clear cut: statute of limitations, and personal jurisdiction. <mark>So, provided we can resolve the discovery issues we've discussed, expert testimony does not seem necessary --</mark> in my opinion, the evidence is clear and not reasonably disputed (or not disputed at all) regarding: Plaintiff's ownership of the stolen Bitcoins; the IP addresses Benedict used; Benedict's use of the Malware; the transfer of Plaintiff's Bitcoins to Benedict's wallet; Defendants' attempts to launder and obfuscate the origins of the stolen Bitcoins using Monero and various exchanges and other cryptocurrencies; and Defendants' refusal to return Plaintiff's Bitcoins to Plaintiff after his request.

I believe the only facts your clients dispute relate to when Plaintiff discovered the basis for his suit; whether Defendants concealed the existence of Plaintiff's causes of action; and whether Defendants' conduct (namely, the alleged theft of Plaintiff's property) and the harms Plaintiff experienced occurred in Colorado. <mark>However, if this is not the case, I may, on that basis, seek additional time to designate expert witnesses and/or reopen fact discovery.</mark>

**"EXHIBIT G" - 3**

Please let me know when you've spoken with your clients regarding their discovery responses. I'd like to avoid discovery motions, if possible.


Thank you,


Ethan


**The Law Office of Ethan Mora**


**Ethan Mora, Esq.**

ethanmoralaw@pm.me

O: +1-559-370-1485

_____


This message and any attached documents contain information from The Law Office of Ethan Mora that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

---

**11.07 KB**   1 embedded image

| image001.png 11.07 KB |