# EXHIBIT D

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No.: 1:21-cv-01382-NYW

ANDREW SCHOBER,
           Plaintiff,
    v.
BENEDICT THOMPSON, OLIVER READ, EDWARD J. THOMPSON, CLAIRE L. THOMPSON, PAUL READ, and HAZEL DAVINA WELLS,
           Defendants.

---

## BENEDICT THOMPSON'S SUPPLEMENTAL RESPONSES TO ANDREW SCHOBER'S FIRST SET OF DISCOVERY REQUESTS

---

COMES NOW Defendant Benedict Thompson, by and through his attorneys, Robinson Waters & O'Dorisio, P.C., and submits his Supplemental Responses to Plaintiff's First Set of Discovery Requests to Defendant Benedict Thompson ("Discovery Requests") pursuant to C.R.C.P. 33, 34, and 36 as follows:

### GENERAL OBJECTIONS

1. These general objections apply to each of the individual Discovery Requests and failure to repeat any general objection in any specific response to any Discovery Request is not a waiver of such objection. Benedict Thompson incorporates these general objections by reference in response to each and every Discovery Request.

2. These responses are made solely for purposes of this action. Each response is subject to all objections and grounds that would require the exclusion of any statement or response herein if made in court, and all of such objections and grounds are reserved and may be interposed at the time of trial or any other proceeding in this action.

3. By responding to these Discovery Requests, Benedict Thompson does not waive any objection to the admissibility of the information contained in these responses and reserves the right to assert privilege claims to any privileged information or documents that may be produced inadvertently. Upon notification of such inadvertent production, the information, shall immediately be returned to the undersigned counsel.

4. Benedict Thompson objects to these Discovery Requests to the extent that they call for the production of information that are not in his possession, custody or control, or is

    information and documents that are protected from disclosure under the work product doctrine or the attorney-client privilege or other privileges/protections afforded by common law.  Benedict Thompson further objects to each Discovery Request that seeks information neither relevant to any party's claims or defenses, nor reasonably calculated to lead to the discovery of admissible evidence.

5. Benedict Thompson does not concede the relevance of any information being produced in response to any Discovery Request and expressly reserves all rights to object to the introduction in evidence of any responses on relevance or other grounds. Benedict Thompson reserves all objections to the admissibility of any produced documents or disclosed information, including, by way of example and not limitation, objections to authenticity, relevance, and materiality.  In addition, Benedict Thompson reserves the rights to object to further discovery and to the subject matter of these Discovery Requests.

6. Benedict Thompson objects to these Discovery Requests to the extent they lack specificity, are unduly burdensome, or overbroad (as to scope, time, or otherwise) or otherwise attempt to exceed the scope of discovery, amend, or add to the requirements as defined by the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and any Local Rules of Court and/or any order of this Court.

7. Benedict Thompson has made a good faith effort to respond to these Discovery Requests based upon the information and documents known at the present time.  His investigation of the facts and available documents continues, and accordingly, and reserves the right to supplement these responses.

8. Benedict Thompson objects to this discovery to the extent that it seeks information that Andrew Schober ("Schober") already has in his possession, custody, or control over, or which is equally available to Schober through reasonable inquiry. Similarly, Benedict Thompson objects to this discovery as improperly duplicative and burdensome to the extent that it seeks information and documents previously produced.

9. Benedict Thompson reserves the right to supplement his responses to reflect additional facts unearthed during discovery, and will do so if required by the Federal Rules of Civil Procedure.

10. Benedict Thompson objects to the Definitions and Instructions to the extent they are not provided for or are not consistent with the applicable rules.

11.  Benedict Thompson objects to this discovery to the extent that it requests opinions other than facts, and to the extent that it calls for legal argument, conclusion, or characterization or documents or information currently available to Benedict Thompson.

## I.   INTERROGATORIES

*INTERROGATORY NO.1*

State ALL ALIASES YOU used during the time period between January 1, 2017 and the date of YOUR RESPONSE, indicating when AND for which purposes (i.e., which websites, forums, services, platforms, exchanges, wallets, applications) YOU used each ALIAS.

**RESPONSE:**

| ALIAS | Purpose |
|---|---|
| 05BTHOMPSON@GMAIL.COM | F1TV |
| 05.BTHOMPSON@GMAIL.COM | F1TV |
| 05BTHOMPSON@GMAIL.COM | Pinterest |
| 05BTHOMPSON@GMAIL.COM | Ebay |
| 05BTHOMPSON | Universal Credit |
| 05BTHOMPSON@GMAIL.COM | ASOS |
| BEANSUFC | Twitch |
| 05BTHOMPSON@GMAIL.COM | Trainline |
| BENEDICT THOMPSONTHOMPSON2001@OUTLOOK.COM | Outlook |
| BEN.THOMPSON@WARWICK.AC.UK | University of Warwick |
| 05BTHOMPSON@GMAIL.COM | Ticketmaster |
| 05BTHOMPSON | Steam |
| BEAN | Steam |
| BENEDICT THOMPSON3267 | Snapchat |
| 05BTHOMPSON@GMAIL.COM | TFWN Swift Go |
| THOMPSON.BENEDICT THOMPSONJAMES@GMAIL.COM | PayPal |
| 05BTHOMPSON@GMAIL.COM | National Express |
| 05BTHOMPSON@GMAIL.COM | Hotels.com |
| 05BTHOMPSON@GMAIL.COM | Sheffield United |
| BEN | Teamspeak |
| BEAN_BTC | Reddit |
| BENEDICT THOMPSONTHOMPSON | Github |
| BENEDICT THOMPSONUSHE | Twitter |
| BEN_THOMPSON1024 | Instagram |
| THOMPSON.BENEDICT THOMPSONJAMES@GMAIL.COM | LinkedIn |
| THOMPSON.BENEDICT THOMPSONJAMES@GMAIL.COM | Coinbase |
| THOMPSON.BENEDICT THOMPSONJAMES@GMAIL.COM | KuCoin |

| | |
|---|---|
| 05BTHOMPSON@GMAIL.COM | Mercatox |
| BEAN_ | TradingView |
| 05BTHOMPSON@GMAIL.COM | Bitfinex |
| THOMPSON.BENEDICT THOMPSONJAMES@GMAIL.COM | Bitfinex |
| 05BTHOMPSON@GMAIL.COM | Bitgrail |
| 05BTHOMPSON@GMAIL.COM | Gmail |
| THOMPSON.BENEDICT THOMPSONJAMES@GMAIL.COM | Gmail |
| 05BTHOMPSON@GMAIL.COM | Coinbase |

**SUPPLEMENTAL RESPONSE:**

**In addition to the listing above, Benedict Thompson did use the alias Dat Spaghetti, but not during the timeframe specified in this Interrogatory. Benedict Thompson also used the alias bean_. Benedict Thompson specifically denies using the aliases JamesandJohn, thp2pk, tcampbell, or Robert Marley.**

*INTERROGATORY NO. 2*

IDENTIFY ANY exchanges, wallets, DEVICES, applications, platforms, websites, AND forms where AND in which YOU stored, held, AND maintained cryptocurrencies during the time period between January 1, 2017 and the date of YOUR RESPONSE.

**RESPONSE:**

- **Coinbase**
- **KuCoin**
- **Mercatox**
- **Bitfinex**
- **Bitgrail**
- **Electrum**
- **Jaxx**

**SUPPLEMENTAL RESPONSE:**

**In addition to the listing above, Benedict Thompson also used the Poloniex exchange during the relevant time period, and produces documents relative to Poloniex with this response. These documents were not previously located because they do not contain any of the keywords that were used to search for the electronic documents previously produced. As to the allegation that Shapeshift should be included on this list, Shapeshift is not an exchange, it merely allows a user to convert one form of cryptocurrency to another, it is not a platform on which cryptocurrency may be "stored, held or maintained" as recited in this Interrogatory.**

*INTERROGATORY NO. 6*

State YOUR education AND employment history (beginning from when YOU were 13 years old, up to date of YOUR RESPONSE.

**RESPONSE:**

- **Education:**
    - St. George Catholic College: 2012-2017
    - St. Annes Sixth Form College: 2017-2019
    - University of Warwick: 2019-2022
- **Employment:**
    - **Benedict Thompson is currently unemployed and claiming Jobseekers Allowance.**

**SUPPLEMENTAL RESPONSE:**

**Benedict Thompson was employed in 2016 and 2017 doing freelance end user testing for which he was paid in cryptocurrency an amount equivalent to approximately £140.**

## II.   REQUESTS FOR PRODUCTION OF DOCUMENT

*REQUEST NO. 2*

ALL COMMUNICATIONS between YOU AND OLIVER READ during the time period between January 1, 2016 and the date of YOUR RESPONSE.

**RESPONSE:** Benedict Thompson objects that the Request is overly broad, unduly burdensome, and not proportionate to the needs of the case because it calls for production of "all communications between [Benedict Thompson] and Oliver Read", regardless of the subject of the communication.

**Subject to and without waiving the foregoing objections, Defendant states: Relevant, non-privileged documents, to the extent they exist, will be produced.  See THOMPSON 000023-024.**

**SUPPLEMENTAL RESPONSE:**

**Benedict Thompson has no further documents to produce in response to this Request. Most of the communications that occurred between Benedict Thompson and Oliver Read in the relevant time period occurred over voice chat, and there are no documents that evidence these communications.**

## CONCLUSION

Defendant Benedict Thompson reserves the right to amend and supplement the responses herein as necessary.

Respectfully submitted this Xth day of April 2023.

ROBINSON WATERS & O'DORISIO, P.C.

/s/<u>Carl A. Hjort, III</u>
Carl A. Hjort, III, Esq.
Attorneys for Defendant Benedict Thompson

## CERTIFICATE OF SERVICE

I hereby certify that on this XXth day of April 2023, a true and correct copy of the foregoing was served via email to all counsel of record.

/s/<u>Carl A. Hjort, III</u>