# EXHIBIT F

# U.S. DEPARTMENT OF THE TREASURY

## Enhancing the US–UK Sanctions Partnership

October 17, 2022

*By: Andrea Gacki, Director, Office of Foreign Assets Control, U.S. Department of the Treasury and Giles Thomson, Director, The Office of Financial Sanctions Implementation, HM Treasury*

As Directors of two of the world's leading financial sanctions implementation authorities, we are committed to our close working relationship. As a testament to this ongoing commitment, on Thursday, October 13, OFAC and OFSI concluded a multi-day technical exchange in London between our two offices. This will bring significant benefits to both our organizations and reinforce our coordination and collaboration in the years to come.

OFAC and OFSI have much in common and therefore significant ground for advancing our collaboration to a new level. The two units are amongst the largest in the world, with similar corresponding functions and tools, such as the ability to issue general licenses and civil monetary penalties with comparable legal thresholds. As such, ==we have decided to deepen OFSI-OFAC co-operation further, to enhance both our own capabilities and the support we provide to those at the forefront of effective sanctions implementation. Doing so will further build on the aims of the U.S. Department of the Treasury's 2021 Sanctions Review, and support OFSI's move to a larger and more proactive organization.==

In practice, this means that over the coming months, OFAC and OFSI officials working on implementation and enforcement will be further exchanging best practices and strengthening working relationships at all levels. We will identify opportunities to pool expertise, to think creatively about the challenges we face, to explore opportunities to align the way we implement sanctions, and to assist our stakeholders either through joint products or by providing guidance resulting from collaboration behind the scenes. The beginnings of this work are already underway, as OFAC and OFSI work together to develop approaches to address shared priorities like cyber threats and the misuse of virtual assets, improving information sharing, and ensuring that our sanctions do not prevent humanitarian trade and assistance from reaching those in need.

**"EXHIBIT F" - 2**

This year, together with allies and partners, the United States and the United Kingdom have imposed unprecedented costs on Russia in response to the Kremlin's unprovoked, premeditated war against Ukraine. Owing to the efforts of governments, industry, and other stakeholders who are at the forefront of implementing these sanctions, we know that these efforts are having a material impact on the Russian economy. Putin himself has acknowledged the "problems and difficulties" caused by sanctions, and we have had a significant impact on Russia's military-industrial complex and its ability to wage its unjust war.

==Financial sanctions will continue to be a vital tool in supporting the United States' and United Kingdom's respective foreign policy and national security aims.== They also help to protect the integrity of our financial systems as part of wider efforts to tackle corruption, kleptocracy, and other forms of economic crime.

==Financial sanctions work best when implemented multilaterally.== This maximises their impact, minimises unintended consequences, and eases the burden of compliance for business. Throughout the current crisis, the United Kingdom and United States have made efforts to design, communicate, and implement new sanctions in close coordination with each other as well as with other key allies and partners.

But we also recognize that the growing scale of sanctions has increased the complexities of their implementation. The commitment and willingness of stakeholders to constructively engage with us has been very welcome. We will of course continue, in close co-ordination with one another, to assist stakeholders via our outreach, by maintaining and updating sanctions-related products to provide useful information and guidance, and by making timely decisions regarding licenses. This year alone, in administering Russia-related sanctions, OFAC has issued over 100 Frequently Asked Questions, two humanitarian-related fact sheets, over 2,000 responses to specific license and interpretive guidance requests, and over 50 General Licenses, and engages regularly with stakeholders including private sector entities, financial institutions, and non-government organizations. Meanwhile, OFSI has updated its Russia, Monetary Penalty and General guidance, engaged extensively with industry through webinars, roundtables and bespoke meetings, issued over 30 General licenses , and is increasing its resource to over 100 staff members by the end of the financial year.

Over time, we expect to realize the benefits of our collaboration not only in relation to the sanctions imposed in response to Russia's invasion of Ukraine, but also across other common sanctions regimes. The United Kingdom and the United States have enjoyed a special relationship for many decades, and our collaboration with respect to economic sanctions is no

**SCHOBER_003248**

exception. Our common values and combined role in the global financial system make our partnership incredibly potent. And as we embark on this new chapter, we will of course continue to seek and welcome opportunities to work closely with additional allies and partners around the world to ensure that sanctions make the fullest contribution to the policy aims they seek to achieve.

Andrea Gacki, Director, Office of Foreign Assets Control, U.S. Department of the Treasury

Giles Thomson, Director, The Office of Financial Sanctions Implementation, HM Treasury

This is historical material "frozen in time". The website is no longer updated and links to external websites and some internal pages may not work.



**SHARE THIS:**







## Briefing Room

- Your Weekly Address
- Speeches & Remarks
- Press Briefings
- **Statements & Releases**
- White House Schedule
- Presidential Actions
  - Executive Orders
  - Presidential Memoranda
  - Proclamations
- Legislation
  - Pending Legislation
  - Signed Legislation
  - Vetoed Legislation
- Nominations & Appointments
- Disclosures

**The White House**

Office of the Press Secretary

For Immediate Release                                          January 16, 2015

# FACT SHEET: U.S.-United Kingdom Cybersecurity Cooperation

SCHOBER_003250

**"EXHIBIT F" - 5**

The United States and the United Kingdom agree that the cyber threat is one of the most serious economic and national security challenges that our nations face. Every day foreign governments, criminals, and hackers are attempting to probe, intrude into, and attack government and private sector systems in both of our countries. President Obama and Prime Minister Cameron have both made clear that domestic cybersecurity requires cooperation between governments and the private sector. Both leaders additionally recognized that the inherently international nature of cyber threats requires that governments around the world work together to confront those threats.

During their bilateral meetings in Washington, D.C. this week, President Obama and Prime Minister Cameron agreed to further strengthen and deepen the already extensive cybersecurity cooperation between the United States and the United Kingdom. Both leaders agreed to bolster efforts to enhance the cybersecurity of critical infrastructure in both countries, strengthen threat information sharing and intelligence cooperation on cyber issues, and support new educational exchanges between U.S. and British cybersecurity scholars and researchers.

Improving Critical Infrastructure Cybersecurity

The United States and United Kingdom are committed to our ongoing efforts to improve the cybersecurity of our critical infrastructure and respond to cyber incidents. Both governments have agreed to bolster our efforts to increase threat information sharing and conduct joint cybersecurity and network defense exercises to enhance our combined ability to respond to malicious cyber activity. Our initial joint exercise will focus on the financial sector, with a program running over the coming year. Further, we will work with industry to promote and align our cybersecurity best practices and standards, to include the **U.S. Cybersecurity Framework** and the **United Kingdom's Cyber Essentials scheme**.

Strengthening Cooperation on Cyber Defense

The United States and the United Kingdom work closely on a range of cybersecurity and cyber defense matters. For example, the U.S. Computer Emergency Readiness Team (US-CERT) and CERT-UK collaborate on computer network defense and sharing information to address cyber threats and manage cyber incidents. To deepen this collaboration in other areas, the United Kingdom's Government Communications Headquarters (GCHQ) and Security Service (MI5) are working with their U.S. partners – the National Security Agency and the Federal Bureau of Investigation – to further strengthen U.S.-UK collaboration on cybersecurity by establishing a joint cyber cell, with an operating presence in each country. The cell, which will allow staff from each agency to be co-located, will focus on specific cyber defense topics and enable cyber threat information and data to be shared at pace and at greater scale.

SHARE THIS:







SCHOBER_003251

Case No. 1:21-cv-01382-GPG-NRN   Document 97-6   filed 07/20/23   USDC Colorado   pg 7 of 7

1/20/23, 11:05 PM        Joint Statement by the United States and the United Kingdom on Data Access Agreement | OPA | Department of Justice

**"EXHIBIT F" - 6**



🇺🇸 An official website of the United States government
    Here's how you know

JUSTICE NEWS

### Department of Justice

Office of Public Affairs

FOR IMMEDIATE RELEASE                                                                                          Thursday, July 21, 2022

## Joint Statement by the United States and the United Kingdom on Data Access Agreement

The United States and United Kingdom intend to bring into force the Agreement between the Government of the United States of America and the Government of the United Kingdom of Great Britain and Northern Ireland on Access to Electronic Data for the Purpose of Countering Serious Crime ("Data Access Agreement"), which was signed in 2019, on Oct. 3, 2022. The entry into force of the Data Access Agreement will start a new era of co-operation between the United States and the United Kingdom, bringing forward a renewed commitment to tackling the threat of serious crime.

The Data Access Agreement will be the first agreement of its kind, allowing each country's investigators to gain better access to vital data to combat serious crime in a way that is consistent with our shared values and mission of protecting our citizens and safeguarding our national security.

The Data Access Agreement will allow information and evidence that is held by service providers within each of our nations and relates to the prevention, detection, investigation or prosecution of serious crime to be accessed more quickly than ever before. This will help, for example, our law enforcement agencies gain more effective access to the evidence they need to bring offenders to justice, including terrorists and child abuse offenders, thereby preventing further victimization.

Our Agreement will maintain the strong oversight and protections that our citizens enjoy and does not compromise or erode the human rights and freedoms that our nations cherish and share. It protects our citizens by improving both nations' ability to fight serious crime while maintaining the democratic and civil liberties standards that we stand for and promote around the world.

This Agreement is the latest demonstration of the strength of the bond between the United States and the United Kingdom, and our commitment to robust co-operation in the future.

**Topic(s):**
Cybercrime

**Component(s):**
Criminal Division
Criminal - Computer Crime and Intellectual Property Section
Criminal - Office of International Affairs
National Security Division (NSD)
Office of the Deputy Attorney General

**Press Release Number:**
22-784

**SCHOBER_003431**