# EXHIBIT G

**Subject:** Re: PDF copies of doc
**From:** Andrew Schober
**Date:** 6/5/19, 11:35 PM
**To:** "Hitchcock, Kiersten E. (DN) (FBI)" <kehitchcock@fbi.gov>
**CC:** "Clayton, Joel" <joel.clayton@westyorkshire.pnn.police.uk>

Thanks for the update. Sad to hear Github info was not more helpful.

I'm still fighting, I hope you will continue to fight for me also.

I see that the sulaiman.h500 Cryptocompare.com profile has been banned, I presume they did that because you contacted them. It had been active for 16 months, would be strange if they banned it for no reason.

The other Cryptocompare.com profile (janders6) that linked to the malware is still active. That post is from Nov. 13, 2017 - they may have useful information, if you haven't contacted them about that account yet.

- **CryptoCompare.com**
  - email address **info@cryptocompare.com**
  - account usernames **janders6**

Other avenues to pursue thief:

janders6 BitcoinTalk.org profile - the admin of this forum, Theymos, told me he would release the account information upon receipt of an email from a valid law enforcement email address.

- **BitcoinTalk.org**
  - email address **theymos@mm.st**
  - account username **janders6**

Please also remember, I was not the only victim of this malware - the blockchain analysis shows 3 other thefts occurred in Nov & Dec 2017. The same thief made a deposit at Bifinex, to address 1Gqt6RTk7bj9hg6wD3rPM51HsFEQHcrGsc on November 21, 2017 (from the Nov. 14 theft). If you haven't followed that lead yet:

- **Bitfinex**
  - email address **inforequests@bitfinex.com**
  - please request all account information & transaction history of deposit address 1Gqt6RTk7bj9hg6wD3rPM51HsFEQHcrGs

I compiled a table of all known email addresses, IP addresses, and usernames I could find for both Oliver Read & Benedict Thompson - perhaps these will be valuable to you. Maybe one of the usernames listed here matches the username for the Bitfinex accounts?

==Please also see the Benedict Thompson doc - a gaming friend of Oliver Read, he made a highly suspect comment on the day of the theft, described exactly how the malware works, trades at Bitfinex, codes Bitcoin programs, etc - that leads me to believe he is involved.==

Thank you for you help!

Andrew S

On Wed, Jun 5, 2019 at 6:39 PM Hitchcock, Kiersten E. (DN) (FBI) <kehitchcock@fbi.gov> wrote:

> Andrew,
>
> Thank you for the recent emails, I cc'd Det. Constable Clayton also. I am sharing everything I have with UK authorities and an Analyst here is looking through what you sent the past few weeks. I have been tied up the last 3 weeks with several other pressing/time sensitive cases and am in training next week. I do know that Github did not have the information we had hoped, it was all older information that was not as helpful as we had hoped for. I hope to have more information in a few weeks on what you sent recently and if that is something that the UK can utilize or not in moving forward on their end.
>
> Kiersten
>
> Special Agent Kiersten E. Hitchcock
>
> Federal Bureau of Investigation
>
> Fort Collins - Loveland Resident Agency
>
> 970-461-5274 (Desk)
>
> 970-461-5262 (Fax)
>
> **From:** Andrew Schober [mailto:████████]
> **Sent:** Tuesday, June 04, 2019 2:21 PM
> **To:** Hitchcock, Kiersten E. (DN) (FBI) <kehitchcock@fbi.gov>
> **Subject:** PDF copies of doc
>
> Hi Kiersten,
>
> I've attached pdf copies of the recent docs I sent via email.
>
> Please read the Ben Thompson doc - especially see the comments he made on & around the day of the theft.
>
> Can you give me an update on what's been happening of late?
>
> Best,

FD-302 (Rev. 5-8-10)



FEDERAL BUREAU OF INVESTIGATION

Date of entry  02/13/2019

**COMMITTEE ON FOREIGN INVESTMENT IN THE UNITED STATES INFORMATION**
This document contains information obtained from or for the Committee on Foreign Investment in the United States. The information is confidential and exempt from the Freedom of Information Act. It may not be publicly disclosed or disseminated outside the U.S. Government. It may not be used in a criminal investigation without prior written approval from the Department of Justice.

    Between April 4, 2018 and June 22, 2018, Special Agent Kiersten E Hitchcock had contact via email and a telephone conversation with Stephen Sargeant, email address ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Bitfinex.  SA Hitchcock served a preservation request to Bitfinex and subsequently was emailed deliverables for one of the bitcoin addresses which was connected to a Bitfinex user.  The other bitcoin address did not have any information provided.  SA Hitchcock re-contacted Sargeant after receiving the files to advise that she had not sent a court order and Sargeant advised that what was provided was acceptable given the preservation request.

    A review of the file showed the following information for the user thp2pk (more detail in the 1A):

Username thp2pk
Full Name n/a
Account Type Individual
Email thp2pk@protonmail.com
Status Unverified
Phone # n/a
ID  2144724
Address: n/a
Nationality n/a

Crypto-currency deposit addresses associated with this user
Currency Deposit Address UTC Date & Time Created

BITCOIN 3CWQ5d2XgCrYuz7F3g4fmhd6VQMv4iPio7 18-02-23 14:48:45

Investigation on  06/22/2018  at  Loveland, Colorado, United States (Email, Phone)

File # 288A-DN-2591713                                                             Date drafted  02/12/2019

by  Kiersten E. Hitchcock

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

SCHOBER_003039

FD-302a (Rev. 05-08-10)

**"EXHIBIT G" - 4**

288A-DN-2591713

Continuation of FD-302 of (U) Bitfinex documents , On 06/22/2018 , Page 2 of 2


The balance shows $0.00 with all transactions occurring on 2/25/2018 and a starting balance of 1.274 bitcoin.  There were 110 transactions on 2/25/2018 for this account.

The following are the deposits and withdrawals for this account:

XMR 2018-02-25 18:07:53 2018-02-26 16:41:45 COMPLETED -524.9808118
44nUbfxaFUC42KHPm4sSy4KLVeGsHjcgHVJw1qDBpx6EZvqN9iyCpZL6ajMV2ddYPA4JhzP2E6a6


BTC 2018-02-25 17:55:48 2018-02-25 18:01:48 COMPLETED 15.18046997
**3CWQ5d2XgCrYuz7F3g4fmhd6VQMv4iPio7**


XMR 2018-02-25 17:34:32 2018-02-25 21:19:45 COMPLETED -44.57235087
44nUbfxaFUC42KHPm4sSy4KLVeGsHjcgHVJw1qDBpx6EZvqN9iyCpZL6ajMV2ddYPA4JhzP2E6a6


BTC 2018-02-25 16:23:49 2018-02-25 16:41:48 COMPLETED 1.274
**3CWQ5d2XgCrYuz7F3g4fmhd6VQMv4iPio7**

Username  Time                  IP
thp2pk    2018-02-25 15:23:06   86.158.130.34
thp2pk    2018-02-25 12:31:07   86.158.130.34
thp2pk    2018-02-25 11:11:33   86.158.130.34

IP First Used        Location         User Agent
2018-02-25 11:11:33  Southampton, GB  Windows 7, Firefox, 52.0
2018-02-25 11:11:33  Southampton, GB  Windows 7, Firefox, 52.0
2018-02-25 11:11:33  Southampton, GB  Windows 7, Firefox, 52.0


SCHOBER_003040

**"EXHIBIT G" - 5**

| Research Template | Column Headers | Description |
|---|---|---|
| **Transaction Activity** | Queried | Transactional data point provided in subpoena and/or discovered transactional data |
| | Result | Hit- a transaction or transactions have been found using this data point None- no transaction was found using the data point |
| | userId | Unique internal customer ID |
| | orderId | Unique internal ID for exchange requests |
| | address | The cryptocurrency address provided by and owned by ShapeShift for initial deposit from the customer to complete the requested exchange |
| | amount | The amount deposited by the customer for their exchange (in currencyIn type) |
| | coinToUser | The amount sent, or in cases of exchange failure, returned to the customer for their exchange (in currencyOut type) |
| | currencyIn | An acronym for the cryptocurrency deposited to ShapeShift |
| | currencyOut | An acronym for the cryptocurrency sent to the customer |
| | ip | The IP address collected during the exchange order creation |
| | isFromSite | true- The customer created the exchange on ShapeShift.com or mobile ShapeShift appfalse- The customer created the exchange through an affiliate integrated with our API |
| | Affiliate | If applicable, the name of the affiliate where the exchange was completed |
| | Contact | The contact information associated with the affiliate |
| | time | Unix time format when the deposit was received from the customer to ShapeShift |
| | txid | The transaction identifier for the deposit received by ShapeShift from the customer |
| | txid | The transaction identifier for the withdrawal sent to the customer by ShapeShift |
| | ==withdraw== | ==The address provided by the customer for receiving the cryptocurrency withdrawal from their exchange== |
| | ==returnAddress== | ==The address provided by the customer for receiving a refund of the deposited cryptocurrency if the trade were to fail== |
| | raw data | raw JSON data from our system about each transaction, may contain IP addresses collected during the exchange |
| **Membership Activity** | Action | Identifies the completed action |
| | Created At | Unix time format when the action was completed |
| | Context | raw JSON data collected about the action completed, will include details regarding IP address and associated OS details |
| | Entity | Identifies the user |
| | Actor | Identifies the email address for the entity creating the action, customer or employee |

**"EXHIBIT G" - 6**

| OrderID | Deposit address | amountIn | amountOut | currencyIn | currencyOut | IP | IsFromSite | API Affiliate | Affiliate Contact | Received time | txid | txidOfCoinToUser | Output address | Return Address |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6ea31bb8-cee6-4654-ac02-8040ffbe3970 | 3HbANjJRUw8GdK16Xk572qKDarAV4Hy17H | 0.1008268 | 3.62709924 | BTC | XMR | 77.111.244.17 | TRUE | none | none | 1515613413 | 8114fc68c9fed9c67a598bc44ccc4010f7d9132c6be3667103d80fda443dff32 | a3f0a9a1b9835a7751a5a3d6b63a4df917520a4ea7884423dfab579af7d80b2d | 46uKqypoMZFFURWJd1H8z5fFwrUHES2PgHUUQ7b4mSQW2LBCg67S3fqdZ4asfaRcHj115TMTepHyxT9zYCRJR9pkAuZnNEY | 1JrT4DePAThEHarvEiYyRu2x2anhMCsoPr |
| ee83b5c7-eb3f-4544-a71d-7adb4e0eaeea | d75bc06e69fd942085d4742bf8be87d036018eb2062188dbcc989de381de8e7c | 3.6 | 0.09756655 | XMR | BTC | 86.183.219.107, 162.158.88.162 | TRUE | none | none | 1515615389 | 7fd770982274960dd8613b9d6ea9efd559c1265a60c6da827314348486fb91f2 | 85926943b288d99fa6ae6971fe525a0af7e0da801c9009ff27e4dbd26489d37d | 1BeNEdictBLbmVJ9LXkSwqiyWWf36XKTD1 | 44nUbfxaFUC42KHPm4sSy4KLVeGsHjcgHVJw1qDBpx6EZvqN9iyCpZL6ajMV2ddYPA4JhzP2E6a63JVasFkfGu6BGWv723i |

# Ed THOMPSON

| | |
|---|---|
| From: | Ed Thompson <thompson.ed@gmail.com> |
| Sent: | 27 December 2017 09:18 |
| To: | Ed THOMPSON |
| Subject: | Ben Thompson trail |
| Attachments: | trade.csv |

The attached screenshots provides evidence for the ownership of a small about of Bitcoin for Ben. It also evidences how the Bitcoin grew and how he traded the coin for another crypto currency (Raiblocks). As at end December 2017 Ben seems to have timed his investment into Raiblocks at a very good time.

As a teenager, Ben was always interested in computers - since 2014 (when he first encouraged me to buy some Bitcoin), Ben has been following cryptocurrencies closely.

Ben earned his original Bitcoin when he did some end-user testing in 2016 and 2017 for an on-line company and got paid in Bitcoin (termed a 'Bounty' pay out) - see attached screenshot as evidence. Ben traded the currency on various exchanges - owing to the meteoric rise in the value of Bitcoin (and Ben's successful trading) Ben built up nearly $2000 in Bitcoin as at early Dec 2017.

In Dec 2017 Ben bought 4960 Raiblocks ($XRB) with almost all his Bitcoin. He bought the Raiblocks at an average price of around 30 cents ($0.30).

This is looking like an astute purchase - as at the end of Dec, the Raiblocks are showing a significant paper profit.

https://live.blockcypher.com/btc/tx/2b70cdc5872bf1222396cc148f6cefa43d88327253e0493c16b2a9d3aa7a763d/



1

Thompson000292

**"EXHIBIT G" - 8**

# Ed THOMPSON

**From:** Ben <05bthompson@gmail.com>
**Sent:** 18 January 2018 13:43
**To:** Ed THOMPSON
**Subject:** Re: Things

Yeah we saw a bit of a run down when all the stops at $10k were hit.

Not sure on a target yet though.
On Thu, 18 Jan 2018, 13:38 , <edthompson@hsbc.com> wrote:

Ben,

Looks like things are all back on track! It is almost unheard of for a company share to drop by 25% and then bounce back the very next day. With the stockmarket – once it falls like that, it's over.

The bounce back that we are seeing is astonishing (in any world outside crypto).

Anyone with auto sell orders/stop-loss orders on BTC would have been wrecked. All the orders will be closed and no-one will be setting new ones any time soon – why would you if it is going to bounce back again?

There could be some bad news (eg banning exchanges/regulation etc) but failing that, we should be OK for a little while. I am still not convinced the node stuff has been fixed to the satisfaction of Binance. Hope I am wrong about that as there is loads of positive Raiblocks stuff happening.

==You need to set a figure to get out though – eg at £120k sell £100k and play with the rest?==

Regards.

Ed Thompson

Product Manager, WIPP, HSBC BANK PLC HBEU
2nd Floor, Forum One, Parkway, Whiteley, Hampshire PO15 7PA, United Kingdom

Mobile: 07827 356 383

Email: edthompson@hsbc.com

Thompson000295

**"EXHIBIT G" - 9**

# Ed THOMPSON

| | |
|---|---|
| From: | Ed THOMPSON |
| Sent: | 10 January 2018 09:15 |
| To: | Ben |
| Subject: | trade |
| Classification: | INTERNAL |

Ben,

With Raiblocks holding up well during this BTC dump, just ==sell a chunk as planned. $25, $28 $30 – it all makes no odds.==

We can get it out tonight

**Ed Thompson**
Product Manager, WIPP, HSBC BANK PLC HBEU
2nd Floor, Forum One, Parkway, Whiteley, Hampshire PO15 7PA, United Kingdom

Mobile: 07827 356 383
Email: edthompson@hsbc.com
Sustainability Champion

**"EXHIBIT G" - 10**

## Ed THOMPSON

From: Ben <05bthompson@gmail.com>
Sent: 04 January 2018 13:39
To: Ed THOMPSON
Subject: Re: things

I withdrew 0.5 worth which is 200XRB meaning it is still going to take 3 days to withdraw it all.

On Thu, 4 Jan 2018, 10:42 , <edthompson@hsbc.com> wrote:

Ben,

I left my phone at home so no blockfolio access today ☹

A couple of things:

1: thanks for sorting out the selling yesterday – I feel much happier knowing I have made a real profit from this stuff. Even bought a Costa coffee today as I felt flush.

2: Raiblocks: Can you withdraw another 0.5 BTC from the that crummy exchange for me? When/if it becomes available on the larger exchange, I want to be able to move quickly. Eg when/if it hits $89 to move most to BTC and into Trezor.

Many thanks

Ed Thompson

Product Manager, WIPP, HSBC BANK PLC HBEU
2nd Floor, Forum One, Parkway, Whiteley, Hampshire PO15 7PA, United Kingdom

Mobile: 07827 356 383

Email: edthompson@hsbc.com

Sustainability Champion

**"EXHIBIT G" - 11**

# Ed THOMPSON

**From:** Ed THOMPSON
**Sent:** 11 December 2017 12:29
**To:** Ed THOMPSON
**Subject:** Ben Thompson crypto

**Classification:** INTERNAL

In 2016 and 2017 Ben did some freelance End User testing. There are few sites on the internet where they want people with good English language skills and computing skills to navigate a website and make video of how they navigated it and provide any feedback. For a teenager, the pay is quite good. They often pay in bitcoin. Ben ended up with 0.2 bitcoin – at the time this was worth around £140.

Ben then bought and sold the bitcoin on exchanges – trying to increase its value. He wasn't hugely successful and ended up with roughly the same amount of bitcoin.

However, during 2017, the value of bitcoin increased considerably. By early December 2017, 0.2 bitcoin was worth £2000.

Ben then bought some RaiBlocks crypto currency (using around 0.1 of the bitcoin). He bought it in two tranches with the average price around 20 cents. Ben is hoping that it will rise in price.

**Ed Thompson**
Product Manager, WIPP, HSBC BANK PLC HBEU
2nd Floor, Forum One, Parkway, Whiteley, Hampshire PO15 7PA, United Kingdom

Mobile: 07827 356 383
Email: edthompson@hsbc.com
Sustainability Champion

**"EXHIBIT G" - 12**

# Ed THOMPSON

From: Ed THOMPSON
Sent: 11 December 2017 09:55
To: Ed THOMPSON
Subject: Bitcoin history

Classification: INTERNAL

On Nov 23 2014, I bought £1064 worth of bitcoin (4.5coin at £236.46) all via Coinbase and a transfer from my HSBC current account

On June 1 2017 I transferred another £1000 from my HSBC current account to Coinbase and bought Etherium, I sold this for bitcoin on June 21st 2017.

As a result of various 'airdrops' eg selling the 'free' bitcoin cash and Bitcoin gold and the Etherium profits, by start Dec 2017, I has 8.27 bitcoin in my main portfolio.

I bought another 5.76 bitcoin on Sept 1 and Sept 4 2017 via transfer of £21,000 from my HSBC Current Account to Coinbase.

I transferred my bitcoin to my off-line wallet (out of Coinbase), leaving 0.5bitcoin in Coinbase.

On Dec 11, I bought Raiblox with 0.5 bitcoin – 8075 units

Position as at 11 Dec:

Coinbase – zero, but waiting for the 0.5 BitcoinCash(worth approx. £521 but only due at end of Dec 2017).
13.69 bitcoin in offline wallet
RaiBlocks – 8075 units in offline wallet

**Ed Thompson**
Product Manager, WIPP, HSBC BANK PLC HBEU
2nd Floor, Forum One, Parkway, Whiteley, Hampshire PO15 7PA, United Kingdom

Mobile: 07827 356 383
Email: edthompson@hsbc.com
Sustainability Champion

Thompson000304

1

**"EXHIBIT G" - 13**



Ben Thompson <05bthompson@gmail.com>

# Fwd: Upcoming Bitcoin Forks
1 message

**Ed Thompson** <thompson.ed@gmail.com>  25 October 2017 at 07:17
To: Ben thompson <05bthompson@gmail.com>

---------- Forwarded message ----------
From: "Coinbase" <no-reply@updates.coinbase.com>
Date: 24 Oct 2017 20:48
Subject: Upcoming Bitcoin Forks
To: <thompson.ed@gmail.com>
Cc:

Coinbase

Dear Edward James,

We wanted to give you an update on two upcoming Bitcoin forks—Bitcoin Segwit2x and Bitcoin Gold. You can read more about what a digital currency fork is here and see our prior update here.

We operate by the principle that our customers should benefit to the greatest extent possible from hard forks or other unexpected events. This is essential in our mission to make Coinbase the most trusted, safe, and easy-to-use digital currency exchange.

**Bitcoin Segwit2x**

The Bitcoin Segwit2x fork is projected to take place on November 16th and will result in two bitcoin blockchains. Following the fork, Coinbase will continue referring to the current bitcoin blockchain as Bitcoin and the forked blockchain as Bitcoin2x.

**Any customer with a Bitcoin balance on Coinbase at the time of the fork will be credited with an equal amount of the Bitcoin2x asset on the Bitcoin2x blockchain. No action is required—we will automatically credit your account.** So, if you have 5 Bitcoin stored on Coinbase before the fork; you will have 5 Bitcoin and 5 Bitcoin2x following the event.

For more information about Bitcoin2x please see our FAQ page and our blog post for a detailed timeline of events.

**Bitcoin Gold**

The Bitcoin Gold fork occurred on October 23rd. Information about this fork has been limited and there are concerns about its security and stability. As a result, we do not believe it is safe to allow support for Bitcoin Gold at this time. If the blockchain

Thompson000068

Gmail - Fwd: Upcoming Bitcoin Fork    https://mail.google.com/mail/u/0?ik=760f0ac6f08&view=pt&search=a...

proves to be secure and valuable, Coinbase may choose to support it.

For more information about Bitcoin Gold please see our FAQ page.

Over the coming weeks, we will keep you updated on this event through our blog, status page and twitter.

Thank you,
Coinbase Team

Unsubscribe from these emails

Thompson000069

Case No. 1:21-cv-01382-GPG-NRN   Document 97-7   filed 07/20/23   USDC Colorado   pg 16 of 17

**"EXHIBIT G" - 15**

FD-302 (Rev. 5-8-10)

-1 of 2-



# FEDERAL BUREAU OF INVESTIGATION

Date of entry   03/12/2021

On 3/11/2021, a reliable FBI source provided information for the username "JamesandJohn". This is a username provided as an aka for Benedict Thompson, one of the main subjects in the UK investigation and joint operation for captioned case.

- On February 25, 2018, a deposited Bitcoin (BTC) funds into a newly created Bitfinex account, and attempted to withdraw all their funds using a high risk privacy coin, Monero (XMR), indicative of flow through activity to obscure the origin of the funds. Furthermore, the user was implicated by another user (username: Drewski; email: ) for BTC theft. The victim also highlighted a second account (username: jamesandjohn; email: annaadmams12@gmail.com) that was also operated by the same perpetrator and also received stolen funds and had the same account activity. The suspected predicate offense is theft through malware, and the user's activity is consistent with the placement stage of money laundering.
- In the first account under username "thp2pk", 2 BTC deposits were made on February 25, 2018 (deposit address 3CWQ5d2XgCrYuz7F3g4fmhd6VQMv4iPio7), totaling 16.4552 BTC (approximately $234,585.33 USD equivalent) into their newly created Bitfinex account. Within 30 minutes of deposit, the user converted the funds into XMR and withdrew all their funds. In the second account under username "jamesandjohn", 2 BTC deposits were made on November 21, 2017 (deposit address: 1Gqt6RTk7bj9hg6wD3rPM51HsFEQHcrGsc) totaling 0.536 BTC (approximately $9,992.11 USD equivalent) into their newly created Bitfinex account. Both users have similar IP addresses, and are utilizing anonymous account features including temporary/encrypted email services and Virtual Private Network (VPN). Both accounts activity was reviewed on November 21, 2017 and on February 25, 2018.
- On October 20, 2018, another user of Bitfinex stated that someone had stolen their funds through transaction a6db589147ec24d3d97acf244ac957cbfaeaf145d04c06ec57d782a62c365169  with the stolen funds being deposit into address 3CWQ5d2XgCrYuz7F3g4fmhd6VQMv4iPio7. The deposit address was revealed to belong to an account registered under the username "thp2pk". The victim stated that they had a copy of the malware that was used to steal the

| | |
|---|---|
| Investigation on  03/11/2021  at | Loveland, Colorado, United States (, Other (Reliable Source Information)) |
| File #  288A-DN-2591713 | Date drafted  03/12/2021 |
| by  Kiersten E. Hitchcock | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

SCHOBER_003042

**"EXHIBIT G" - 16**

FD-302a (Rev. 5-8-10)

288A-DN-2591713

Continuation of FD-302 of (U) FBI Source Information for username search "JamesandJohn" , On 03/11/2021 , Page 2 of 2

funds from their PC private wallet, and that it contained 195k bitcoin addresses that belongedto the thief. They also revealed that these addresses had also sent stolen funds to address 1Gqt6RTk7bj9hg6wD3rPM51HsFEQHcrGsc, which was revealed to belong to an account registered under the username "jamesandjohn".

- A transactional analysis of both accounts revealed that both accounts converted the deposited funds into Monero immediately upon receipt, and withdrew the funds to the following XMR addresses:
  - 46feypFtV1yX2BzzdS9ggz71KfzkRcY72j9tDdXcayxZ2D7EXew92XnYAGn9DdatTHePYVv1kXHx
  - 44nUbfxaFUC42KHPm4sSy4KLVeGsHjcgHVJw1qDBpx6EZvqN9iyCpZL6ajMV2ddYPA4JhzP2E6a6