# EXHIBIT H

Coinbase, Inc. 100 Pine Street, Suite 1250 San Francisco, CA 94111 +1 888 908-7930 support.coinbase.com Page 1/37

**"EXHIBIT H" - 1**



## Transaction report for Drew

You can use this transaction report to inform your likely tax obligations. For US customers, Sells, Converts, Rewards Income, Learning Rewards, and Donations are taxable events. For final tax obligations, please consult your tax advisor.

**Date range**

From: 2012-01-01T00:00:00Z

To: 2022-09-20T22:35:20Z

**Filter**

Type: all

Asset: all

**Customer**

| Timestamp | Transaction Type | Asset | Quantity Transacted | Spot Price Currency | Spot Price at Transaction | Subtotal | Total (inclusive of fees and/or spread) | Notes |
|---|---|---|---|---|---|---|---|---|
| 2014-02-19T15:25:55Z | Buy | BTC | 1.0 | USD | 675.58 | $675.58 | $682.49 | Bought 1.0000 BTC for $682.49 USD |
| 2014-02-21T19:54:38Z | Send | BTC | 0.171 | USD | 560.47 | | | Sent 0.1710 BTC to |
| 2014-02-26T16:23:19Z | Buy | BTC | 0.171 | USD | 579.82 | $99.15 | $100.29 | Bought 0.1710 BTC for $100.29 USD |
| 2014-03-11T03:25:05Z | Paid for an order | BTC | 0.05261179 | USD | 626.80 | | | Merchant Order |
| 2014-03-17T15:22:01Z | Buy | BTC | 0.05261179 | USD | 622.67 | $32.76 | $33.24 | Bought 0.05261179 BTC for $33.24 USD |
| 2014-03-25T18:23:11Z | Buy | BTC | 0.122 | USD | 612.30 | $74.70 | $75.60 | Bought 0.1220 BTC for $75.60 USD |

SCHOBER_002978

**"EXHIBIT H" - 2**

| Timestamp | Transaction Type | Asset | Quantity Transacted | Spot Price Currency | Spot Price at Transaction | Subtotal | Total (inclusive of fees and/or spread) | Notes |
|---|---|---|---|---|---|---|---|---|
| 2014-03-26T18:05:49Z | Send | BTC | 0.00849 | USD | 585.17 | | | Sent 0.00849 BTC to ▇ |
| 2014-03-28T16:22:07Z | Buy | BTC | 0.1 | USD | 554.70 | $55.47 | $56.17 | Bought 0.1000 BTC for $56.17 USD |
| 2014-04-10T20:21:17Z | Buy | BTC | 0.25 | USD | 450.12 | $112.53 | $113.81 | Bought 0.2500 BTC for $113.81 USD |
| 2014-05-07T09:20:41Z | Buy | BTC | 0.25 | USD | 455.36 | $113.84 | $115.13 | Bought 0.2500 BTC for $115.13 USD |
| 2014-05-07T20:15:36Z | Send | BTC | 1.28513 | USD | 443.41 | | | Sent 1.28513 BTC to ▇ |
| 2014-06-01T15:15:59Z | Buy | BTC | 0.25 | USD | 657.20 | $164.30 | $166.09 | Bought 0.2500 BTC for $166.09 USD |
| 2014-06-06T18:29:34Z | Send | BTC | 0.42838 | USD | 658.04 | | | Sent 0.42838 BTC to ▇ |
| 2014-07-07T02:57:10Z | Buy | BTC | 0.25 | USD | 634.96 | $158.74 | $160.48 | Bought 0.2500 BTC for $160.48 USD |
| 2014-07-13T17:33:17Z | Send | BTC | 0.25 | USD | 625.89 | | | Sent 0.2500 BTC to ▇ |

**"EXHIBIT H" - 3**

| Timestamp | Transaction Type | Asset | Quantity Transacted | Spot Price Currency | Spot Price at Transaction | Subtotal | Total (inclusive of fees and/or spread) | Notes |
|---|---|---|---|---|---|---|---|---|
| 2014-07-25T14:41:18Z | Buy | BTC | 0.25 | USD | 602.08 | $150.52 | $152.18 | Bought 0.2500 BTC for $152.18 USD |
| 2014-08-18T19:25:54Z | Send | BTC | 0.5 | USD | 458.90 | | | Sent 0.5000 BTC to ▮ |
| 2014-09-08T19:57:34Z | Buy | BTC | 0.25 | USD | 469.84 | $117.46 | $118.78 | Bought 0.2500 BTC for $118.78 USD |
| 2014-10-06T02:04:55Z | Buy | BTC | 0.33 | USD | 301.52 | $99.50 | $100.65 | Bought 0.3300 BTC for $100.65 USD |
| 2014-11-02T17:37:10Z | Buy | BTC | 0.305 | USD | 326.00 | $99.43 | $100.42 | Bought 0.3050 BTC for $100.42 USD |
| 2014-11-12T19:54:05Z | Send | BTC | 0.885 | USD | 419.91 | | | Sent 0.8850 BTC to ▮ |
| 2014-11-21T15:23:54Z | Buy | BTC | 0.4109547 | USD | 356.54 | $146.52 | $148.00 | Bought 0.4109547 BTC for $148.00 USD |
| 2014-11-30T16:48:37Z | Send | BTC | 0.4109547 | USD | 376.86 | | | Sent 0.4109547 BTC to ▮ |
| 2014-12-21T00:32:09Z | Buy | BTC | 0.33 | USD | 330.48 | $109.06 | $110.15 | Bought 0.3300 BTC for $110.15 USD |

**"EXHIBIT H" - 4**

| Timestamp | Transaction Type | Asset | Quantity Transacted | Spot Price Currency | Spot Price at Transaction | Subtotal | Total (inclusive of fees and/or spread) | Notes |
|---|---|---|---|---|---|---|---|---|
| 2015-01-04T23:11:38Z | Send | BTC | 0.33 | USD | 261.91 | | | Sent 0.3300 BTC to ▓▓▓▓ |
| 2015-01-05T00:26:02Z | Buy | BTC | 0.33 | USD | 268.58 | $88.63 | $89.52 | Bought 0.3300 BTC for $89.52 USD |
| 2015-01-21T17:50:13Z | Buy | BTC | 0.45 | USD | 215.29 | $96.88 | $97.85 | Bought 0.4500 BTC for $97.85 USD |
| 2015-02-16T16:45:08Z | Send | BTC | 0.78 | USD | 235.80 | | | Sent 0.7800 BTC to ▓▓▓▓ |
| 2015-03-03T02:20:08Z | Buy | BTC | 0.36 | USD | 277.72 | $99.98 | $100.98 | Bought 0.3600 BTC for $100.98 USD |
| 2015-04-01T02:12:31Z | Buy | BTC | 0.40181152 | USD | 246.41 | $99.01 | $100.00 | Bought 0.40181152 BTC for $100.00 USD |
| 2015-05-06T18:22:09Z | Buy | BTC | 0.41906535 | USD | 236.26 | $99.01 | $100.00 | Bought 0.41906535 BTC for $100.00 USD |
| 2015-06-01T16:47:33Z | Buy | BTC | 0.44010441 | USD | 224.97 | $99.01 | $100.00 | Bought 0.44010441 BTC for $100.00 USD |
| 2015-06-29T23:05:27Z | Buy | BTC | 3.85328021 | USD | 256.95 | $990.10 | $1,000.00 | Bought 3.85328021 BTC for $1,000.00 USD |

**"EXHIBIT H" - 5**

| Timestamp | Transaction Type | Asset | Quantity Transacted | Spot Price Currency | Spot Price at Transaction | Subtotal | Total (inclusive of fees and/or spread) | Notes |
|---|---|---|---|---|---|---|---|---|
| 2015-08-05T13:07:27Z | Buy | BTC | 0.34905097 | USD | 283.65 | $99.01 | $100.00 | Bought 0.34905097 BTC for $100.00 USD |
| 2015-09-15T14:43:26Z | Buy | BTC | 0.42728836 | USD | 231.72 | $99.01 | $100.00 | Bought 0.42728836 BTC for $100.00 USD |
| 2015-10-04T18:33:50Z | Buy | BTC | 0.01822191 | USD | 240.37 | $4.38 | $4.53 | Bought 0.01822191 BTC for $4.53 USD |
| 2015-10-07T04:56:36Z | Buy | BTC | 0.01899607 | USD | 247.42 | $4.70 | $4.85 | Bought 0.01899607 BTC for $4.85 USD |
| 2015-10-16T05:38:07Z | Buy | BTC | 0.01506277 | USD | 256.92 | $3.87 | $4.02 | Bought 0.01506277 BTC for $4.02 USD |
| 2015-10-20T17:34:38Z | Buy | BTC | 0.01689288 | USD | 269.34 | $4.55 | $4.70 | Bought 0.01689288 BTC for $4.70 USD |
| 2015-10-23T01:31:23Z | Send | BTC | 6.25 | USD | 276.03 | | | Sent 6.2500 BTC to ████████ |
| 2015-10-23T17:19:51Z | Buy | BTC | 0.01598494 | USD | 278.39 | $4.45 | $4.60 | Bought 0.01598494 BTC for $4.60 USD |
| 2015-10-31T22:06:10Z | Buy | BTC | 0.01313599 | USD | 313.64 | $4.12 | $4.27 | Bought 0.01313599 BTC for $4.27 USD |

Coinbase, Inc.     100 Pine Street, Suite 1250 San Francisco, CA 94111     +1 888 908-7930     support.coinbase.com     Page 6/37

**"EXHIBIT H" - 6**

| Timestamp | Transaction Type | Asset | Quantity Transacted | Spot Price Currency | Spot Price at Transaction | Subtotal | Total (inclusive of fees and/or spread) | Notes |
|---|---|---|---|---|---|---|---|---|
| 2015-11-04T05:51:08Z | Buy | BTC | 0.01007392 | USD | 447.69 | $4.51 | $4.66 | Bought 0.01007392 BTC for $4.66 USD |
| 2015-11-09T14:03:47Z | Buy | BTC | 0.01057687 | USD | 381.02 | $4.03 | $4.18 | Bought 0.01057687 BTC for $4.18 USD |
| 2015-11-13T18:02:54Z | Buy | BTC | 0.01315236 | USD | 333.02 | $4.38 | $4.53 | Bought 0.01315236 BTC for $4.53 USD |
| 2015-11-21T05:54:36Z | Buy | BTC | 0.01387735 | USD | 324.99 | $4.51 | $4.66 | Bought 0.01387735 BTC for $4.66 USD |
| 2015-11-25T10:32:58Z | Buy | BTC | 0.01361184 | USD | 318.84 | $4.34 | $4.49 | Bought 0.01361184 BTC for $4.49 USD |
| 2015-12-01T18:13:43Z | Buy | BTC | 0.01109529 | USD | 359.61 | $3.99 | $4.14 | Bought 0.01109529 BTC for $4.14 USD |
| 2015-12-04T10:22:37Z | Buy | BTC | 0.01141698 | USD | 359.99 | $4.11 | $4.26 | Bought 0.01141698 BTC for $4.26 USD |
| 2015-12-07T09:55:09Z | Buy | BTC | 0.01150686 | USD | 391.94 | $4.51 | $4.66 | Bought 0.01150686 BTC for $4.66 USD |
| 2015-12-12T18:24:09Z | Buy | BTC | 0.01006531 | USD | 427.21 | $4.30 | $4.45 | Bought 0.01006531 BTC for $4.45 USD |

**"EXHIBIT H" - 7**

| Timestamp | Transaction Type | Asset | Quantity Transacted | Spot Price Currency | Spot Price at Transaction | Subtotal | Total (inclusive of fees and/or spread) | Notes |
|---|---|---|---|---|---|---|---|---|
| 2015-12-22T06:02:52Z | Buy | BTC | 0.01179164 | USD | 436.75 | $5.15 | $5.30 | Bought 0.01179164 BTC for $5.30 USD |
| 2016-01-03T06:04:03Z | Buy | BTC | 0.01089184 | USD | 434.27 | $4.73 | $4.88 | Bought 0.01089184 BTC for $4.88 USD |
| 2016-01-05T06:25:09Z | Buy | BTC | 0.00949506 | USD | 433.91 | $4.12 | $4.27 | Bought 0.00949506 BTC for $4.27 USD |
| 2016-01-10T06:08:27Z | Buy | BTC | 0.00874603 | USD | 447.06 | $3.91 | $4.06 | Bought 0.00874603 BTC for $4.06 USD |
| 2016-01-20T18:35:48Z | Buy | BTC | 0.01159499 | USD | 406.21 | $4.71 | $4.86 | Bought 0.01159499 BTC for $4.86 USD |
| 2016-01-25T18:32:27Z | Buy | BTC | 0.01204881 | USD | 388.42 | $4.68 | $4.83 | Bought 0.01204881 BTC for $4.83 USD |
| 2016-02-03T17:59:12Z | Buy | BTC | 0.01286113 | USD | 369.33 | $4.75 | $4.90 | Bought 0.01286113 BTC for $4.90 USD |
| 2016-02-15T18:13:54Z | Buy | BTC | 0.00997066 | USD | 402.18 | $4.01 | $4.16 | Bought 0.00997066 BTC for $4.16 USD |
| 2016-03-16T18:56:48Z | Buy | BTC | 0.0116921 | USD | 414.81 | $4.85 | $5.00 | Bought 0.0116921 BTC for $5.00 USD |

**"EXHIBIT H" - 8**

| Timestamp | Transaction Type | Asset | Quantity Transacted | Spot Price Currency | Spot Price at Transaction | Subtotal | Total (inclusive of fees and/or spread) | Notes |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2016-03-16T23:37:54Z | Buy | BTC | 0.01165865 | USD | 416.00 | $4.85 | $5.00 | Bought 0.01165865 BTC for $5.00 USD |
| 2016-03-24T20:01:03Z | Buy | BTC | 0.01164689 | USD | 416.42 | $4.85 | $5.00 | Bought 0.01164689 BTC for $5.00 USD |
| 2016-03-31T20:27:37Z | Buy | BTC | 0.01163265 | USD | 416.93 | $4.85 | $5.00 | Bought 0.01163265 BTC for $5.00 USD |
| 2016-04-08T20:00:25Z | Buy | BTC | 0.01159621 | USD | 418.24 | $4.85 | $5.00 | Bought 0.01159621 BTC for $5.00 USD |
| 2016-04-16T20:00:50Z | Buy | BTC | 0.01120662 | USD | 432.78 | $4.85 | $5.00 | Bought 0.01120662 BTC for $5.00 USD |
| 2016-04-24T20:01:00Z | Buy | BTC | 0.01043504 | USD | 464.78 | $4.85 | $5.00 | Bought 0.01043504 BTC for $5.00 USD |
| 2016-05-02T20:00:27Z | Buy | BTC | 0.01091138 | USD | 444.49 | $4.85 | $5.00 | Bought 0.01091138 BTC for $5.00 USD |
| 2016-05-09T20:01:04Z | Buy | BTC | 0.01046318 | USD | 463.53 | $4.85 | $5.00 | Bought 0.01046318 BTC for $5.00 USD |
| 2016-05-17T20:00:27Z | Buy | BTC | 0.01068233 | USD | 454.02 | $4.85 | $5.00 | Bought 0.01068233 BTC for $5.00 USD |

**"EXHIBIT H" - 9**

| Timestamp | Transaction Type | Asset | Quantity Transacted | Spot Price Currency | Spot Price at Transaction | Subtotal | Total (inclusive of fees and/or spread) | Notes |
|---|---|---|---|---|---|---|---|---|
| 2016-05-24T20:00:40Z | Buy | BTC | 0.01085716 | USD | 446.71 | $4.85 | $5.00 | Bought 0.01085716 BTC for $5.00 USD |
| 2016-06-01T20:00:45Z | Buy | BTC | 0.00908546 | USD | 533.82 | $4.85 | $5.00 | Bought 0.00908546 BTC for $5.00 USD |
| 2016-06-08T20:01:07Z | Buy | BTC | 0.00834782 | USD | 580.99 | $4.85 | $5.00 | Bought 0.00834782 BTC for $5.00 USD |
| 2016-06-15T20:00:40Z | Buy | BTC | 0.00698354 | USD | 694.49 | $4.85 | $5.00 | Bought 0.00698354 BTC for $5.00 USD |
| 2016-06-22T20:01:20Z | Buy | BTC | 0.00772244 | USD | 628.04 | $4.85 | $5.00 | Bought 0.00772244 BTC for $5.00 USD |
| 2016-06-29T20:00:50Z | Buy | BTC | 0.00758215 | USD | 639.66 | $4.85 | $5.00 | Bought 0.00758215 BTC for $5.00 USD |
| 2016-07-01T19:19:28Z | Buy | BTC | 0.14624815 | USD | 677.00 | $99.01 | $100.00 | Bought 0.14624815 BTC for $100.00 USD |
| 2016-07-06T20:00:51Z | Buy | BTC | 0.00717466 | USD | 675.99 | $4.85 | $5.00 | Bought 0.00717466 BTC for $5.00 USD |
| 2016-07-13T20:00:46Z | Buy | BTC | 0.00734103 | USD | 660.67 | $4.85 | $5.00 | Bought 0.00734103 BTC for $5.00 USD |

**"EXHIBIT H" - 10**

| Timestamp | Transaction Type | Asset | Quantity Transacted | Spot Price Currency | Spot Price at Transaction | Subtotal | Total (inclusive of fees and/or spread) | Notes |
|---|---|---|---|---|---|---|---|---|
| 2016-07-19T18:43:16Z | Buy | BTC | 0.01469009 | USD | 670.52 | $9.85 | $10.00 | Bought 0.01469009 BTC for $10.00 USD |
| 2016-07-26T20:06:56Z | Buy | BTC | 0.01497552 | USD | 657.74 | $9.85 | $10.00 | Bought 0.01497552 BTC for $10.00 USD |
| 2016-08-03T05:54:42Z | Buy | BTC | 0.01796134 | USD | 548.40 | $9.85 | $10.00 | Bought 0.01796134 BTC for $10.00 USD |
| 2016-08-11T20:01:16Z | Buy | BTC | 0.01669448 | USD | 590.02 | $9.85 | $10.00 | Bought 0.01669448 BTC for $10.00 USD |
| 2016-08-18T20:01:50Z | Buy | BTC | 0.01701503 | USD | 578.90 | $9.85 | $10.00 | Bought 0.01701503 BTC for $10.00 USD |
| 2016-08-25T20:01:58Z | Buy | BTC | 0.01701916 | USD | 578.76 | $9.85 | $10.00 | Bought 0.01701916 BTC for $10.00 USD |
| 2016-09-01T20:05:55Z | Buy | BTC | 0.01713251 | USD | 574.93 | $9.85 | $10.00 | Bought 0.01713251 BTC for $10.00 USD |
| 2016-09-08T20:01:14Z | Buy | BTC | 0.01564405 | USD | 629.63 | $9.85 | $10.00 | Bought 0.01564405 BTC for $10.00 USD |
| 2016-09-15T20:07:01Z | Buy | BTC | 0.01613651 | USD | 610.42 | $9.85 | $10.00 | Bought 0.01613651 BTC for $10.00 USD |

**"EXHIBIT H" - 11**

| Timestamp | Transaction Type | Asset | Quantity Transacted | Spot Price Currency | Spot Price at Transaction | Subtotal | Total (inclusive of fees and/or spread) | Notes |
|---|---|---|---|---|---|---|---|---|
| 2016-09-22T20:07:15Z | Buy | BTC | 0.01642726 | USD | 599.61 | $9.85 | $10.00 | Bought 0.01642726 BTC for $10.00 USD |
| 2016-09-29T20:06:07Z | Buy | BTC | 0.01617299 | USD | 609.04 | $9.85 | $10.00 | Bought 0.01617299 BTC for $10.00 USD |
| 2016-10-06T20:03:21Z | Buy | BTC | 0.01600084 | USD | 615.59 | $9.85 | $10.00 | Bought 0.01600084 BTC for $10.00 USD |
| 2016-10-09T20:17:55Z | Send | BTC | 0.64795 | USD | 618.68 | | | Sent 0.64795 BTC to ▓▓▓▓▓▓▓▓ |
| 2016-10-13T20:02:55Z | Buy | BTC | 0.01541449 | USD | 639.01 | $9.85 | $10.00 | Bought 0.01541449 BTC for $10.00 USD |
| 2016-10-21T20:06:06Z | Buy | BTC | 0.01555491 | USD | 633.24 | $9.85 | $10.00 | Bought 0.01555491 BTC for $10.00 USD |
| 2016-10-28T20:05:32Z | Buy | BTC | 0.01422867 | USD | 692.26 | $9.85 | $10.00 | Bought 0.01422867 BTC for $10.00 USD |
| 2016-11-04T20:02:24Z | Buy | BTC | 0.0140335 | USD | 701.89 | $9.85 | $10.00 | Bought 0.0140335 BTC for $10.00 USD |
| 2016-11-11T20:04:11Z | Buy | BTC | 0.01369983 | USD | 718.99 | $9.85 | $10.00 | Bought 0.01369983 BTC for $10.00 USD |

**"EXHIBIT H" - 12**

| Timestamp | Transaction Type | Asset | Quantity Transacted | Spot Price Currency | Spot Price at Transaction | Subtotal | Total (inclusive of fees and/or spread) | Notes |
|---|---|---|---|---|---|---|---|---|
| 2016-11-18T20:01:16Z | Buy | BTC | 0.01319356 | USD | 746.58 | $9.85 | $10.00 | Bought 0.01319356 BTC for $10.00 USD |
| 2016-11-25T20:03:32Z | Buy | BTC | 0.01330789 | USD | 740.16 | $9.85 | $10.00 | Bought 0.01330789 BTC for $10.00 USD |
| 2016-12-02T20:01:49Z | Buy | BTC | 0.01278202 | USD | 770.61 | $9.85 | $10.00 | Bought 0.01278202 BTC for $10.00 USD |
| 2016-12-09T20:04:32Z | Buy | BTC | 0.01273733 | USD | 773.32 | $9.85 | $10.00 | Bought 0.01273733 BTC for $10.00 USD |
| 2016-12-16T20:03:41Z | Buy | BTC | 0.01256634 | USD | 783.84 | $9.85 | $10.00 | Bought 0.01256634 BTC for $10.00 USD |
| 2016-12-23T20:03:31Z | Buy | BTC | 0.01091498 | USD | 902.43 | $9.85 | $10.00 | Bought 0.01091498 BTC for $10.00 USD |
| 2016-12-30T20:03:39Z | Buy | BTC | 0.01021544 | USD | 964.23 | $9.85 | $10.00 | Bought 0.01021544 BTC for $10.00 USD |
| 2017-01-06T20:03:40Z | Buy | BTC | 0.01102412 | USD | 893.50 | $9.85 | $10.00 | Bought 0.01102412 BTC for $10.00 USD |
| 2017-01-13T20:03:36Z | Buy | BTC | 0.01188014 | USD | 829.11 | $9.85 | $10.00 | Bought 0.01188014 BTC for $10.00 USD |

Co nbase, nc.   100  ne S ree , Su  e 125  an  ranc sco, CA 94111   +1 888 908-7930   suppor .co nbase.com   age 13/37

**"EXHIBIT H" - 13**

| Timestamp | Transaction Type | Asset | Quantity Transacted | Spot Price Currency | Spot Price at Transaction | Subtotal | Total (inclusive of fees and/or spread) | Notes |
|---|---|---|---|---|---|---|---|---|
| 2017-01-20T20:04:05Z | Buy | BTC | 0.01088395 | USD | 905.00 | $9.85 | $10.00 | Bought 0.01088395 BTC for $10.00 USD |
| 2017-01-25T17:08:45Z | Buy | BTC | 0.27777231 | USD | 900.02 | $250.00 | $253.72 | Bought 0.27777231 BTC for $253.72 USD |
| 2017-01-27T20:04:57Z | Buy | BTC | 0.01062658 | USD | 926.92 | $9.85 | $10.00 | Bought 0.01062658 BTC for $10.00 USD |
| 2017-02-03T20:03:39Z | Buy | BTC | 0.00964209 | USD | 1021.56 | $9.85 | $10.00 | Bought 0.00964209 BTC for $10.00 USD |
| 2017-02-11T20:02:55Z | Buy | BTC | 0.00961844 | USD | 1024.07 | $9.85 | $10.00 | Bought 0.00961844 BTC for $10.00 USD |
| 2017-02-13T16:25:04Z | Sell | BTC | 0.1007837 | USD | 992.22 | $100.00 | $98.51 | Sold 0.1007837 BTC for $98.51 USD |
| 2017-02-18T20:02:39Z | Buy | BTC | 0.00919168 | USD | 1071.62 | $9.85 | $10.00 | Bought 0.00919168 BTC for $10.00 USD |
| 2017-02-25T20:02:52Z | Buy | BTC | 0.00848909 | USD | 1160.31 | $9.85 | $10.00 | Bought 0.00848909 BTC for $10.00 USD |
| 2017-02-25T23:15:23Z | Sell | BTC | 0.08698796 | USD | 1149.58 | $100.00 | $98.51 | Sold 0.08698796 BTC for $98.51 USD |

| Timestamp | Transaction Type | Asset | Quantity Transacted | Spot Price Currency | Spot Price at Transaction | Subtotal | Total (inclusive of fees and/or spread) | Notes |
|---|---|---|---|---|---|---|---|---|
| 2017-03-01T06:03:37Z | Buy | BTC | 0.02043429 | USD | 1205.33 | $24.63 | $25.00 | Bought 0.02043429 BTC for $25.00 USD |
| 2017-03-16T20:03:33Z | Buy | BTC | 0.02070849 | USD | 1189.37 | $24.63 | $25.00 | Bought 0.02070849 BTC for $25.00 USD |
| 2017-03-31T20:01:38Z | Buy | BTC | 0.02258877 | USD | 1090.36 | $24.63 | $25.00 | Bought 0.02258877 BTC for $25.00 USD |
| 2017-04-07T20:00:55Z | Buy | BTC | 0.02045203 | USD | 1204.28 | $24.63 | $25.00 | Bought 0.02045203 BTC for $25.00 USD |
| 2017-04-14T20:04:11Z | Buy | BTC | 0.02075145 | USD | 1186.91 | $24.63 | $25.00 | Bought 0.02075145 BTC for $25.00 USD |
| 2017-04-21T20:01:34Z | Buy | BTC | 0.01966355 | USD | 1252.57 | $24.63 | $25.00 | Bought 0.01966355 BTC for $25.00 USD |
| 2017-04-28T20:03:33Z | Buy | BTC | 0.01856134 | USD | 1326.95 | $24.63 | $25.00 | Bought 0.01856134 BTC for $25.00 USD |
| 2017-05-05T20:01:57Z | Buy | BTC | 0.01575759 | USD | 1563.06 | $24.63 | $25.00 | Bought 0.01575759 BTC for $25.00 USD |
| 2017-05-12T20:02:17Z | Buy | BTC | 0.01453181 | USD | 1694.90 | $24.63 | $25.00 | Bought 0.01453181 BTC for $25.00 USD |

Coinbase, Inc.   100 Pine Street, Suite 1250 San Francisco, CA 94111   +1 888 908-7930   support.coinbase.com   Page 14/37

SCHOBER_002991

**"EXHIBIT H" - 15**

| Timestamp | Transaction Type | Asset | Quantity Transacted | Spot Price Currency | Spot Price at Transaction | Subtotal | Total (inclusive of fees and/or spread) | Notes |
|---|---|---|---|---|---|---|---|---|
| 2017-05-19T20:01:39Z | Buy | BTC | 0.01206455 | USD | 1948.68 | $23.51 | $25.00 | Bought 0.01206455 BTC for $25.00 USD |
| 2017-05-26T20:01:51Z | Buy | BTC | 0.01014359 | USD | 2317.72 | $23.51 | $25.00 | Bought 0.01014359 BTC for $25.00 USD |
| 2017-06-02T20:02:55Z | Buy | BTC | 0.00967902 | USD | 2428.96 | $23.51 | $25.00 | Bought 0.00967902 BTC for $25.00 USD |
| 2017-06-09T20:01:49Z | Buy | BTC | 0.00823965 | USD | 2853.28 | $23.51 | $25.00 | Bought 0.00823965 BTC for $25.00 USD |
| 2017-06-16T20:02:15Z | Buy | BTC | 0.00938198 | USD | 2505.87 | $23.51 | $25.00 | Bought 0.00938198 BTC for $25.00 USD |
| 2017-06-23T20:07:17Z | Buy | BTC | 0.00862938 | USD | 2724.41 | $23.51 | $25.00 | Bought 0.00862938 BTC for $25.00 USD |
| 2017-06-30T20:02:57Z | Buy | BTC | 0.00935527 | USD | 2513.02 | $23.51 | $25.00 | Bought 0.00935527 BTC for $25.00 USD |
| 2017-07-02T02:59:27Z | Buy | BTC | 0.10323891 | USD | 2421.57 | $250.00 | $253.72 | Bought 0.10323891 BTC for $253.72 USD |
| 2017-07-07T20:01:31Z | Buy | BTC | 0.0092583 | USD | 2539.34 | $23.51 | $25.00 | Bought 0.0092583 BTC for $25.00 USD |

| Timestamp | Transaction Type | Asset | Quantity Transacted | Spot Price Currency | Spot Price at Transaction | Subtotal | Total (inclusive of fees and/or spread) | Notes |
|---|---|---|---|---|---|---|---|---|
| 2017-07-14T20:01:44Z | Buy | BTC | 0.01065407 | USD | 2206.67 | $23.51 | $25.00 | Bought 0.01065407 BTC for $25.00 USD |
| 2017-07-20T17:44:39Z | Send | BTC | 0.34008853 | USD | 2617.08 | | | Sent 0.34008853 BTC to ▓▓▓▓▓▓ |
| 2017-07-20T17:45:46Z | Send | BTC | 0.52978474 | USD | 2617.08 | | | Sent 0.52978474 BTC to ▓▓▓▓▓▓ |
| 2017-07-21T20:04:54Z | Buy | BTC | 0.00891506 | USD | 2637.11 | $23.51 | $25.00 | Bought 0.00891506 BTC for $25.00 USD |
| 2017-07-28T20:02:06Z | Buy | BTC | 0.00851969 | USD | 2759.49 | $23.51 | $25.00 | Bought 0.00851969 BTC for $25.00 USD |
| 2017-08-04T20:05:19Z | Buy | BTC | 0.00826615 | USD | 2844.13 | $23.51 | $25.00 | Bought 0.00826615 BTC for $25.00 USD |
| 2017-08-11T20:01:38Z | Buy | BTC | 0.0066014 | USD | 3561.37 | $23.51 | $25.00 | Bought 0.0066014 BTC for $25.00 USD |
| 2017-08-18T20:07:21Z | Buy | BTC | 0.00570562 | USD | 4120.50 | $23.51 | $25.00 | Bought 0.00570562 BTC for $25.00 USD |
| 2017-08-25T20:11:23Z | Buy | BTC | 0.00544024 | USD | 4321.50 | $23.51 | $25.00 | Bought 0.00544024 BTC for $25.00 USD |

Coinbase, Inc.   100 Pine Street, Suite 1250, San Francisco, CA 94111   +1 888 908-7930   support.coinbase.com   Page 17/37

**"EXHIBIT H" - 17**

| Timestamp | Transaction Type | Asset | Quantity Transacted | Spot Price Currency | Spot Price at Transaction | Subtotal | Total (inclusive of fees and/or spread) | Notes |
|---|---|---|---|---|---|---|---|---|
| 2017-09-11T04:40:52Z | Buy | BTC | 0.00597013 | USD | 4187.51 | $25.00 | $26.49 | Bought 0.00597013 BTC for $26.49 USD |
| 2017-09-18T04:36:06Z | Buy | BTC | 0.00655581 | USD | 3813.41 | $25.00 | $26.49 | Bought 0.00655581 BTC for $26.49 USD |
| 2017-09-25T03:54:45Z | Buy | BTC | 0.00662588 | USD | 3773.08 | $25.00 | $26.49 | Bought 0.00662588 BTC for $26.49 USD |
| 2017-09-26T04:53:25Z | Send | BTC | 0.00105052 | USD | 3914.99 | | | Sent 0.00105052 BTC to ▓▓▓▓▓▓▓▓ |
| 2017-10-02T04:06:47Z | Buy | BTC | 0.00564073 | USD | 4432.05 | $25.00 | $26.49 | Bought 0.00564073 BTC for $26.49 USD |
| 2017-10-09T03:45:35Z | Buy | BTC | 0.00537455 | USD | 4651.55 | $25.00 | $26.49 | Bought 0.00537455 BTC for $26.49 USD |
| 2017-10-16T04:08:10Z | Buy | BTC | 0.00441516 | USD | 5662.31 | $25.00 | $26.49 | Bought 0.00441516 BTC for $26.49 USD |
| 2017-10-23T03:54:33Z | Buy | BTC | 0.00416119 | USD | 6007.90 | $25.00 | $26.49 | Bought 0.00416119 BTC for $26.49 USD |
| 2017-11-05T22:47:01Z | Buy | BTC | 0.00334509 | USD | 7473.64 | $25.00 | $26.49 | Bought 0.00334509 BTC for $26.49 USD |

**"EXHIBIT H" - 18**

| Timestamp | Transaction Type | Asset | Quantity Transacted | Spot Price Currency | Spot Price at Transaction | Subtotal | Total (inclusive of fees and/or spread) | Notes |
|---|---|---|---|---|---|---|---|---|
| 2017-11-17T05:50:52Z | Send | BTC | 0.05305171 | USD | 7900.05 | | | Sent 0.05305171 BTC to ▬ |
| 2017-11-17T05:51:29Z | Send | BTC | 0.04208854 | USD | 7900.05 | | | Sent 0.04208854 BTC to ▬ |
| 2019-03-29T19:20:52Z | Buy | BTC | 0.00192924 | USD | 4110.43 | $7.93 | $8.92 | Bought 0.00192924 BTC for $8.92 USD |
| 2019-04-03T19:25:19Z | Buy | BTC | 0.00152806 | USD | 5189.59 | $7.93 | $8.92 | Bought 0.00152806 BTC for $8.92 USD |
| 2019-04-06T01:42:42Z | Send | BTC | 0.0034573 | USD | 4989.94 | | | Sent 0.0034573 BTC to ▬ |
| 2019-08-03T21:05:53Z | Send | BTC | 0.00355074 | USD | 10877.16 | | | Sent 0.00355074 BTC to ▬ |
| 2020-03-04T16:10:26Z | Send | BTC | 0.00133246 | USD | 8683.90 | | | Sent 0.00133246 BTC to ▬ |
| 2020-07-16T19:30:11Z | Send | BTC | 0.00096647 | USD | 9116.34 | | | Sent 0.00096647 BTC to ▬ |
| 2020-09-08T15:38:18Z | Send | BTC | 0.00057953 | USD | 10091.43 | | | Sent 0.00057953 BTC to ▬ |

| Timestamp | Transaction Type | Asset | Quantity Transacted | Spot Price Currency | Spot Price at Transaction | Subtotal | Total (inclusive of fees and/or spread) | Notes |
|---|---|---|---|---|---|---|---|---|
| 2021-02-03T01:03:45Z | Send | BTC | 0.00031694 | USD | 36225.72 | | | Sent 0.00031694 BTC to ▇▇▇ |
| 2021-02-28T15:54:36Z | Convert | BTC | 2.16e-05 | USD | 43518.52 | $0.91 | $0.94 | Converted 0.0000216 BTC to 0.00070168 ETH |
| 2018-04-07T01:17:36Z | Send | BCH | 0.01956913 | USD | 624.35 | | | Sent 0.01956913 BCH to ▇▇▇ |
| 2019-08-03T17:45:43Z | Receive | ETH | 0.01840716 | USD | 221.84 | | | Received 0.01840716 ETH from an ▇▇▇ |
| 2019-08-03T20:35:36Z | Convert | ETH | 0.01840716 | USD | 222.20 | $4.04 | $4.09 | Converted 0.01840716 ETH to 0.00037234 BTC |
| 2021-02-28T16:01:20Z | Send | ETH | 0.00445018 | USD | 1313.19 | | | Sent 0.00445018 ETH to ▇▇▇ 33 |
| 2021-03-01T01:49:05Z | Send | ETH | 0.03725577 | USD | 1442.20 | | | Sent 0.03725577 ETH to ▇▇▇ 33 |
| 2019-04-04T18:24:01Z | Learning Reward | ZRX | 3.00409007 | USD | 0.330000 | $0.99 | $0.99 | Received 3.00409007 ZRX from Coinbase as a learning reward |
| 2019-04-04T18:25:46Z | Learning Reward | ZRX | 2.99296355 | USD | 0.330000 | $0.99 | $0.99 | Received 2.99296355 ZRX from Coinbase as a learning reward |