# EXHIBIT I

**"EXHIBIT I" - 1**

```
    "actor_id": 24322506,
    "actor_ip": "86.189.219.211",
    "actor_location": "Southampton, England, United Kingdom",
    "created_at": "2017-03-23 21:24:35 +0000",
    "user": "benthompson2001",
    "user_id": 24322506
},
{
    "action": "user.login",
    "actor": "benthompson2001",
    "actor_id": 24322506,
    "actor_ip": "91.225.19.231",
    "actor_location": "Eastleigh, England, United Kingdom",
    "created_at": "2017-03-03 13:27:42 +0000",
    "user": "benthompson2001",
    "user_id": 24322506
},
{
    "action": "user.login",
    "actor": "benthompson2001",
    "actor_id": 24322506,
    "actor_ip": "91.225.19.231",
    "actor_location": "Eastleigh, England, United Kingdom",
    "created_at": "2017-03-03 13:25:39 +0000",
    "user": "benthompson2001",
    "user_id": 24322506
},
{
    "action": "user.login",
    "actor": "benthompson2001",
    "actor_id": 24322506,
    "actor_ip": "91.225.19.228",
    "actor_location": "Eastleigh, England, United Kingdom",
    "created_at": "2017-03-01 13:33:07 +0000",
    "user": "benthompson2001",
    "user_id": 24322506
},
{
    "action": "user.login",
    "actor": "benthompson2001",
    "actor_id": 24322506,
    "actor_ip": "86.158.130.235",
    "actor_location": "Southampton, England, United Kingdom",
    "created_at": "2017-02-28 17:39:59 +0000",
    "user": "benthompson2001",
    "user_id": 24322506
},
```

SCHOBER_003147

**"EXHIBIT I" - 2**

```
    },
    {
      "action": "user.login",
      "actor": "BenedictThompson",
      "actor_id": 73565087,
      "actor_ip": "86.158.168.176",
      "actor_location": "Southampton, England, United Kingdom",
      "created_at": "2021-02-08 12:01:40 +0000",
      "user": "BenedictThompson",
      "user_agent": "Mozilla/5.0 (X11; Ubuntu; Linux x86_64; rv:85.0) Gecko/20100101 Firefox/85.0",
      "user_id": 73565087
    },
    {
      "action": "user.login",
      "actor": "BenedictThompson",
      "actor_id": 73565087,
      "actor_ip": "86.158.168.176",
      "actor_location": "Southampton, England, United Kingdom",
      "created_at": "2021-02-08 11:59:28 +0000",
      "user": "BenedictThompson",
      "user_agent": "Mozilla/5.0 (X11; Ubuntu; Linux x86_64; rv:85.0) Gecko/20100101 Firefox/85.0",
      "user_id": 73565087
    },
    {
      "action": "user.login",
      "actor": "BenedictThompson",
      "actor_id": 73565087,
      "actor_ip": "86.158.168.176",
      "actor_location": "Southampton, England, United Kingdom",
      "created_at": "2021-02-08 10:30:00 +0000",
      "user": "BenedictThompson",
      "user_agent": "Mozilla/5.0 (X11; Ubuntu; Linux x86_64; rv:85.0) Gecko/20100101 Firefox/85.0",
      "user_id": 73565087
    },
    {
      "action": "user.login",
      "actor": "BenedictThompson",
      "actor_id": 73565087,
      "actor_ip": "86.158.130.100",
      "actor_location": "Southampton, England, United Kingdom",
      "created_at": "2021-01-29 13:45:48 +0000",
      "user": "BenedictThompson",
      "user_agent": "Mozilla/5.0 (X11; Ubuntu; Linux x86_64; rv:84.0) Gecko/20100101 Firefox/84.0",
      "user_id": 73565087
    },
    {
      "action": "user.login",
```

**"EXHIBIT I" - 3**

```
      "actor": "BenedictThompson",
      "actor_id": 73565087,
      "actor_ip": "86.158.130.107",
      "actor_location": "Southampton, England, United Kingdom",
      "created_at": "2020-11-30 14:15:30 +0000",
      "user": "BenedictThompson",
      "user_agent": "Mozilla/5.0 (X11; Ubuntu; Linux x86_64; rv:83.0) Gecko/20100101 Firefox/83.0",
      "user_id": 73565087
    },
    {
      "action": "user.login",
      "actor": "BenedictThompson",
      "actor_id": 73565087,
      "actor_ip": "137.205.1.140",
      "actor_location": "Coventry, England, United Kingdom",
      "created_at": "2020-11-11 14:15:25 +0000",
      "user": "BenedictThompson",
      "user_agent": "Mozilla/5.0 (X11; Ubuntu; Linux x86_64; rv:82.0) Gecko/20100101 Firefox/82.0",
      "user_id": 73565087
    },
    {
      "action": "user.login",
      "actor": "BenedictThompson",
      "actor_id": 73565087,
      "actor_ip": "137.205.1.202",
      "actor_location": "Coventry, England, United Kingdom",
      "created_at": "2020-11-06 15:05:28 +0000",
      "user": "BenedictThompson",
      "user_agent": "Mozilla/5.0 (X11; Ubuntu; Linux x86_64; rv:82.0) Gecko/20100101 Firefox/82.0",
      "user_id": 73565087
    },
    {
      "action": "user.login",
      "actor": "BenedictThompson",
      "actor_id": 73565087,
      "actor_ip": "5.151.178.0",
      "actor_location": "Coventry, England, United Kingdom",
      "created_at": "2020-10-28 00:19:08 +0000",
      "user": "BenedictThompson",
      "user_agent": "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chr
      "user_id": 73565087
    }
  ]
}
```

SCHOBER_003168