# EXHIBIT A

**"EXHIBIT A" - 1**

| Research Template | Column Headers | Description |
| --- | --- | --- |
| Transaction Activity | Queried | Transactional data point provided in subpoena and/or discovered transactional data |
| | Result | Hit- a transaction or transactions have been found using this data point None- no transaction was found using the data point |
| | userId | Unique internal customer ID |
| | orderId | Unique internal ID for exchange requests |
| | address | The cryptocurrency address provided by and owned by ShapeShift for initial deposit from the customer to complete the requested exchange |
| | amount | The amount deposited by the customer for their exchange (in currencyIn type) |
| | coinToUser | The amount sent, or in cases of exchange failure, returned to the customer for their exchange (in currencyOut type) |
| | currencyIn | An acronym for the cryptocurrency deposited to ShapeShift |
| | currencyOut | An acronym for the cryptocurrency sent to the customer |
| | ip | The IP address collected during the exchange order creation |
| | isFromSite | true- The customer created the exchange on ShapeShift.com or mobile ShapeShift app false- The customer created the exchange through an affiliate integrated with our API |
| | Affiliate | If applicable, the name of the affiliate where the exchange was completed |
| | Contact | The contact information associated with the affiliate |
| | time | Unix time format when the deposit was received from the customer to ShapeShift |
| | txid | The transaction identifier for the deposit received by ShapeShift from the customer |
| | txid | The transaction identifier for the withdrawal sent to the customer by ShapeShift |
| | withdraw | The address provided by the customer for receiving the cryptocurrency withdrawal from their exchange |
| | returnAddress | The address provided by the customer for receiving a refund of the deposited cryptocurrency if the trade were to fail |
| | raw data | raw JSON data from our system about each transaction, may contain IP addresses collected during the exchange |
| Membership Activity | Action | Identifies the completed action |
| | Created At | Unix time format when the action was completed |
| | Context | raw JSON data collected about the action completed, will include details regarding IP address and associated OS details |
| | Entity | Identifies the user |
| | Actor | Identifies the email address for the entity creating the action, customer or employee |

**"EXHIBIT A" - 2**

| OrderID | Deposit address | amountIn | amountOut | currencyIn | currencyOut | IP | IsFromSite | API Affiliate | Affiliate Contact | Received time | txid | txidOfCoinToUser | Output address | Return Address |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6ea31bb8-cee6-4654-ac02-8040ffbe3970 | 3HbANjJRUw8GdK16Xk572qKDarAV4Hy17H | 0.1008268 | 3.62709924 | BTC | XMR | 77.111.244.17 | TRUE | none | none | 1515613413 | 8114fc68c9fed9c67a598bc44ccc4010f7d9132c6be3667103d80fda443dff32 | a3f0a9a1b9835a7751a5a3d6b63a4df917520a4ea7884423dfab579af7d80b2d | 46uKqypoMZFFURWJd1H8z5fFwrUHES2PgHUUQ7b4mSQW2LBCg67S3fqdZ4asfaRcHj115TMTepHyxT9zYCRJR9pkAuZnNEY | 1JrT4DePAThEHarvEiYyRu2x2anhMCsoPr |
| ee83b5c7-eb3f-4544-a71d-7adb4e0eaeea | d75bc06e69fd942085d4742bf8be87d036018eb2062188dbcc989de381de8e7c | 3.6 | 0.09756655 | XMR | BTC | 86.183.219.107, 162.158.88.162 | TRUE | none | none | 1515615389 | 7fd770982274960dd8613b9d6ea9efd559c1265a60c6da827314348486fb91f2 | 85926943b288d99fa6ae6971fe525a0af7e0da801c9009ff27e4dbd26489d37d | 1BeNEdictBLbmVJ9LXkSwqiyWWf36XKTD1 | 44nUbfxaFUC42KHPm4sSy4KLVeGsHjcgHVJw1qDBpx6EZvqN9iyCpZL6ajMV2ddYPA4JhzP2E6a63JVasFkfGu6BGWv723i |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

**"EXHIBIT A" - 3**

{ "_id" : ObjectId("5a566ce5db1aed0c73494d09"), "amount" : 0.10082679, "confirmations" : 1, "trusted" : false, "txid" : "8114fc68c9fed9c67a598bc44ccc4010f7d9132c6be3667103d80fda443dff32", "walletconflicts" : [ ], "time" : 1515613413.098, "timereceived" : 1515613413, "bip125-replaceable" : "no", "details" : [ { "account" : "", "address" : "3HbANjJRUw8GdK16Xk572qKDarAV4Hy17H", "category" : "receive", "amount" : 0.10082679, "label" : "", "vout" : 0 } ], "hex" : "010000000191e178f7500a27007358d8a27dc6541714e7434af628cc046fbc46607e3d5315600000006a47304402207d0d18130a0f5d9c86d1bd08b8b2e84cc2fb3f73fe3d14e43016d1d8b590fa080220711d8b5344a3e885eacacc6c2824143fec8925367ff837e536ce1999388338b1012102e6af56abad1429cfc7f68dcba6e9015c6edca5db49ea8779b0a7e49948240158feffffff0177d999000000000017a914ae66925c17414c0b25e58bd0ffc9b4f4e752e69c8700000000", "success" : true, "address" : "3HbANjJRUw8GdK16Xk572qKDarAV4Hy17H", "category" : "receive", "originServer" : "g1", "coin" : "BTC", "injector" : true, "status" : "exchanged", "is_done" : true, "conduit" : { "_id" : ObjectId("5a566c9fab4b2f4558d1280c"), "ip" : "77.111.244.17", "ipReal" : "77.111.244.17", "headers" : { "x-forwarded-for" : "77.111.244.17, 162.158.89.171", "x-forwarded-proto" : "https", "x-forwarded-port" : "443", "host" : "shapeshift.io", "x-amzn-trace-id" : "Root=1-5a566c9f-5268b94306d4bc860f57abb9", "content-length" : "912", "accept-encoding" : "gzip", "cf-ipcountry" : "UA", "cf-ray" : "3db21e84cd7d7319-FRA", "cf-visitor" : "{\"scheme\":\"https\"}", "accept" : "application/json, text/plain, */*", "origin" : "https://shapeshift.io", "user-agent" : "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/62.0.3202.94 Safari/537.36 OPR/49.0.2725.64", "content-type" : "application/json;charset=UTF-8", "referer" : "https://shapeshift.io/", "accept-language" : "en-US,en;q=0.9", "cookie" : "__cfduid=ddd40c78be9199b77cd773d2a5fcee6aa1515613221; _ga=GA1.2.1494663357.1515613222; _gid=GA1.2.2101862940.1515613222; _gat=1", "cf-connecting-ip" : "77.111.244.17" }, "orderId" : "6ea31bb8-cee6-4654-ac02-8040ffbe3970", "exchange" : "btc_xmr", "withdrawal" : "46uKqypoMZFFURWJd1H8z5fFwrUHES2PgHUUQ7b4mSQW2LBCg67S3fqdZ4asfaRcHj115TMTepHyxT9zYCRJR9pkAuZnNEY", "timestamp" : "1515613343544", "isFromSite" : true, "deposit" : "3HbANjJRUw8GdK16Xk572qKDarAV4Hy17H", "apiKey" : null, "apiPubKey" : "fakeApiKeyJustHereForTestingv2", "public" : null, "reusable" : false, "paymentId" : "a3f0a9a1b9835a7751a5a3d6b63a4df917520a4ea7884423dfab579af7d80b2d", "destTag" : "a3f0a9a1b9835a7751a5a3d6b63a4df917520a4ea7884423dfab579af7d80b2d", "returnAddress" : "1JrT4DePAThEHarvEiYyRu2x2anhMCsoPr" }, "orderId" : "6ea31bb8-cee6-4654-ac02-8040ffbe3970", "currencyIn" : "BTC", "currencyOut" : "XMR", "isFromSite" : true, "withdraw" : "46uKqypoMZFFURWJd1H8z5fFwrUHES2PgHUUQ7b4mSQW2LBCg67S3fqdZ4asfaRcHj115TMTepHyxT9zYCRJR9pkAuZnNEY", "apiPubKey" : "fakeApiKeyJustHereForTestingv2", "paymentId" : "a3f0a9a1b9835a7751a5a3d6b63a4df917520a4ea7884423dfab579af7d80b2d", "allowZeroConfirms" : false, "attachment" : null, "thenUSD" :

"{\"BTC\":14337.03,\"XMR\":390.53374374045006}", "calculatedTradeData" : { "isAltAlt" : false, "exchangePair" : "btc_xmr", "exchangePair1" : "ltc_btc", "exchangePair2" : "btc_ppc", "bestExchangeForTx" : { "time" : 1515613759443, "name" : "bitfinex", "limit" : 0.34874726494957464, "maxLimit" : 0.34874726494957464, "rate" : 36.61126162407557, "comparableRate" : 36.57465036245149, "tradeFormatRate" : 0.027313999999999998, "fees" : [ 0, 0.1 ], "full" : true, "isBuy" : true, "usdvalue" : 14337.03, "hundred" : 52489675.62422201, "exchangePair" : "btc_xmr", "subTrades" : [ { "time" : 1515613759443, "name" : "bitfinex", "limit" : 0.34874726494957464, "maxLimit" : 0.34874726494957464, "rate" : 36.61126162407557, "comparableRate" : 36.57465036245149, "tradeFormatRate" : 0.027313999999999998, "fees" : [ 0, 0.1 ], "full" : true, "isBuy" : true, "usdvalue" : 14337.03, "hundred" : 52489675.62422201, "exchangePair" : "btc_xmr", "real_trade_amount" : "3.65074998" } ] }, "fromCur" : "btc", "toCur" : "xmr", "coinIn" : "0.10082679", "coinOut" : "3.6270992350943992", "shift_rate" : "36.17192648", "minerfee" : "0.02" }, "coinToUser" : "3.62709924", "shiftRate" : "36.17192648", "txidOfCoinToUser" : "5ef113d20b62c8302d97ef0db3678d3c9e802bcbc1880e2a32605734dfb7afd9", "internalSendId" : null, "sendDurationMS" : 991, "minerfee" : "0.02", "timeCompleted" : 1515613793.941, "exchange_status" : "exchange_complete", "rateOnXchg" : 0.027313999999999998, "amountToXchg" : "3.65074998", "pair_trade" : "btc_xmr", "exchangeUsed" : "Fluidity", "exchangeSuggested" : "bitfinex", "orderType" : "buy", "brokerFees" : [ 0.1, 0 ], "timeExchanged" : 1515613801510, "realProfit" : 0.00123433, "profitPercent" : 1.2242, "fluidityResult" : { "filled" : "True", "in_process" : "False", "open" : "False", "ss_price" : "0.027645748991359773", "internally_filling" : "False", "alt2alt" : "False", "time_created" : "2018-01-10 19:50:01.508472", "filled_timestamp" : "2018-01-10 19:50:03.076642", "amount" : "3.65074999", "total_percent_gain" : "1.2393809732182536671010837567", "in_flight" : "False", "order_num" : "4679282", "uuid" : "6ea31bb8-cee6-4654-ac02-8040ffbe3970--8114fc68c9fed9c67a598bc44ccc4010f7d9132c6be3667103d80fda443dff32--1", "total_profit" : "0.00123433", "timed_out" : "False", "pair" : "XMR-BTC", "price_improvement_percentage" : "0.1246", "fills" : "[[\"3.65074999\", \"0.02728\", \"None\", \"0.0\", \"bitfinex\"]]", "exchange" : "Bitfinex", "amount_to_user" : "3.6470992350943992", "amount_from_user" : "0.10082679", "order_type" : "buy", "price" : "0.02728000", "quote_trade_rate" : "0", "amount_executed" : "3.65074999", "original_worst_price" : "0.02731400", "order_ids" : "[]", "order_id" : "7041770829", "amount_remaining" : "0E-8", "closed" : "True", "worst_price" : "0.02731400", "num_orders" : "1", "original_amount" : "3.65074998", "ss_exchange" : "bitfinex", "oversold" : "False", "received_after_fee" : "3.65074999", "cost" : "0.09959246", "dust" : "False", "fee" : "0E-8", "received" : "3.65074999", "market_timeout" : "1200.0", "trade_half" : "1", "time_to_fill" : "0:00:01.568170", "timestamp" : "1515613802.93074146", "price_improvement" : "0.00003400" }, "errorOnXchg" : null, "processedForStats" : true, "originalOriginServer" : "g2", "skiddooMigration" : true }

**"EXHIBIT A" - 5**

{ "_id" : ObjectId("5a5674a36be1f023a42f0c8b"), "amount" : 3.6, "fee" : 0, "height" : 0, "note" : "", "payment_id" : "d75bc06e69fd942085d4742bf8be87d036018eb2062188dbcc989de381de8e7c", "timestamp" : 1515615389, "txid" : "7fd770982274960dd8613b9d6ea9efd559c1265a60c6da827314348486fb91f2", "type" : "pool", "unlock_time" : 0, "confirmations" : 1, "stealth" : true, "homeAddress" : "433zsD6ozTkFazdZcKj9VNEiL57i2XfSDTJ3PbLPRbd8daFc6ShUGiNVBikF4Q3wmiD7QM9sqU6jiRa53XGPBWsF31mJGU8", "address" : "d75bc06e69fd942085d4742bf8be87d036018eb2062188dbcc989de381de8e7c", "tx_hash" : "7fd770982274960dd8613b9d6ea9efd559c1265a60c6da827314348486fb91f2", "time" : 1515615395.138, "is_done" : true, "status" : "exchanged", "conduit" : { "_id" : ObjectId("5a56701510aa13ead8dbf0c2"), "ip" : "86.183.219.107", "ipReal" : "86.183.219.107", "headers" : { "x-forwarded-for" : "86.183.219.107, 162.158.88.162", "x-forwarded-proto" : "https", "x-forwarded-port" : "443", "host" : "shapeshift.io", "x-amzn-trace-id" : "Root=1-5a567015-311151e008eee598685e4bd5", "content-length" : "833", "accept-encoding" : "gzip", "cf-ipcountry" : "GB", "cf-ray" : "3db23426f8af3602-FRA", "cf-visitor" : "{\"scheme\":\"https\"}", "accept" : "application/json, text/plain, */*", "origin" : "https://shapeshift.io", "user-agent" : "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36", "content-type" : "application/json;charset=UTF-8", "referer" : "https://shapeshift.io/", "accept-language" : "en-GB,en-US;q=0.9,en;q=0.8", "cookie" : "__cfduid=d07dab8ab56a65403918d0ec95ff82d011499066199; __unam=7f1216a-15e3ee6affe-42cee320-6", "cf-connecting-ip" : "86.183.219.107" }, "orderId" : "ee83b5c7-eb3f-4544-a71d-7adb4e0eaeea", "exchange" : "xmr_btc", "withdrawal" : "1BeNEdictBLbmVJ9LXkSwqiyWWf36XKTD1", "timestamp" : "1515614229644", "isFromSite" : true, "deposit" : "d75bc06e69fd942085d4742bf8be87d036018eb2062188dbcc989de381de8e7c", "apiKey" : null, "apiPubKey" : "fakeApiKeyJustHereForTestingv2", "public" : null, "reusable" : false, "returnAddress" : "44nUbfxaFUC42KHPm4sSy4KLVeGsHjcgHVJw1qDBpx6EZvqN9iyCpZL6ajMV2ddYPA4JhzP2E6a63JVasFkfGu6BGWv723i" }, "orderId" : "ee83b5c7-eb3f-4544-a71d-7adb4e0eaeea", "currencyIn" : "XMR", "currencyOut" : "BTC", "isFromSite" : true, "withdraw" : "1BeNEdictBLbmVJ9LXkSwqiyWWf36XKTD1", "apiPubKey" : "fakeApiKeyJustHereForTestingv2", "allowZeroConfirms" : false, "attachment" : null, "thenUSD" : "{\"BTC\":14265.346666666666,\"XMR\":391.41125362}", "calculatedTradeData" : { "isAltAlt" : false, "exchangePair" : "xmr_btc", "exchangePair1" : "ltc_btc", "exchangePair2" : "btc_ppc", "bestExchangeForTx" : { "time" : 1515615866896, "name" : "bitfinex", "limit" : 12.775092282307357, "maxLimit" : 12.775092282307357, "rate" : 0.027431, "comparableRate" : 0.027403569000000003, "tradeFormatRate" : 0.027431, "fees" : [ 0, 0.1 ], "full" : true, "isBuy" : false, "usdvalue" : 391.38660524000005, "hundred" : 1073.6125968338442, "exchangePair" :

"xmr_btc", "subTrades" : [ { "time" : 1515615866896, "name" : "bitfinex", "limit" : 12.775092282307357, "maxLimit" : 12.775092282307357, "rate" : 0.027431, "comparableRate" : 0.027403569000000003, "tradeFormatRate" : 0.027431, "fees" : [ 0, 0.1 ], "full" : true, "isBuy" : false, "usdvalue" : 391.38660524000005, "hundred" : 1073.6125968338442, "exchangePair" : "xmr_btc", "real_trade_amount" : "3.60000000" } ] }, "fromCur" : "xmr", "toCur" : "btc", "coinIn" : "3.6", "coinOut" : "0.096066552", "shift_rate" : "0.02710182", "minerfee" : "0.0015" }, "coinToUser" : "0.09606655", "shiftRate" : "0.02710182", "txidOfCoinToUser" : "85926943b288d99fa6ae6971fe525a0af7e0da801c9009ff27e4dbd26489d37d", "internalSendId" : null, "sendDurationMS" : 1432, "minerfee" : "0.0015", "timeCompleted" : 1515615904.098, "exchange_status" : "exchange_complete", "rateOnXchg" : 0.027431, "amountToXchg" : "3.60000000", "pair_trade" : "xmr_btc", "exchangeUsed" : "Fluidity", "exchangeSuggested" : "bitfinex", "orderType" : "sell", "brokerFees" : [ 0, 0.1 ], "timeExchanged" : 1515615916596, "realProfit" : 0.00133265, "profitPercent" : 1.3658, "fluidityResult" : { "filled" : "True", "in_process" : "False", "open" : "False", "ss_price" : "0.02710182", "internally_filling" : "False", "alt2alt" : "False", "time_created" : "2018-01-10 20:25:16.586880", "filled_timestamp" : "2018-01-10 20:25:16.975064", "amount" : "3.60000000", "total_percent_gain" : "1.3658881785634896680557553166", "in_flight" : "False", "order_num" : "4680353", "uuid" : "ee83b5c7-eb3f-4544-a71d-7adb4e0eaeea--7fd770982274960dd8613b9d6ea9efd559c1265a60c6da827314348486fb91f2--1", "total_profit" : "0.00133265", "timed_out" : "False", "pair" : "XMR-BTC", "price_improvement_percentage" : "0.1492", "fills" : "[[\"1.25745562\", \"0.027472\", \"None\", \"0.0\", \"bitfinex\"], [\"0.49939309\", \"0.027472\", \"None\", \"0.0\", \"bitfinex\"], [\"0.64704873\", \"0.027472\", \"None\", \"0.0\", \"bitfinex\"], [\"0.86749604\", \"0.027472\", \"None\", \"0.0\", \"bitfinex\"], [\"0.32860652\", \"0.027472\", \"None\", \"0.0\", \"bitfinex\"]]", "exchange" : "Bitfinex", "amount_to_user" : "0.097566552", "amount_from_user" : "3.60000000", "order_type" : "sell", "price" : "0.02747200", "quote_trade_rate" : "0", "amount_executed" : "3.60000000", "original_worst_price" : "0.027431", "order_ids" : "[]", "order_id" : "7042664769", "amount_remaining" : "0E-8", "closed" : "True", "worst_price" : "0.027431", "num_orders" : "1", "original_amount" : "3.60000000", "ss_exchange" : "bitfinex", "oversold" : "False", "received_after_fee" : "0.09889920", "cost" : "3.60000000", "dust" : "False", "fee" : "0E-8", "received" : "0.09889920", "market_timeout" : "1200.0", "trade_half" : "1", "time_to_fill" : "0:00:00.388184", "timestamp" : "1515615916.859942241", "price_improvement" : "0.00004100" }, "errorOnXchg" : null, "processedForStats" : true, "skiddooMigration" : true }