Exhibit "A"

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No.: 1:21-cv-01382-NYW

ANDREW SCHOBER,
                Plaintiff,
    v.
BENEDICT THOMPSON, OLIVER READ, EDWARD J. THOMPSON, CLAIRE L. THOMPSON, PAUL READ, and HAZEL DAVINA WELLS,
                Defendants.

---

## BENEDICT THOMPSON'S RESPONSES TO ANDREW SCHOBER'S THIRD SET OF DISCOVERY REQUESTS

---

COMES NOW Defendant Benedict Thompson, by and through his attorneys, Cantafio & Song, PLLC, and submits his Responses to Plaintiff's Third Set of Discovery Requests to Defendant Benedict Thompson ("Discovery Requests") pursuant to C.R.C.P. 33, 34, and 36 as follows:

## **GENERAL OBJECTIONS**

1. These general objections apply to each of the individual Discovery Requests and failure to repeat any general objection in any specific response to any Discovery Request is not a waiver of such objection. Benedict Thompson incorporates these general objections by reference in response to each and every Discovery Request.

2. These responses are made solely for purposes of this action. Each response is subject to all objections and grounds that would require the exclusion of any statement or response herein if made in court, and all of such objections and grounds are reserved and may be interposed at the time of trial or any other proceeding in this action.

3. By responding to these Discovery Requests, Benedict Thompson does not waive any objection to the admissibility of the information contained in these responses and reserves the right to assert privilege claims to any privileged information or documents that may be produced inadvertently. Upon notification of such inadvertent production, the information, shall immediately be returned to the undersigned counsel.

4. Benedict Thompson objects to these Discovery Requests to the extent that they call for the production of information that are not in his possession, custody or control, or is

**RESPONSE: Admitted.**

<u>REQUEST NO. 11</u>

ADMIT that YOU made at least one digital payment (*i.e.*, of money, virtual credit, cryptocurrencies, non-fungible digital tokens, digital contract rights) to OLIVER READ between January 1, 2017 and December 31, 2022.

**RESPONSE: Admitted.**

<u>REQUEST NO. 12</u>

ADMIT that YOU have gone by the alias "Robert Marley".

**RESPONSE: Denied.**

<u>REQUEST NO. 13</u>

ADMIT that YOU used the email address "annaadmams12@gmail.com".

**RESPONSE: Admitted. Benedict Thompson was one of many individuals to use the email address referenced in Plaintiff's Request No. 13.**

<u>REQUEST NO. 14</u>

ADMIT that, between January 1, 2015 and December 25, 2022, YOU registered at least one of the following web domains:
- gonerw2.com
- slickclient.com
- datgamingservers.com

**RESPONSE:**
- **Gonerw2.com: Denied**
- **slickclient.com: Denied**
- **datgamingservers.com: Admitted**

## CONCLUSION

Defendant Benedict Thompson reserves the right to amend and supplement the responses herein as necessary.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No.: 1:21-cv-01382-NYW

ANDREW SCHOBER,
          Plaintiff,
    v.
BENEDICT THOMPSON, OLIVER READ, EDWARD J. THOMPSON, CLAIRE L. THOMPSON, PAUL READ, and HAZEL DAVINA WELLS,
          Defendants.

---

### BENEDICT THOMPSON'S SUPPLEMENTAL RESPONSES TO ANDREW SCHOBER'S FIRST SET OF DISCOVERY REQUESTS

---

    COMES NOW Defendant Benedict Thompson, by and through his attorneys, Robinson Waters & O'Dorisio, P.C., and submits his Supplemental Responses to Plaintiff's First Set of Discovery Requests to Defendant Benedict Thompson ("Discovery Requests") pursuant to C.R.C.P. 33, 34, and 36 as follows:

### GENERAL OBJECTIONS

1. These general objections apply to each of the individual Discovery Requests and failure to repeat any general objection in any specific response to any Discovery Request is not a waiver of such objection. Benedict Thompson incorporates these general objections by reference in response to each and every Discovery Request.

2. These responses are made solely for purposes of this action. Each response is subject to all objections and grounds that would require the exclusion of any statement or response herein if made in court, and all of such objections and grounds are reserved and may be interposed at the time of trial or any other proceeding in this action.

3. By responding to these Discovery Requests, Benedict Thompson does not waive any objection to the admissibility of the information contained in these responses and reserves the right to assert privilege claims to any privileged information or documents that may be produced inadvertently. Upon notification of such inadvertent production, the information, shall immediately be returned to the undersigned counsel.

4. Benedict Thompson objects to these Discovery Requests to the extent that they call for the production of information that are not in his possession, custody or control, or is

| | |
|---|---|
| 05BTHOMPSON@GMAIL.COM | Mercatox |
| BEAN_ | TradingView |
| 05BTHOMPSON@GMAIL.COM | Bitfinex |
| THOMPSON.BENEDICT THOMPSONJAMES@GMAIL.COM | Bitfinex |
| 05BTHOMPSON@GMAIL.COM | Bitgrail |
| 05BTHOMPSON@GMAIL.COM | Gmail |
| THOMPSON.BENEDICT THOMPSONJAMES@GMAIL.COM | Gmail |
| 05BTHOMPSON@GMAIL.COM | Coinbase |

**SUPPLEMENTAL RESPONSE:**

In addition to the listing above, Benedict Thompson did use the alias Dat Spaghetti, but not during the timeframe specified in this Interrogatory. Benedict Thompson also used the alias bean_. Benedict Thompson specifically denies using the aliases JamesandJohn, thp2pk, tcampbell, or Robert Marley.

*INTERROGATORY NO. 2*

IDENTIFY ANY exchanges, wallets, DEVICES, applications, platforms, websites, AND forms where AND in which YOU stored, held, AND maintained cryptocurrencies during the time period between January 1, 2017 and the date of YOUR RESPONSE.

**RESPONSE:**

- **Coinbase**
- **KuCoin**
- **Mercatox**
- **Bitfinex**
- **Bitgrail**
- **Electrum**
- **Jaxx**

**SUPPLEMENTAL RESPONSE:**

In addition to the listing above, Benedict Thompson also used the Poloniex exchange during the relevant time period, and produces documents relative to Poloniex with this response. These documents were not previously located because they do not contain any of the keywords that were used to search for the electronic documents previously produced. As to the allegation that Shapeshift should be included on this list, Shapeshift is not an exchange, it merely allows a user to convert one form of cryptocurrency to another, it is not a platform on which cryptocurrency may be "stored, held or maintained" as recited in this Interrogatory.