# Exhibit "B"

**Subject:** Re: GroundbreakingCatch5 from Reddit
**From:** Andrew Schober
**Date:** 8/25/19, 10:11 PM
**To:** Nick Bax

 will omit that bit

On Sun, Aug 25, 2019, 10:05 PM Nick Bax <nick@stopsimcrime.org> wrote:
> Yea sure. Maybe omit the part where I disparaged them.
>
> I can give them references.
>
>> On Sun, Aug 25, 2019 at 9:00 PM Andrew Schober <███████████████> wrote:
>> I'll be sure to forward this to them. They may wish to contact you directly, are you okay if I give them your email?
>>
>> Re: Ben Thompson, I am increasingly convinced that he wrote the code. I'm certain Oliver is involved, perhaps they did work on it together.
>>
>> Will get back to you in the morning, or when I hear back from FBI.
>>
>> Thanks again for your help. Hopefully we can nail these kids.
>>
>>> On Sun, Aug 25, 2019, 9:49 PM Nick Bax <nick@stopsimcrime.org> wrote:
>>> Yea. Even if I just have the date of the monero withdrawal from Bitfinex that'd already help a lot.
>>>
>>> If the Bitfinex account did indeed withdraw Monero, I am quite certain that the FBI virtual currency group did not attempt to track it.
>>>
>>>> On Sun, Aug 25, 2019 at 8:40 PM Andrew Schober <███████████████> wrote:
>>>> I don't know what happened at Bitfinex, but the FBI knows - they subpoenaed Bitfinex. I'll ask my case agent and get back to you.
>>>>
>>>> On Sun, Aug 25, 2019 at 9:30 PM Nick Bax <nick@stopsimcrime.org> wrote:
>>>>> lol @ that conversation with the guy from bitcointalk. I swear we're not everyone there is like that.
>>>>>
>>>>> I read a lot more of what you wrote and I agree Ben Thompson is probably involved. These guys really fit the profile of the other kids I've tracked. Basically, they learn how to mod video games, then