# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No.: 21-cv-01382-GPG-NRN

ANDREW SCHOBER,

    Plaintiff,

v.

BENEDICT THOMPSON, OLIVER READ, EDWARD J. THOMPSON, CLAIRE L. THOMPSON, PAUL READ, and HAZEL DAVINA WELLS,

    Defendant(s).

---

## FINAL PRETRIAL ORDER

---

### 1. DATE AND APPEARANCES

On February 28, 2024, the following parties appeared telephonically: Ethan E. Mora of the Law Office of Ethan Mora appeared on behalf of Plaintiff Andrew Schober; Carl A. Hjort III of Robinson Waters & O'Dorisio PC appeared on behalf of Defendants Benedict Thompson, Edward Thompson, and Claire Thompson; and Defendant Oliver Read and Defendant Hazel Wells each appeared pro se. Defendant Paul Read did not appear.

### 2. JURISDICTION

This Court has jurisdiction over this matter under 28 U.S.C. § 1332(a)(2) because the amount in controversy exceeds $75,000 (exclusive of costs and interest) and the Plaintiff is completely diverse from Defendants, as Plaintiff is a resident of Colorado and each of the Defendants is a resident of the United Kingdom. The Court has supplemental jurisdiction under 28 U.S.C. § 1367 over the state law claims because the claims are

3

derived from a common nucleus of operative facts.

### 3. CLAIMS AND DEFENSES

PLAINTIFF

Conversion: Against all defendants, for knowingly obtaining, retaining, or exercising unauthorized possession, dominion, or control of Plaintiff's 16.4552 bitcoins, to Plaintiff's exclusion, intending to permanently deprive Plaintiff of his property.

Trespass to Chattel: Against all defendants, for interfering with the physical condition of, and with Plaintiff's possession of his laptop computer, and the private keys for his BTC wallet. Defendant Benedict Thompson, specifically: comprised Plaintiff's digital private keys for the BTC wallets 1QGHJvJbsr1E3H9h3aj1xFRN2NZnhoz6aD (securing $249,625 on date of loss); and 1Mb6H2d4Xu7m5LiW2abA4xvtX7yfFHLtyk (securing $2,274 on date of loss); and damaged Plaintiff's laptop by deploying and using Malware located thereon (laptop value: $2,009).

Relief sought: actual damages measured by the deprivation of use, and diminution in value resulting from the interference, and for the return or replacement of the cryptocurrencies converted.

Civil Conspiracy: Against all Defendants, to commit the above-named torts. Defendants Benedict Thompson, Oliver Read, and Edward Thompson took overt actions in furtherance of, or agreed to interfere with, and deprive Plaintiff of his bitcoins, and retain and conceal those ill-gotten gains and tortfeasors involved in the unlawful scheme. Such actions constitute fraud, malice, or willful and wanton conduct.

THOMPSON DEFENDANTS

The Thompson Defendants deny that they are liable for the damages claimed in the Complaint, and submit that the Plaintiff lacks proof of any of the claims alleged against

4

them. Additionally, the Thompson Defendants submit that this case is barred by the applicable Statute of Limitations, because the Plaintiff had knowledge of the facts that gave rise to his claims and he waited too long after acquiring that knowledge to file this Complaint. The Thompson Defendants further contend that measure of the Plaintiff's damages, if there are any, is determined by the value of the cryptocurrency at the time it allegedly left the Plaintiff's possession, and not at some later date or at some higher valuation. Thompson Defendants deny that this Court has personal jurisdiction over them because the Thompson Defendants do not have minimum contacts with Colorado to justify the exercise of personal jurisdiction over them.

OLIVER READ

Oliver Read denies that they are liable for the damages claimed in the Complaint, and submit that the Plaintiff lacks proof of any of the claims alleged against him. Additionally, I submit that this case is barred by the applicable Statute of Limitations, because the Plaintiff had knowledge of the facts that gave rise to his claims and he waited too long after acquiring that knowledge to file this Complaint. I further contend that the measure of the Plaintiff's damages, if there are any, is determined by the value of the cryptocurrency at the time it allegedly left the Plaintiff's possession, and not at some later date or at some higher valuation. I deny that this Court has personal jurisdiction over me because the I do not have minimum contacts with Colorado to justify the exercise of personal jurisdiction over myself.

### 4. STIPULATIONS

(1) Plaintiff Andrew Schober is and at all relevant times was a resident of Colorado.

(2) Benedict controlled and used the Bitcoin wallet address identifiable by the

    public key hash, "1BeNEdictBLbmVJ9LXkSwqiyWWf36XKTD1" (the

    "Vanity Address").

(3)    On February 8, 2018, Plaintiff reported the Malware and his missing Bitcoins to the FBI.

(4)    On February 23, 2018, Plaintiff met with an FBI agent and gave the FBI custody of his laptop, which contained the Malware.

(5)    On June 22, 2018 the FBI returned Plaintiff's laptop to him.

## 5. PENDING MOTIONS

None.

## 6. WITNESSES

a.    List the nonexpert witnesses to be called by each party. List separately:

    (1)    witnesses who will be present at trial (see Fed. R. Civ. P. 26(a)(3)(A));

<u>PLAINTIFF</u>

**Benedict Thompson**: Benedict Thompson will be cross-examined regarding his online posts, knowledge of the malware, digital identities, and cryptocurrency transactions.

**Edward Thompson**: Edward Thompson will be cross-examined regarding his cryptocurrency and bank transactions with Benedict Thompson, and his digital identities.

**Andrew Schober**: Mr. Schober will testify regarding the malware, cryptocurrency theft, reports to law enforcement, and his investigation of the theft of his cryptocurrency.

**Oliver Read**: Mr. Read will be asked to testify regarding his online posts, relationship with Benedict, digital identities, and knowledge of the malware.

<u>THOMPSON DEFENDANTS</u>

**Benedict Thompson**: Benedict Thompson will testify to his non-involvement in the events alleged in the Complaint and his interactions with the UK Police.

6

**Edward Thompson**: Edward Thompson will testify to his non-involvement in the events alleged in the Complaint.

**Claire Thompson**: Claire Thompson will testify to her non-involvement in the events alleged in the Complaint

**Andrew Schober**: Mr. Schober will be cross-examined on any points raised in his direct testimony.

DEFENDANT OLIVER READ:

**Oliver Read**: Oliver Read will testify to his non-involvement in the events alleged in the Complaint and his interactions with the UK Police.

**Andrew Schober**: Mr. Schober will be cross-examined on any points raised in his direct testimony.

    (2)    witnesses who may be present at trial if the need arises (see Fed. R. Civ. P. 26(a)(3)(A)); and

PLAINTIFF

**Kiersten Hitchcock**: Ms. Hitchcock will be asked to testify regarding the FBI report she prepared, her investigation of the theft, and her knowledge of the FBI's investigation of the malware and documents received from Bitfinex.

THOMPSON DEFENDANTS

**None.**

DEFENDANT OLIVER READ

**None.**

    (3)    witnesses where testimony is expected to be presented by means of a deposition and, if not taken steno graphically, a transcript of the pertinent

7

portions of the deposition testimony.  See Fed. R. Civ. P. 26(a)(3)(B).

PLAINTIFF

**None at this time.** However, Plaintiff notes that, depending on the availability of Kiersten Hitchcock, a transcript of her testimony—concerning the FBI's investigations, correspondence with Plaintiff, or the authenticity of, or any facts or conclusions stated in the FBI Report (Bate stamped SCHOBER_003032 – 003043)—may be presented.

THOMPSON DEFENDANTS

**None.**

DEFENDANT OLIVER READ

**None.**

   b.    List the expert witnesses to be called by each party.  List separately:

       (1)    witnesses who will be present at trial (see Fed. R. Civ. P. 26(a)(3)(A));

PLAINTIFF

**None at this time.** However, Plaintiff notes that Plaintiff Andrew Schober himself may testify regarding his Open-Source Intelligence investigation knowledge, as, in the course of his investigation, he became a certified Open-Source Intelligence analyst.

THOMPSON DEFENDANTS

**None.**

DEFENDANT OLIVER READ

**None.**

       (2)    witnesses who may be present at trial (see Fed. R. Civ. P. 26(a)(3)(A));
       and

PLAINTIFF

**None.**

THOMPSON DEFENDANTS

**None.**

DEFENDANT OLIVER READ

**None.**

> (3)   witnesses where testimony is expected to be presented by means of a deposition and, if not taken steno graphically, a transcript of the pertinent portions of the deposition testimony.  See Fed. R. Civ. P. 26(a)(3)(B).

PLAINTIFF

**None**.

THOMPSON DEFENDANTS

**None.**

DEFENDANT OLIVER READ

**None.**

## 7.  EXHIBITS

Plaintiff hereby reserves Exhibits numbered 1 – 200. The Thompson Defendants hereby reserve Exhibits numbered 201 – 400. Defendant Oliver Read hereby reserves Exhibits numbered 401 – 600.

(1)   PLAINTIFF

| Ex. | Bates Number / Identifier | Description |
|---|---|---|
| 1 | SCHOBER_003616 | Shapeshift responses to Subpoena (excel) |

9

| 2 | SCHOBER_003181 | GitHub response re: IP address |
|---|---|---|
| 3 | SCHOBER_003032 – 003043 | FBI report |
| 4 | SCHOBER_000026 – 000030 | 1Jr address received bitcoins from 3Hb |
| 5 | SCHOBER_003044 – SCHOBER_003093 | Benedict Github repositories |
| 6 | Thompson000540 | Benedict log-in to Bitfinex |
| 7 | SCHOBER_000351 – 000357 | Reddit post by Rad3onX re: malware |
| 8 | SCHOBER_000026 | Description of Malware |
| 9 | SCHOBER_000025 | Benedict post on GitHub |
| 10 | SCHOBER_000030 | Benedict bounties GitHub post |
| 11 | Bitcoin Blockchain transaction record | fe287ffad59dd2d6a42d0df917d4173f27a81d9c5e7ac9e0f52d54b73c6b2da0 |
| 12 | Bitcoin Blockchain transaction record | 602ff735ec9607a1a19589f2f0f9e821403543e24a450a626cf7b71a0baa7f5d |
| 13 | Bitcoin Blockchain transaction record | a6db589147ec24d3d97acf244ac957cbfaeaf145d04c06ec57d782a62c365169 |
| 14 | Bitcoin Blockchain transaction record | 8114fc68c9fed9c67a598bc44ccc4010f7d9132c6be3667103d80fda443dff32 |

| 15 | Bitcoin Blockchain transaction record (history) | 1Gqt6RTk7bj9hg6wD3rPM51HsFEQHcrGsc |
|----|---|---|
| 16 | Thompson000298 | Edward instructions to Benedict. |
| 17 | SCHOBER_003091 | Benedict post re: JamesandJohn on GitHub |
| 18 | SCHOBER_000023 | Benedict liked a comment on Twitter concerning "throwaway" email addresses used for Bitfinex |
| 19 | SCHOBER_000022 | Benedict made comments online, suggesting he knew how the Malware worked |
| 20 | Thompson000295 | Edward email to Benedict. |
| 21 | Thompson000292 | "Ben Thompson Trail" email. |
| 22 | SCHOBER_000025 | Benedict GitHub post re: decrypting electrum files |
| 23 | SCHOBER_003469 – 003471 | Benedict log-ins |
| 24 | SCHOBER_003168 | GitHub responses to subpoena |
| 25 | SCHOBER_002944 – 002949 | Schober's ownership and possession of laptop |
| 26 | SCHOBER_000037 | Schober ownership of Bitcoin wallets |
| 27 | SCHOBER_003108 | Benedict exchange of money with Oliver via Monzo |

| 28 | SCHOBER_003147 | Benedict GitHub log-in |

Plaintiff reserves the right to amend the foregoing list prior to the deadline for providing copies of these exhibits to opposing parties.

(2) THOMPSON DEFENDANTS:

| Ex. | Bates Numbers | Description |
|---|---|---|
| 201 | SCHOBER_000051-62 | Background report for Benedict Thompson |
| 202 | SCHOBER 000063-78 | Background report for Edward Thompson |
| 203 | SCHOBER 000081-86 | Messages between Mr. Schober and "Gasaname" user at bitcointalk.org |
| 204 | SCHOBER_000108 | Reddit post |
| 205 | SCHOBER_000109 | Reddit post |
| 206 | SCHOBER_000119 | Twitter post |
| 207 | SCHOBER_000128-130 | Title report |
| 208 | SCHOBER_000145-147 | Letter to the Reads |
| 209 | SCHOBER_000333 | Email from M. Aubin |
| 210 | SCHOBER_000351-357 | Email to K. Hitchcock |
| 211 | SCHOBER_000711 | Email to E. Danner |
| 212 | SCHOBER_000789 | Email from K. Hitchcock |
| 213 | SCHOBER_000790-791 | Email to E. Danner |
| 214 | SCHOBER_000819 | Letter from J. Clayton |
| 215 | SCHOBER_000835 | Email to J. Clayton and K. Hitchcock |

| 216 | SCHOBER_000870 | Email to K. Hitchcock |
| --- | --- | --- |
| 217 | SCHOBER_000875 | Emails with T. Robinson |
| 218 | SCHOBER_000893-894 | Emails with N. Bax |
| 219 | SCHOBER_000953 | GitHub chats |
| 220 | SCHOBER_000961-964 | Emails to K. Hitchcock |
| 221 | SCHOBER_001038 | Email to N. Bax |
| 222 | SCHOBER_001052-1054 | Email to N. Bax |
| 223 | SCHOBER_001343 | Email from A. Kirshbaum |
| 224 | SCHOBER_001386 | Email to A. Darr |
| 225 | SCHOBER_001408-1411 | Emails with K. Hitchcock |
| 226 | SCHOBER_001562 | Email from K. Hitchcock |
| 227 | SCHOBER_001711 | Email to J. Clayton |
| 228 | SCHOBER_001749-50 | Emails with N. Bax |
| 229 | SCHOBER_001766-67 | Emails with J. Clayton |
| 230 | SCHOBER_002613-15 | Emails with J. Clayton |
| 231 | SCHOBER_002728-30 | Emails with J. Clayton |
| 232 | SCHOBER_002885 | Email from P. Darling |

The Thompson Defendant reserve the right to amend the foregoing list prior to the deadline for providing copies of these exhibits to opposing parties.

    (3)    <u>DEFENDANT OLIVER READ</u>

| Ex. | Bates Numbers | Description |
| --- | --- | --- |
| 401 | SCHOBER_000051-62 | Background report for Benedict |

13

| | | Thompson |
|---|---|---|
| 402 | SCHOBER 000063-78 | Background report for Edward Thompson |
| 403 | SCHOBER 000081-86 | Messages between Mr. Schober and "Gasaname" user at bitcointalk.org |
| 404 | SCHOBER_000108 | Reddit post |
| 405 | SCHOBER_000109 | Reddit post |
| 406 | SCHOBER_000119 | Twitter post |
| 407 | SCHOBER_000128-130 | Title report |
| 408 | SCHOBER_000145-147 | Letter to the Reads |
| 409 | SCHOBER_000333 | Email from M. Aubin |
| 410 | SCHOBER_000351-357 | Email to K. Hitchcock |
| 411 | SCHOBER_000711 | Email to E. Danner |
| 412 | SCHOBER_000789 | Email from K. Hitchcock |
| 413 | SCHOBER_000790-791 | Email to E. Danner |
| 414 | SCHOBER_000819 | Letter from J. Clayton |
| 415 | SCHOBER_000835 | Email to J. Clayton and K. Hitchcock |
| 416 | SCHOBER_000870 | Email to K. Hitchcock |
| 417 | SCHOBER_000875 | Emails with T. Robinson |
| 418 | SCHOBER_000893-894 | Emails with N. Bax |
| 419 | SCHOBER_000953 | GitHub chats |
| 420 | SCHOBER_000961-964 | Emails to K. Hitchcock |
| 421 | SCHOBER_001038 | Email to N. Bax |
| 422 | SCHOBER_001052-1054 | Email to N. Bax |

14

| 423 | SCHOBER_001343 | Email from A. Kirshbaum |
| 424 | SCHOBER_001386 | Email to A. Darr |
| 425 | SCHOBER_001408-1411 | Emails with K. Hitchcock |
| 426 | SCHOBER_001562 | Email from K. Hitchcock |
| 427 | SCHOBER_001711 | Email to J. Clayton |
| 428 | SCHOBER_001749-50 | Emails with N. Bax |
| 429 | SCHOBER_001766-67 | Emails with J. Clayton |
| 430 | SCHOBER_002613-15 | Emails with J. Clayton |
| 431 | SCHOBER_002728-30 | Emails with J. Clayton |
| 432 | SCHOBER_002885 | Email from P. Darling |

Defendant Oliver Read reserves the right to amend the foregoing list prior to the deadline for providing copies of these exhibits to opposing parties.

Copies of listed exhibits must be provided to opposing counsel and any *pro se* party no later than 30 days before trial. The objections contemplated by Fed. R. Civ. P. 26(a)(3) shall be filed with the clerk and served by hand delivery or facsimile no later than 14 days after the exhibits are provided.

## 8. DISCOVERY

Discovery has been completed.

## 9. SPECIAL ISSUES

Vicarious Liability: Parental liability and Civil Conspiracy.

Arrangements for the Thompsons to testify electronically at trial.

Plaintiff's counsel (undersigned) notes that Plaintiff is in the process of transitioning his practice to a law firm, which is expected to take over as Plaintiff's counsel. Undersigned

15

counsel and one or more attorneys at the law firm will serve as trial counsel for Plaintiff.

## 10.  SETTLEMENT

a. Counsel for the parties and any *pro se* party met *by telephone* on February 21*, 202*4*,* to discuss in good faith the settlement of the case.

b. The participants in the settlement conference, included counsel, party representatives, and any *pro se* party.

c. The parties were promptly informed of all offers of settlement.

d. Counsel for the parties and any *pro se* party *do* intend to hold future settlement conferences.

e. It appears from the discussion by all counsel and any *pro se* party that there is: Some possibility of settlement.

f. Counsel for the parties and any *pro se* party considered ADR in accordance with D.C.COLO.LCivR.16.6.

g. The parties have scheduled an all-day mediation for April 16, 2024 with Mr. Steven Clymer of Accord ADR.

## 11.  OFFER OF JUDGMENT

Counsel and any *pro se* party acknowledge familiarity with the provision of Rule 68 (Offer of Judgment) of the Federal Rules of Civil Procedure.  Counsel have discussed it with the clients against whom claims are made in this case.

## 12.  EFFECT OF FINAL PRETRIAL ORDER

Hereafter, this Final Pretrial Order will control the subsequent course of this action and the trial, and may not be amended except by consent of the parties and approval by the court or by order of the court to prevent manifest injustice.  The pleadings will be deemed merged herein.  This Final Pretrial Order supersedes the Scheduling Order.  In the event

16

of ambiguity in any provision of this Final Pretrial Order, reference may be made to the record of the pretrial conference to the extent reported by stenographic notes and to the pleadings.

### 13.  TRIAL AND ESTIMATED TRIAL TIME; FURTHER TRIAL PREPARATION PROCEEDINGS

1. The parties have requested a jury trial, and no party has waived.

2. 4 days estimated trial time.

3. Situs of trial: Denver, CO, and

4. Any other orders pertinent to the trial proceedings: none.

DATED this ____11th____ day of _____March_____, 20__24__.

BY THE COURT

_____
United States District Judge
Gordon P. Gallagher

APPROVED:

/s/Ethan E. Mora

Ethan E. Mora
THE LAW OFFICE OF ETHAN MORA
1040 E. Herndon Ave., Suite 105
Fresno, CA 93720
ethanmoralaw@pm.me
*Attorney for Plaintiff Andrew Schober*

/s/Carl A. Hjort, III

Carl A. Hjort, III
ROBINSON WATERS & O'DORISIO, P.C.
1099 18th Street, Suite 2600
Denver, CO 80202

Telephone: 303-824-3192
Email: chjort@rwolaw.com
***Attorney for Defendants Benedict Thompson, Claire L. Thompson and Edward J. Thompson***

/s/Oliver Read
Oliver Read
Defendant Pro Se
81 Oakleigh Road Clayton,
Bradford, West Yorkshire, UK
Oliverread2001@gmail.com

/s/Hazel D. Wells
Hazel D. Wells
Defendant Pro Se
81 Oakleigh Road Clayton,
Bradford, West Yorkshire, UK
Hazelwells44@gmail.com

18