**WANGER JONES HELSLEY PC**
Patrick D. Toole (SBN 190122)
Ethan E. Mora (SBN 317937)
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330
ptoole@wjhattorneys.com
emora@wjhattorneys.com

Attorneys for Plaintiff Andrew Schober

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ANDREW SCHOBER, | Case No. 21-cv-01382-GPG-NRN |
| Plaintiff, | **NOTICE OF NAME CHANGE** |
| v. | |
| BENEDICT THOMPSON, OLIVER READ, EDWARD J. THOMPSON, CLAIRE L. THOMPSON, PAUL READ and HAZEL DAVINA READ, | |
| Defendants. | |

**TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Ethan E. Mora, formerly of the law firm The Law Offices of Ethan Mora, 1040 E. Herndon Avenue, Suite 105, Fresno, CA 93720, has joined the law firm of Wanger Jones Helsley, PC. Mr. Mora's new address and contact information is as follows:

Ethan E. Mora, Esq.
WANGER JONES HELSLEY PC
265 E. River Park Circle, Suite 310
Fresno, CA 93720
Emora@wjhattorneys.com
(559) 233-4800
(559) 233-9330 – Fax

{11586/002/01771684.DOCX}                    1
NOTICE OF NAME CHANGE

| | | |
|---|---|---|
| 1 | Please update your records accordingly, | |
| 2 | | |
| 3 | Dated: April 4, 2024 | WANGER JONES HELSLEY PC |
| 4 | | |
| 5 | | |
| 6 | | By:   /S/ Patrick D. Toole<br>Patrick D. Toole, |
| 7 | | Attorneys for Plaintiff, Andrew Schober |
| 8 | | |
| 9 | Dated: April 4, 2024 | WANGER JONES HELSLEY PC |
| 10 | | |
| 11 | | By:   /S/ Ethan E. Mora |
| 12 | | Ethan E. Mora<br>Attorneys for Plaintiff, Andrew Schober |

{11586/002/01771684.DOCX}                                      2
NOTICE OF NAME CHANGE

## PROOF OF SERVICE

My business address is 265 E. River Park Circle, Suite 310, Fresno, California 93720. I am employed in Fresno County, California. I am over the age of 18 years and am not a party to this case.

On the date indicated below, I served the foregoing document(s) described as **NOTICE OF NAME CHANGE** on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

### SEE ATTACHED SERVICE LIST

_____   (BY U.S. MAIL) I am readily familiar with the business' practice for collection and processing of correspondence for mailing, and that correspondence, with postage thereon fully prepaid, will be deposited with the United States Postal Service on the date noted below in the ordinary course of business, at Fresno, California.

_____   (BY PERSONAL SERVICE) I caused delivery of such envelope(s), by hand, to the office(s) of the addressee(s).

__X__   (**BY ELECTRONIC MAIL**) I caused such documents to be scanned into PDF format and sent via electronic mail to the electronic mail addressee(s) of the addressee(s) designated.

_____   (BY FACSIMILE) I caused the above-referenced document to be delivered by facsimile to the facsimile number(s) of the addressee(s).

_____   (BY OVERNIGHT COURIER) I caused the above-referenced envelope(s) to be delivered to an overnight courier service for delivery to the addressee(s).

EXECUTED on April 4, 2024, at Fresno, California.

__X__   (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/S/ Kimberly R. Noble
Kimberly R. Noble (knoble@wjhattorneys.com)

{11586/002/01768311.DOCX}                              1

PROOF OF SERVICE

## SERVICE LIST

| | |
|---|---|
| Hazel Davina Wells<br>81 Oakleigh Road<br>Clayton, Bradford<br>West Yorkshire, UK<br>Hazelwells44@gmail.com | Oliver Read<br>81 Oakleigh Road<br>Clayton, Bradford<br>West Yorkshire, UK<br>Oliverread2001@gmail.com |
| Paul Read<br>10 Brook Lane<br>Clayton, Bradford<br>West Yorkshire, UK<br>Paulread66@aol.co.uk | Carl Alfred Hjort, III<br>ROBINSON WATERS & O'DORISIO, PC<br>1099 18th Street<br>Granite Tower<br>Suite 2600<br>Denver, CO 80202-1937<br>303-297-2600<br>chjort@rwolaw.com<br>btanner@rwolaw.com |

{11586/002/01768311.DOCX}                    2
PROOF OF SERVICE