**WANGER JONES HELSLEY PC**
Patrick D. Toole (SBN 190122)
Ethan E. Mora (SBN 317937)
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330
ptoole@wjhattorneys.com
emora@wjhattorneys.com

Attorneys for Plaintiff Andrew Schober

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ANDREW SCHOBER,<br><br>  Plaintiff,<br><br>  v.<br><br>BENEDICT THOMPSON, OLIVER READ, EDWARD J. THOMPSON, CLAIRE L. THOMPSON, PAUL READ and HAZEL DAVINA READ,<br><br>  Defendants. | Case No. 21-cv-01382-GPG-NRN<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER THEREON** |

Plaintiff, Andrew Schober, and Defendants Benedict Thompson, Edward J. Thompson, and Claire L. Thompson, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby give notice of their settlement and stipulate to dismiss this action and all claims and counterclaims asserted, with prejudice, with each party to bear its own costs and attorneys' fees.

///

///

///

Respectfully submitted.

Dated: May 6, 2024.                    WANGER JONES HELSLEY PC

By:     /s/ Patrick D. Toole
Patrick D. Toole
Ethan E. Mora
Attorneys for Plaintiff, Andrew Schober

DATED: May 6, 2024.                    ROBINSON WATERS & O'DORISIO, PC

By     /s/ Carl Alfred Hjort, III
Carl Alfred Hjort, III
Attorneys for Defendants, Benedict Thompson,
Edward J. Thompson, and Claire L. Thompson

**IT IS SO ORDERED**.

DATED:   May 6, 2024

_____
JUDGE OF THE U.S. DISTRICT COURT
DISTRICT OF COLORADO